UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | |
| v. | : | Case No. 22-cr-144-BAH |
| | : | |
| RICHARD GUSTAVE OLSON, JR., | : | Chief Judge Beryl A. Howell |
| | : | |
| | : | |
| Defendant. | : | |

**CONSENTED REQUEST TO PROCEED
BEFORE MAGISTRATE JUDGE G. MICHAEL HARVEY**

Comes now Richard Gustave Olson Jr., through counsel HANNON LAW GROUP, LLP, and respectfully moves this Honorable Court to grant his request to proceed in this matter before Magistrate Judge G. Michael Harvey.  Assistant United States Attorney Stuart Allen has noted the government's consent by his signature on the waiver form attached as Exhibit A.  In support of this request, undersigned counsel states the following:

1.  This case involves a plea to two misdemeanors which arrived in this district on a Rule 20 transfer from the Central District of California.

2.  Richard G. Olson, Jr., made his initial appearance on April 26, 2022, before The Honorable G. Michael Harvey.  Judge Harvey advised Mr. Olson of all of his rights and set conditions of release.

3.  Undersigned counsel for Mr. Olson, pursuant to 18 U.S.C. § 3401, made an oral request to proceed with the misdemeanor plea and sentencing before Judge Harvey.  However, the proceeding took place via zoom, and the parties were unable at that time to execute Form AO 86A, Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case ("the Consent

Form"). Judge Harvey directed counsel to file the Consent Form before the close of business on Friday, April 29, 2022.

4. The Consent Form has been signed by all of the necessary parties and is attached as Exhibit A for approval of the Court.

5. Counsel for Mr. Olson are advised by the criminal clerk and the Court's law clerk that once the waiver is approved, the case will be assigned to Judge Harvey for further proceedings.

WHEREFORE, Mr. Olson requests that the Court grant this Request to Proceed Before Magistrate Judge G. Michael Harvey.

Dated: April 28, 2022                                    Respectfully submitted,

                                                        HANNON LAW GROUP, LLP

                                                        ___*s/J. Michael Hannon*___
                                                        J. Michael Hannon, #352526
                                                        Rachel E. Amster, #1618887
                                                        333 8th Street, NE
                                                        Washington, DC 20002
                                                        Tel: (202) 232-1907
                                                        Fax: (202) 232-3704
                                                        jhannon@hannonlawgroup.com
                                                        ramster@hannonlawgroup.com

                                                        *Attorneys for Defendant Richard Gustave Olson, Jr.*