**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 22-cr-144-BAH |
| | : | |
| RICHARD GUSTAVE OLSON, JR., | : | Chief Judge Beryl A. Howell |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Richard Gustave Olson, Jr.'s Request to Proceed Before Magistrate Judge Michael G. Harvey, it is this ___ day of April, 2022,

**HEREBY ORDERED** that the motion is granted.

**SO ORDERED.**

---

**The Honorable Beryl A. Howell**
**United States District Judge**

Copies to:

J. Michael Hannon
Rachel E. Amster
HANNON LAW GROUP, LLP
333 8th Street, NE
Washington, D.C. 20002

Evan Nathaniel Turgeon
Assistant United States Attorney
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Suite 7700
Washington, D.C. 20530

Stuart Douglas Allen
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street NW
Washington, D.C. 20530