UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal Case No. 22-144 (BAH) |
| RICHARD GUSTAVE OLSON, JR., | Chief Judge Beryl A. Howell |
| Defendant. | |

**ORDER**

Upon consideration of the defendant's Consent Request to Proceed Before Magistrate Judge, ECF No. 4, and corresponding exhibit reflecting that the government also consents, and pursuant to 18 U.S.C. § 3401(b), 28 U.S.C. § 636(a)(3), and D.D.C. LCrR 58(a), it is hereby

**ORDERED** that this action is randomly referred to a Magistrate Judge, beginning immediately, for all purposes, including proceeding with defendant's plea and sentencing; and it is further

**ORDERED** that any future filings related to this action shall have the initials of the randomly assigned Magistrate Judge added to the case number in the caption.

**SO ORDERED**.

Date: April 29, 2022

_____
BERYL A. HOWELL
Chief Judge