# Exhibit 1

| From: | Turgeon, Evan (NSD) |
|---|---|
| To: | J. Michael Hannon |
| Cc: | Allen, Stuart (USADC); Russell Duncan; Rachel Amster; OBrien, Daniel J. (USACAC) |
| Subject: | RE: [EXTERNAL] Brady Request Letter |
| Date: | Wednesday, May 25, 2022 5:05:00 PM |

Mike,

We do not consent to continuing the plea hearing.  The plea agreement obligates Ambassador Olson to enter his guilty plea "at the earliest opportunity requested by the USAO and provided by the Court," and we expect him to satisfy that obligation by pleading guilty on Friday.

If you intend to litigate discovery issues, a Rule 20 transfer to DDC (which is only permitted for the entry of a guilty plea) is not appropriate and the matter should be returned to CDCA for further proceedings.

CDCA is of the opinion that if the plea doesn't go forward as scheduled, the government should declare a breach pursuant to paragraph 25 of the plea agreement and pursue the remedies provided under paragraph 26.  That includes filing an indictment in CDCA that includes those charges that were subject to non-prosecution and introducing at trial the factual basis accepted by Ambassador Olson.

If Ambassador Olson intends to honor his commitment to plead guilty on Friday, I propose that you work with us to identify what communications you believe exist and explain why you believe they are exculpatory as to the offenses in the criminal information.  To our knowledge, General Allen had no involvement with respect to the false statement on the OGE Form 278.  We believe you are likely already in possession of relevant communications from General Allen with respect to Qatar.

Evan

Evan N. Turgeon
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Office: (202) 353-0176
Mobile: (202) 598-5315

**From:** J. Michael Hannon <jhannon@hannonlawgroup.com>
**Sent:** Wednesday, May 25, 2022 1:56 PM
**To:** Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Allen, Stuart (USADC) <SALLEN2@usa.doj.gov>; Russell Duncan <rduncan@clarkhill.com>; Rachel Amster <ramster@hannonlawgroup.com>; OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Brady Request Letter

Evan,

We maintain that the communications by General Allen which we requested under Brady are exculpatory, and should have been provided by the government to us earlier.  To the extent your response is a denial that the communications we seek are exculpatory, we reject that notion.

We are obligated to litigate this issue if the government will not provide the information requested.  Therefore, we will be filing a motion today with Judge Harvey to continue the plea hearing until we have had an opportunity to litigate whether the government must provide the requested information before the plea.

Please advise me whether I may note your consent.

Mike



**J. Michael Hannon**
HANNON LAW GROUP, LLP
333 8th Street, N.E.
Washington, DC 20002
(202) 232-1907, Direct
(202) 365-5561, Mobile
(202) 232-3704, Facsimile
www.hannonlawgroup.com

On Tue, May 24, 2022 at 3:34 PM Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov> wrote:

> Mike,
>
> I drafted the attached Statement of the Offenses in response to Judge Harvey's request that the government submit the plea agreement and a separate Statement of the Offenses in advance of the plea hearing on Friday.  As you'll see, I cut and pasted the factual basis from the signed plea agreement to create the new document.  If you notice any errors, please let me know.  Could you and your client please sign the signature page and return it to me?
>
> With regard to your request for exculpatory information, we are not aware of any exculpatory information.  However, in advance of sentencing, we intend to produce to you documents related to issues relevant to sentencing.  We may also share those documents with the Court.
>
> Thanks,
> Evan
>
> Evan N. Turgeon

Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
Office: (202) 353-0176
Mobile: (202) 598-5315

---

**From:** J. Michael Hannon <jhannon@hannonlawgroup.com>
**Sent:** Thursday, May 19, 2022 4:33 PM
**To:** Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Cc:** Allen, Stuart (USADC) <SALLEN2@usa.doj.gov>; Russell Duncan <rduncan@clarkhill.com>;
Rachel Amster <ramster@hannonlawgroup.com>; OBrien, Daniel J. (USACAC)
<DOBrien@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Brady Request Letter

Evan,

I don't think we could be more specific.  Communications include email, what's app, etc.  I
am sure you have subpoenaed General Allen's email accounts, and other electronic media.

Please proceed with dispatch.

Mike



**J. Michael Hannon**
HANNON LAW GROUP, LLP
333 8th Street, N.E.
Washington, DC 20002
(202) 232-1907, Direct
(202) 365-5561, Mobile
(202) 232-3704, Facsimile
www.hannonlawgroup.com

On Thu, May 19, 2022 at 2:09 PM Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov> wrote:

> Mike,
>
> We are aware and will satisfy all of our discovery obligations in this case, including the
> obligation to produce any Brady material. With regard to your request, is there something
> specific that you're seeking?
>
> Thanks,
> Evan

On May 18, 2022, at 6:52 PM, J. Michael Hannon
<jhannon@hannonlawgroup.com> wrote:

Stuart and Evan,

Please see our request attached.

Mike



**J. Michael Hannon**
HANNON LAW GROUP, LLP
333 8th Street, N.E.
Washington, DC 20002
(202) 232-1907, Direct
(202) 365-5561, Mobile
(202) 232-3704, Facsimile
www.hannonlawgroup.com

*The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

*The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

*The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*