## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) Case No. 1:22-cr-00144-GMH-1 ) |
| RICHARD GUSTAVE OLSON, JR., | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Russell D. Duncan, Esq. of Clark Hill PLC hereby enters his appearance on behalf of Defendant Richard Gustave Olson, Jr.  Mr. Duncan hereby requests to receive Notice of Electronic Filings of all documents in the above-referenced case.

Respectfully submitted,

*/s/ Russell D. Duncan*
Russell D. Duncan, Esq. (DC Bar No. 366888)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC  20004
Telephone:   (202) 640-6657
Facsimile:    (202) 552-2377
Email:          rduncan@clarkhill.com

*Counsel for Defendant*
*Richard Gustave Olson, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2022, a true and correct copy of the above and foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court, which will send notice to the following counsel of record:

>Evan N. Turgeon, Esq.
>United States Attorney's Office
>Department of Justice
>950 Pennsylvania Avenue, N.W.
>Suite 7700
>Washington, DC  20530
>*Counsel for Plaintiff United States of America*

>J. Michael Hannon, Esq.
>Rachel E. Amster, Esq.
>Hannon Law Group, LLP
>333 8th Street, N.E.
>Washington, DC  20003
>*Counsel for Defendant Richard Gustave Olson, Jr.*

>*/s/ Russell D. Duncan*
>Russell D. Duncan, Esq.

K9279\436325\267327613