# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-144-GMH |
| RICHARD GUSTAVE OLSON, JR. : | |
| : | Judge G. Michael Harvey |
| Defendant. : | |

## SECOND CONSENT MOTION TO CONTINUE SENTENCING HEARING

Comes now Richard Gustave Olson Jr., through counsel HANNON LAW GROUP, LLP, and respectfully moves this Honorable Court to continue the sentencing hearing. In support of this, undersigned counsel states the following:

On June 3, 2022, the Court accepted Amb. Olson's plea of guilty and set sentencing deadlines. The Court set a sentencing hearing for September 13, 2022. The Court also set a sentencing memoranda deadline of August 30, 2022. On August 23, 2022, Amb. Olson filed a Consent Motion to Continue the Sentencing Hearing due to undersigned counsel's family emergency. On August 24, 2022, the Court granted the Motion and set the following dates related to Amb. Olson's sentencing proceedings:

- Objections to Draft Presentence Report Due: 9/6/2022
- Presentence Report Due: 9/20/2022
- Sentencing Memoranda Due: 9/27/2022
- Sentencing Hearing: October 11, 2022

Order Granting Consent Motion to Continue (8/24/2022) [ECF No. 23]; Minute Order (8/26/2022).

Since the Court granted that motion, undersigned counsel's family emergency has continued and will require the attention of Mr. Hannon for more time than anticipated. Undersigned counsel also has a murder trial set to begin on October 17th before the Honorable Paul Friedman, with a busy pretrial motion and hearing schedule, which has already begun and will continue until that time. Having explained the nature of the family emergency to government counsel, they once again have graciously consented to an additional continuance of the sentencing hearing until the week of November 28th, with the remaining deadlines moved accordingly. The parties submit the following proposed schedule.

- Objections to Draft Presentence Report Due: 11/4/2022
- Presentence Report Due: 11/18/2022
- Sentencing Memoranda Due: 11/23/2022
- Sentencing Hearing: Week of November 28th (11/28-12/1)

WHEREFORE, Amb. Olson requests that the Court grant this Consent Motion to Continue Sentencing Hearing.

Dated: September 2, 2022      Respectfully submitted,

HANNON LAW GROUP, LLP

*s/J. Michael Hannon*
J. Michael Hannon, #352526
Rachel E. Amster, #1618887
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
ramster@hannonlawgroup.com

*Attorneys for Defendant Richard Gustave Olson, Jr.*