# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| RICHARD GUSTAVE OLSON, JR. | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Richard Gustave Olson, Jr.'s Second Consent Motion to Continue Sentencing Hearing, it is this 2nd day of September, 2022,

**HEREBY ORDERED** that the motion is granted; and it is further

**ORDERED** that the sentencing hearing be subject to the following deadlines:

- Objections to Draft Presentence Report Due: 11/4/2022
- Presentence Report Due: 11/18/2022
- Sentencing Memoranda Due: 11/23/2022
- Sentencing Hearing: 11/29/2022

SO ORDERED.

_____
**The Honorable Michael G. Harvey**
**United States Magistrate Judge**