UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

Comes now Richard Gustave Olson Jr., through counsel HANNON LAW GROUP, LLP, and respectfully moves this Honorable Court to continue the sentencing hearing. Counsel for the government have indicated they do not oppose this request. In support of this, undersigned counsel states the following:

On June 3, 2022, the Court accepted Amb. Olson's plea of guilty and set sentencing deadlines. The Court set a sentencing hearing for September 13, 2022. Amb. Olson's sentencing is currently set for December 21, 2022, after this Court granted several consent continuances based on undersigned counsel's personal and trial schedules.

Undersigned counsel's trial in the U.S. District Court for District of Columbia has lasted much longer than the parties or Hon. Paul L. Friedman anticipated. The defense will begin its case on November 28, 2022, and anticipate at least two further weeks before closing and deliberations. Because of this, undersigned counsel requests that the Court grant an additional continuance for the same reason and set the following deadlines:

- Objections to the Draft Presentence Report due: 12/22/2022
- Final Presentence Report Due: 12/30/2022
- Sentencing Memoranda Due: 1/6/2023

- Sentencing Hearing: January 17, 19, or 20, 2023.

WHEREFORE, Amb. Olson requests that the Court grant this Motion to Continue Sentencing Hearing.

Dated: November 28, 2022    Respectfully submitted,

HANNON LAW GROUP, LLP

*s/J. Michael Hannon*

J. Michael Hannon, #352526
Rachel E. Amster, #1618887
333 8th Street, NE
Washington, DC 20002
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
ramster@hannonlawgroup.com

*Attorneys for Defendant Richard Gustave Olson, Jr.*