## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW AS COUNSEL

In accordance with Local Criminal Rule 44.5, Rachel E. Amster respectfully moves this Court to permit her to withdraw as one of the counsels of record for Defendant Richard G. Olson. Ms. Amster is leaving HANNON LAW GROUP, LLP, to pursue other opportunities. Defendant Olson will continue to be represented in this matter by J. Michael Hannon.

**WHEREFORE**, counsel respectfully requests that the Court grant this motion and withdraw the appearance of Rachel E. Amster in this matter.

Dated: December 9, 2022

Respectfully submitted,

HANNON LAW GROUP, LLP

*/s/ Rachel E. Amster*
J. Michael Hannon, #352526
Rachel E. Amster, #1618887
1800 M Street, N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com
ramster@hannonlawgroup.com

*Attorneys for Defendant Richard Gustave Olson, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a copy to counsel of record.

                                                   */s/ Rachel E. Amster*