**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**

The United States, by and through the United States Attorney for the District of Columbia, hereby files this motion to continue the sentencing hearing currently scheduled for January 20, 2023, for one week, to January 27, 2023. The United States further requests that the deadline for filing sentencing memoranda be likewise continued for one week, from January 6, 2023, to January 13, 2023. The United States requests the additional time to draft its sentencing memorandum in light of recent attorney illness and unexpected, time-sensitive demands on other matters. Counsel for the defendant have stated that they do not oppose this motion.

Dated: January 6, 2023                    Respectfully submitted,

                                                          MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Stuart Allen*
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7794
stuart.allen@usdoj.gov

       */s/ Evan Turgeon*
EVAN N. TURGEON
D.C. Bar No. 1010816
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Avenue, NW, Suite 7700
Washington, D.C.  20530
(202) 353-0176
evan.turgeon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

                                              */s/ Evan Turgeon*
                                              Evan Turgeon
                                              Trial Attorney, U.S. Department of Justice