# Exhibit 1

**From:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉>
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

**Sent:** 2/28/2013 7:56:25 AM
**Subject:** FW: Meeting w/Amb. Olson on Monday, March 4

**From:** ▉▉▉▉▉▉
**Sent:** Wednesday, February 27, 2013 11:43 PM
**To:** ▉▉▉▉▉▉ – US State Department US Embassy Pakistan; ▉▉▉▉▉▉▉▉▉▉
**Cc:** ▉▉▉▉▉▉ – US Embassy Pakistan
**Subject:** RE: Meeting w/Amb. Olson on Monday, March 4

Hello ▉▉▉

I think we arrive late Monday 4th or early Tuesday 5th. Therefore, I think we had Tuesday in mind? Will Tuesday work? If our meetings with Pakistani Government run late then can we shift the venue to Marriott?

I will be in Pakistani Government supplied cars either from Ministry of Petroleum or Finance or Investments.

We are there looking at wind and other power projects with OPIC.

Regards,
▉▉▉▉

**From:** ▉▉▉▉▉▉ – US State Department US Embassy Pakistan
**Sent:** Wednesday, February 27, 2013 11:33 PM
**To:** ▉▉▉▉▉▉▉▉▉▉
**Cc:** ▉▉▉▉▉▉ – US Embassy Pakistan
**Subject:** Meeting w/Amb. Olson on Monday, March 4

Dear ▉▉▉▉
The Ambassador will return to the Embassy at around 1720 or so on **Monday, March 4.** To be on the safe side, we can say 1730 at the Embassy. Please let me know the vehicle's color, make, model and plate number, and names of persons in vehicle. This will ensure easy access into the Embassy grounds as your vehicle will be allowed to drop you directly at the Chancery building. My direct number is ▉▉▉▉ should you be running late. See you on Monday.
Many thanks,
▉▉▉

# Exhibit 2

**From:**
**To:** ███████
**Cc:**
**Subject:** --EXTERNAL--Senator ███████
**Date:** Saturday, January 17, 2015 4:59:49 PM

Hello ███████

You want to join ████ and and me for a very private dinner next Friday 23 in Los Angeles at my home.

Let me know if you can join us.

Thanks

████

# Exhibit 3

## FW: Middle East

From: ███████████████████████

To: ███████████████████

Date: Tuesday, February 24, 2015, 02:02 AM EST

████ is Vice Chairman of ████████████ makes ██████ drones and etc. Go check out their website: ██████████

UAE is in the works now because ██████ and his brother know ████████████████ well. UAE will be 3ʳᵈ non-NATO country to be sold US drones. Kuwait, Saudi and other counties could be doable even though they have representative in some of those countries.

████████

From: ████████████████████

Sent: Monday, February 23, 2015 4:34 PM
To: ████████ Vice Chairman ████████████
Cc: ████████████████
Subject: Middle East

Hello ██████████

Thanks for the call. I will ask my Middle East friends when they can visit ████████████ at their earliest convenience. It will be good if we can discuss Saudi and Kuwait business with them, you and your brother.

I will email you on when I will host ██████████

████████

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

# Exhibit 4

██████████████

**From:** Olson, Richard G
**Sent:** Thursday, March 12, 2015 12:38 AM
**To:** ████████████
**Subject:** Re: Islamabad

Yes.
Rick Olson
US Ambassador to Pakistan
Sent from Blackberry - forgive typos.

---

**From:** ████████████
**Sent**: Thursday, March 12, 2015 08:28 AM Pakistan Standard Time
**To**: Olson, Richard G
**Subject**: FW: Islamabad

Ambassador,

Are you ok if I meet with ████ ?  If so, would you like me to see about Hill engagements for that Monday?  Anyone in particular?

██

This email is UNCLASSIFIED.

---

**From:** █████████████████████
**Sent:** Thursday, March 12, 2015 3:19 AM
**To:** ████████████
**Subject:** Islamabad

Just landed. I am in Marriott. Let me know if you have time to catch up. I am here till tomorrow 11pm. I will then join Codel to Kuwait and Egypt.

████

1

**From:** Olson, Richard G
**Sent:** Friday, March 13, 2015 1:33 AM
**To:**
**Subject:** Re: Hill Meetings

OK
Rick Olson
US Ambassador to Pakistan
Sent from Blackberry - forgive typos.

---

**From:**
**Sent:** Friday, March 13, 2015 09:53 AM Pakistan Standard Time
**To:** Olson, Richard G
**Subject:** Hill Meetings

Ambassador,

I met with ___ last night and he will work to get a few Hill engagements for you while in town.  He is suggesting the following, subject to availability.  Please confirm ok to move forward:



*Chief of Staff*
*U.S. Embassy, Islamabad*

SBU
This email is UNCLASSIFIED.

# Exhibit 5

## Re: FW: Congressional Engagements

From: Rick Olson ███████████████

To: ███████████████

Date: Thursday, March 19, 2015, 01:15 AM EDT

yup

rgo

Rick Olson

------------------------------------------
On Thu, 3/19/15, ████████████████████████ wrote:

Subject: FW: Congressional Engagements
To: "Ambassordor Rick Olson - personal" ‹ ██████████████
Date: Thursday, March 19, 2015, 3:23 AM

You
understand this will be a difficult meeting. Expect to be
hit on Afridi, bin Ladin, Haqqani, double games Pakistan
plays and etc to be on the table ████████
From: ████
[mailto: ████████
Sent: Wednesday, March 18, 2015 3:15 PM
To: ████████████████████████
████████████████████████
Subject: FW: Congressional
Engagements  Hello ████ and ████ United States Ambassador to
Pakistan Rick Olson will be in Washington. I suggested Rick
to meet Congressman ████████ and Congressman ████████
████████ to give him an update on Pakistan. I remember we
had good conversation when ████ was in ████████ when the
████████ and we drove to ████ to visit ████████
████████ drone) ████ I will ask
Chief of Staff of US Embassy Pakistan to contact you
directly to get Rick on the ████████ schedule.
Possibly the ████████ can meet Rick together. By the way, I think
Ambassador Rick Olson is one of our best ambassadors at
State Department. You guys know what I think about most of
our ambassadors.
Hello
████ Please contact
████████ who is Chief of Staff of Congressman ████████
████████████ who work for ████ Staff
Director of Emerging Threats at HFAC to get Ambassador Rick
Olson on their schedule. Thanks ████
. From: ████████ – US Embassy

Pakistan
Sent: Friday, March 13, 2015 1:37 PM
To: █████████
Subject: Congressional Engagements
 Hi
█████████

 Good to finally
meet yesterday...thanks for taking the time out of your
schedule. Per our discussion, Ambassador Olson has
time on the afternoon of Friday the 27th and the
morning of Monday the 30th. If you can put
me in touch with the right people for the Congressmen we
discussed, I'd be grateful:

█████████

Thanks

█████████Chief
of StaffU.S.
Embassy, █████████████████████SBU
This email is
UNCLASSIFIED.



     This email has been checked for viruses by Avast
antivirus software.

www.avast.com

# Exhibit 6

**From:** ████████ – US Embassy Pakistan
**Sent:** Friday, March 13, 2015 1:37 PM
**To:** ████████
**Subject:** Congressional Engagements

Hi ████

Good to finally meet yesterday…thanks for taking the time out of your schedule. Per our discussion, Ambassador Olson has time on the afternoon of Friday the 27th and the morning of Monday the 30th. If you can put me in touch with the right people for the Congressmen we discussed, I'd be grateful:



Thanks



*Chief of Staff*

*U.S. Embassy, Islamabad*

SBU

This email is UNCLASSIFIED.

---



This email has been checked for viruses by Avast antivirus software.
http://redirect.state.sbu/?url=www.avast.com

# Exhibit 7

**To:**      Ambassador Rick Olson - US Embassy Pakistan[OlsonRG@state.gov]
**Cc:**      ███████████
**From:**    ███████████████████████
**Sent:**    Thur 4/9/2015 6:59:35 AM
**Subject:** FW: Senator ███████████████
**MAIL_RECEIVED:**   Thur 4/9/2015 6:59:36 AM

;;;;;;;;
;;;;;;;;
Senator ████████████████ is on Armed Services. I am sure he will ask me about proposed $952 million arms sales to Pakistan which will now have to go to Congress to be approved.

You have talking points?

You owe me talking point for tomorrow for Congressman ████████████████? He loves Pakistan☺.

████████████████████████████ all of Armed Services will be in later this month. I am sure Pakistan will come up.

I will call you to discuss

██████████

**From:** ████████████████
**Sent:** Thursday, April 9, 2015 6:50 AM
**To:** ████████████████████████
**Subject:** Senator ████████████████

Hey ██████████

I have Senator ██████████████ coming for lunch today who is head of Senate ████
████████████████████████████████████████████████████████

Let me know if you want to join.

██████████

---

This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 8

## RE: Points

From: ████████████████████████

To:      rick ██████████████████

Date:  Friday, April 10, 2015, 02:51 AM EDT

Got it. Make sure ██████████ is aware I am helping them on this. Hope to see you soon.
██████

-----Original Message-----
From: Rick Olson
Sent: Thursday, April 9, 2015 10:20 PM
To: ██████
Subject: Points

██████ as promised.  Ask that you not hand these over, I wrote them myself, but are not cleared.  This is what I would say if giving the brief.

General Points

Our relationship with Pakistan ███████████████████████████████

Although it is not a topic we can discuss publicly, ██████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Helicopter Deal

(Official State points)
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████

Supplemental Points :

rgo

Rick Olson

---

This email has been checked for viruses by Avast antivirus software.
http://www.avast.com

# Exhibit 9

Yahoo Mail - FW: Points

## FW: Points

From: ███████████████████████████

To: rick████████████████

Date: Friday, April 10, 2015, 02:46 AM EDT

Thanks. This is good. I will bring this up with Congressman ████████ lunch tomorrow. I will mention to the ████ your meeting him in Europe.

I had great 3 hour lunch with Senator ████████████████████████████ We covered everything from unfreezing Libyan assets we have in US to ████████ drones sales to UAE to billions in sales to Saudi. Never to leave Pakistan off the table. He asked me what I think about Pakistan and the proposed US military aid to Pakistan. I told him Pakistan is in need of border surveillance, perimeter surveillance and etc. Both their GHQ and Karachi airport were under attack. I believe the Karachi Naval base was too.

He told me he will talk to ████████ and ████ and get back to me. I will reconnect when I am in Washington for dinner with ████████ on 23.

I will catch up with you when I am done with ████████

-----Original Message-----
From: Rick Olson
Sent: Thursday, April 9, 2015 10:20 PM
To: ████████████████████
Subject: Points

████████ as promised. Ask that you not hand these over, I wrote them myself, but are not cleared. This is what I would say if giving the brief.

General Points

Our relationship with Pakistan ████████████████████████████████████

Although it is not a topic we can discuss publicly, ████████

████████████████████████████████████████████████████

Helicopter Deal

(Official State points)

Supplemental Points:

rgo

Rick Olson

---
This email has been checked for viruses by Avast antivirus software.
http://www.avast.com

Exhibit 10

**To:** ███████████████████████

**From:** ███████████████████████

**Sent:** Sun 4/19/2015 11:10:59 AM

**Subject:** FW: Sale of U.S. Arms Fuels the Wars of Arab States

**MAIL_RECEIVED:** Sun 4/19/2015 11:11:51 AM

;;;;;;;

███ sales to UAE are in the process of being approved. We are working on other countries for the drones and surveillance equipment.

████████

**From:** ██████████████

**Sent:** Sunday, April 19, 2015 10:25 AM

**To:** █████████████ Vice Chairman ███████████████

**Subject:** Sale of U.S. Arms Fuels the Wars of Arab States

████████

████████████ mentioned in ████████████ today. There is no deneying we make the best weapons in the world. Per our conversation, I will coordinate our friends from Saudi and Kuwait.

█████ is in town next week on 28. Would you like to come up for dinner? Senator █████ (Armed Services) is in Los Angeles on Thursday May 28. Would you like to join us?

I had good discussion with Senator █████████████ (Armed Services). ██████████ argrees US has to open up sales so others don't get ahead of us.

I will call you to catch up.

████████

Exhibit 11

**To:**  ███████████████████████████████████████████████

**From:**

**Sent:** Thur 5/7/2020 8:49:29 AM

**Subject:** Fwd: FW: Washington trip

;;;;;;;;;;

;;;;;;;;;;

---------- Forwarded message ---------

From: ████████████████████████████████

Date: Sat, Apr 25, 2015 at 23:21

Subject: FW: Washington trip

To: ███████████████████████████████████

**From:** ███████████████

**Sent:** Saturday, April 25, 2015 2:08 PM

**To:** Ambassador ██████████████ Pakistan Embassy Washington

**Cc:** Ambassador Rick Olson - US Embassy Pakistan

**Subject:** FW: Washington trip

Hello-

Sorry we missed each other over the phone yesterday.

Thursday it was nice running into you at Hart Senate Building. I was coming from my friend and Senator ██████████████ office (████ s my friend and will remain a friend no matter what happens).

Thursday you missed the lunch I hosted with Senator ████████████████ Senator ███████████ Senator ██████████, Senator ████████ Senator ███████ Senator ████████ Senator ████████ Senator ████████ Senator ███████ Senator ████████ Congressman ███████████ Congressman ████████ Congressman ██████████ Congressman █████████ Congressman ████████ Congressman ████████ DNC Chair/Congresswoman ██████████████████ and others.

Drones strikes in Pakistan were major topic of conversation.

I had several ambassadors at the lunch including from GCC and ██████████████ Ambassador who wanted to see senators and congressmen who weren't giving him time.

My friend and Congressman ████████████ mentioned that you have asked him for meeting request but he hadn't had time to meet. I think there might be other things at play. I have suggested that you invite him officially to Pakistan and I will push him and ████ to go. However, no one has acted on this. Pakistan is unnecessary creating advasaries which will come back in a negative way. We were joking that Pakistanis are great at shooting themselves on the foot i.e. the Mumbai terror mastermind and etc.

I forgot to ask ████ if you guys met for lunch or dinner? If not then ████ will visit me in Los Angeles June 20 to 25. Why don't you come and spend quality time with him. You know it was

████████ who wrote the anti Pakistan letter which was sent by House Foreign Affairs Committee to Secretary ████ to possibly put sanctions on Pakistan.

Thursday, I had interesting dinner with ████████ where he brought up the drones. You know we are big advocates of drones especially ████████ because of our relationship to owners of ████████ (maker of ████████. Landscape is shifting on subcontinent against Pakistan towards India because India has growing business opportunities for US businesses and China. Based on what we discussed I might be in Washington lot more often.

Several senators, congressmen and governors will be in Los Angeles this weekend and next week for Milken Global Conference. I will see ████ for dinner on Sunday to talk to him about Pakistan military aid package. What Pakistan needs the most is survelence equipment to guard against extremist entering GHQ, Karachi airport, Pakistan Naval bases and etc. However I am surprised that this is not in the ask from Pakistan? The question many senators and congressmen were asking is does Pakistan wants offensive equipment for use against India or does Pakistan wants defensive equipment to fight against extermists?

As 2016 Presidential Campaign gets started I will be on East Coast especially Brooklyn a lot more often. You ought to come and update next foreign policy advisers (who will probably be on next NSC) on issues Pakistan is going through.

Hope to see you soon

████████

---



This email has been checked for viruses by Avast antivirus software.
- [www.avast.com](www.avast.com)

Exhibit 12

## Re: FW: Potential dinner list

From:  Rick Olson ███████████████

To:  ███████████████████

Date:  Monday, September 21, 2015, 03:27 AM EDT

Obviously, if you can get ██████ and ██████, they would be fantastic.

I think ██████ would also be terrific (I took him to South Waziristan a couple of years ago).

██████ and ██████ should be there b/c of Intell Committee connections.

Definitely ████████

I would recommend ██████████ and ████████ because they are such fierce critics.

AS for the remaining two: ██████ might be useful, since he tends to have views on this part of the world. ████████████ is a really interesting idea — her ████████████ and her ████████ mean she might be an important person to cultivate.  But really any of the others would be fine.

rgo

Rick Olson

-------------------------------
On Mon, 9/21/15, ████████████████████████ wrote:

Subject: FW: Potential dinner list
To: "Ambassordor Rick Olson - personal" ████████████████
Date: Monday, September 21, 2015, 10:28 AM

Let me
know what you think by picking 10 members in Senate and
House ██████

Here is
potential list of invitees for the dinner.
██████

Senator
████████████

████████ Senator
██████
██

████████████████

Yahoo Mail - Re: FW: Potential dinner list





Congressman ███████

Congressman ███████

Member House Foreign Affairs and advocate of cutting aid to
Pakistan ███
Congressman ████
████████  Member House
Foreign Affairs and advocate of cutting aid to
Pakistan ███
Congresswoman ███████████

Congressman ████████

Congressman ██████████

Member House Foreign Affairs and advocate of cutting aid to
PakistanCongressman ████████

Congressman ███████

Congressman ███████

Exhibit 13

## FW: Chairman ▮▮▮▮ Announces Hearing on Pakistan

From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To:   rick▮▮▮▮▮▮▮▮▮

Date:   Wednesday, December 16, 2015, 05:02 PM EST

Wow. This is aggressive even for ▮▮▮▮▮▮▮

This hearing will come to order. This Committee has repeatedly urged Pakistan to take meaningful action against key Islamist terrorist groups operating within its territory. Unfortunately Pakistan, which is now home to the world?s fastest growing nuclear weapons program, has remained a fount of radical Islamist thought. I doubt that anyone who follows Pakistan closely was surprised to learn that one of the San Bernardino attackers ? Tashfeen Malik ? studied at a Pakistani school spreading a particularly conservative message. Looking back, the 9/11 terrorist attacks transformed U.S.-Pakistan relations overnight. After more than a decade under sanctions for its nuclear proliferation, Pakistan was to be a key ally in combatting Islamist militancy, becoming a leading recipient of U.S. aid in the nearly 15 years since. But while the U.S. was quick to embrace Pakistan?Pakistan has hardly reciprocated. Pakistani governments have come and gone, but Pakistan has remained a terrorist haven, with its security services supporting what it considers to be "good" Islamist terrorist groups. These ?good? groups ? under Pakistan?s calculus ? destabilize Afghanistan and threaten neighboring India. Today, Pakistan maintains an infrastructure of hate. Thousands of Deobandi madrassas, funded with Gulf state money, teach intolerant, hate-filled rhetoric that inspires the foot soldiers of jihadist terrorism. I?ve made three trips to Islamabad to press this issue. Pakistan must do the work to register schools, and close those creating new generations of radicals. Meanwhile, Pakistan?s nuclear arsenal is on track to be the third largest. Its addition of small tactical nuclear weapons and longer-range missiles in recent years is even more troubling. This is a country which spends a fifth of its budget on the military, but under two and a half percent on education. Through all of Pakistan?s double-dealing, U.S. policy has essentially stood still. Security assistance ? cash and arms ? has continued to flow after the occasional temporary delays. Indeed, despite some Department of Defense assistance for Pakistan being held because of inadequate efforts against the Haqqani network, the State Department is currently seeking more arms for Islamabad. Pakistan itself has been devastated by terrorism, with thousands of its soldiers and citizens killed in terrorist attacks. We want a strong partnership with the country. But a new policy is long overdue. One option, as ▮▮▮▮▮▮▮▮▮▮▮▮ and I proposed earlier this year, would be to target those officials who maintain relationships with designated terrorist groups with travel and financial sanctions. This would make it clear: the U.S. and Pakistan cannot have a true strategic partnership until Pakistan cuts ties with terrorist organizations. Recently, senior U.S. officials ? including ▮▮▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮ ▮▮▮▮ have travelled to Islamabad, reportedly to press on the Pakistani government. We look forward to hearing from our witness today whether there is reason for hope, or if our policy stuck in the same rut.

Re: Evening with ████████████ and ████████

From: Rick Olson ████████████████

To: ████████████████████

Date: Tuesday, December 15, 2015, 03:24 PM EST

No, that's OK, but thanks.  I was going to see them before my testimony tomorrow, it's considered good form to do so.  But not essential.

*rgo*

Rick Olson

**From:** ████████████████████████
**To:** 'Rick Olson' ████████
**Sent:** Tuesday, December 15, 2015 3:16 PM
**Subject:** RE: Evening with ████████████ and ████████████

You want me to call them to call you or you want their mobile number?

████████

**From:** Rick Olson [mailto:████████
**Sent:** Tuesday, December 15, 2015 12:11 PM
**To:** ████████
**Subject:** Re: Evening with ████████████ and ████████████

I was supposed to see ████████ and ████████████ this afternoon, but they cancelled because of problems you are causing in LA.

*rgo*

Rick Olson

**From:** ████████████████████
**To:** 'Rick Olson' ████████
**Sent:** Tuesday, December 15, 2015 2:44 PM
**Subject:** RE: Evening with ████████████ and ████████

I wish I knew this trick when I was going to school in New York. It would have been easier than taking/stealing note pad from doctor office to skip school

You trained your Afghanistani and Pakistani friends well. They called the Los Angeles School Board President and said there are bomb in various school

I don't think there are any bomb but we live in Peace Corp (State Department) world so everyone is scared of lawsuit

███████

-

---

**From:** Rick Olson ███████████████
**Sent:** Tuesday, December 15, 2015 11:29 AM
**To:** ████████████████████
**Subject:** Re: Evening with ████████████████ and ██████████

# What's going on in LA today?  Are you threatening people again?

*rgo*

Rick Olson

---

**From:** ████████████████████
**To:** █
**Sent:** Tuesday, December 15, 2015 12:14 PM
**Subject:** Evening with ████████████ and ████████

Evening with ████████████████ and ████████████ at the home of ████████
████████ (CEO of ████████████) in Los Angeles
Los Angeles, California Thursday, January 7th 6:00 - 8:00 pm
Please let me know if you are interested
Thanks

███████

Exhibit 14

## Re: Meeting

From: Rick Olson ███████████████

To: ███████████████

Cc: · ███████████████████████

Date: Saturday, January 24, 2015, 08:50 AM EST

███████████

Re our discussion last night: My birthdate is ████████████████
Full name: Richard G. Olson
Mileage plus #: ███████████

*rgo*

Rick Olson

From: ████████████████
To: 'Rick Olson'
Cc: ███████████████████████████
Sent: Friday, January 23, 2015 2:14 PM
Subject: RE: Meeting

I will call you for logistics

████████

From: Rick Olson █████████████████
Sent: Friday, January 23, 2015 7:01 AM
To: ███████████
Cc: ███████████████████████
Subject: Re: Meeting

Dear █████████

I could meet in London on the 31st.

Best,

*rgo*

Rick Olson

---

**From:** ████████████
**To:** Ambassordor Rick Olson - personal ████████
**Cc:** ████████████████████████████████
**Sent:** Friday, January 23, 2015 2:12 AM
**Subject:** Meeting

Hello Ambassador Olson-

I spoke to █████ and he is available:

- Vienna on Wednesday 28
- London on Thursday 29
- London on Friday 30
- London on Saturday 31

If these dates don't work then we will focus on meeting in late February or early March in Islamabad, Singapore, Istanbul or etc.

I will call you to follow up because if these dates work then we will arrange for logistics for your travel.

Thanks

████████

---

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 15

Yahoo Mail - Re: Follow up

## Re: Follow up

From: Rick Olson █████████████

To: █████████████████████ ; █████████████

Date: Wednesday, January 21, 2015, 01:41 PM EST

█████ : Just tried to call you.

I could go the first week of February. Let's discuss.

*rgo*

Rick Olson

---

**From:** Rick Olson █████████████
**To:** █████████████████████ >
**Sent:** Tuesday, January 20, 2015 4:09 PM
**Subject:** Re: Follow up

OK, let me figure it out.

*rgo*

Rick Olson

---

**From:** █████████████████████
**To:** Ambassador Rick Olson - US Embassy Pakistan █████████████
**Sent:** Tuesday, January 20, 2015 5:35 PM
**Subject:** Follow up

I am in London. Spoke to █████ about you. He would like you to know when can you visit Paris? He lives in Paris.

Let me know when is the earliest you can be in Paris for the meeting.

I will be back home in Los Angeles tomorrow Wednesday. I will call you.

Yahoo Mail - Re: Follow up

# Exhibit 16

| Date Ticketed: | Ticket Number: | Passenger Name: | Original Schedule: | Miles Redeemed: | Notes: | Payment Type: |
|---|---|---|---|---|---|---|
| | | | | | | |
| 01/24/15 | 0162436098952 | Richard Olson | 01/30/15 UA 0934 FN LAX-LHR 02/02/15 UA 0935 FN LHR-LAX | 340,000 | Ticket used | Paid Taxes – with Ax ending in 1003 |

3

**Platinum Card®**

AMERICAN EXPRESS

**Closing Date 02/08/15**

**Account Ending**

DUPLICATE COPY

| Detail Continued | | | Foreign Spend | Amount |
|---|---|---|---|---|

| 01/24/15 | UNITED AIRLINES    HOUSTON        TX | | | | $295.30 |
|---|---|---|---|---|---|

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| LOS ANGELES INTERN | LONDON HEATHROW AP | UA | 00 |
| | LOS ANGELES INTERN | UA | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 01624360989521
Passenger Name: OLSON/RICHARDMR
Document Type: PASSENGER TICKET

Date of Departure: 01/30

00069 307/390

Continued on reverse

## Detail Continued

| | | Foreign Spend | Amount |
|---|---|---|---|

| 01/27/15 | AA AIR TICKET SALE 4DALLAS        TX | | | $1,004.20 |
|---|---|---|---|---|
| | AMERICAN AIRLINES | | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ALBUQUERQUE | LOS ANGELES INTERN | OO | L |
| | N/A | OO | H |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 0012347337438
Passenger Name: OLSON/RICHARD
Document Type: PASSENGER TICKET

Date of Departure: 01/30

| 01/27/15 | AA MISC SALE/ TAX/ FDALLAS        TX | | | $18.08 |
|---|---|---|---|---|
| | AMERICAN AIRLINES | | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 0010659249860
Passenger Name: OLSON/RICHARD
Document Type: UPGRADE CHARGE

Date of Departure: 01/27

# Exhibit 17



## Platinum Card®

**DUPLICATE COPY**

Closing Date 02/08/15

Account Ending

## Detail Continued

| | | Foreign Spend | Amount |
|---|---|---|---|

01/31/15   LONDON   GB   388.93 Pounds Sterling   $589.39
RESTAURANT

60.00

Continued on reverse

Exhibit 18

## contact

From: ████████████████████████

To:    rick ████████████████

Date:   Wednesday, February 4, 2015, 03:48 AM EST

Get a lawyer to review the contact

Define what you will be responsible for

Contract July 1 2015 to June 31 2016

$300,000 per year contact

1% of fundraising

1% of transaction closing

Direct expense related ████ i.e. travel, hotel, phone and etc

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 19

Re: ██████████████

From:  Rick Olson ██████████████████

To:    ███████████████████

Date:  Sunday, February 15, 2015, 01:08 AM EST

████ I wrote to ████ about a week ago, never heard back from him.

*rgo*

Rick Olson

---

**From:** ████████████████████████████
**To:** Ambassador Rick Olson - US Embassy Pakistan ███████████████
**Sent:** Sunday, February 8, 2015 6:17 AM
**Subject:** ████████████

I saw ████ here in Munich. He said he hasn't heard anything from you. He is waiting for your decision and for you to get back to him.

████████

Exhibit 20

From: ████████████████████████████████████████████████████
◄████████████████████████►
Sent: Sun 2/08/2015 8:22 PM (GMT-00:00)
To: ████████████████████████████████
Cc:
Bcc:
Subject: Fwd: Follow Up


Regards,

████████████

---------- Forwarded message ----------
From: "Rick Olson" ████████████████████
Date: 8 Feb 2015 15:08
Subject: Follow Up
To: ████████████████████████████
Cc:

Dear ████████
Thanks again for the meeting last weekend.  I am very interested in the position with ████████ and would like to clarify a few points with you:

• **Responsibilities:** you mentioned a position on the board of advisors – would this be the same as a board of directors?  Is there a fiduciary responsibility, or is the position purely advisory? If you could clarify for me the nature of the responsibilities for the position, I would be obliged.

• Timing:  As I mentioned to you, my commitments to my current employer, the US Government, will mean that I will not be free until after 31 June 2015.

• Duration:  I am assuming a contract would be for one year? Running from 1 July 2015 to 31 June 2016.

• Time Commitment:  I would appreciate your sense of how much time you would expect me to commit to during the year. Usually board positions are not regarded as full time, so I would assume there would be a commitment to several weeks per year (for formal meetings).  I would of course be available anytime, but would appreciate a sense of how much time I would need to commit to for travel to Abu Dhabi (or elsewhere).

• Remuneration:  would you be prepared to offer $300,000 per annum?

• Bonuses: you mentioned the possibility of bonuses.  I would like to propose an arrangement under which I receive 1% for any transactions that I close, and 1% for any funds that I raise.

• Expenses: I assume ████████ would cover direct expenses, including travel costs, phone calls and reimbursement for business outlays?  In particular, I think it would be in the interest of ████████ for me to join several organizations, such as the US-UAE Business Council, and would like to clarify that ████████ would pick up the associated fees.


I look forward to hearing from you on these points.

Many thank and best wishes.

*rgo*

Rick Olson

Exhibit 21

From: ██████████████████████████████████

Sent:        Mon 2/23/2015 11:43 AM (GMT-00:00)
To:          ███████████████████████████
Cc:
Bcc:
Subject:     Fwd: Re: Fwd: ████
Attachments: ██ Recusal.pdf


Regards,

████████████

---------- Forwarded message ----------
From: "Rick Olson" ████████████████████
Date: 23 Feb 2015 06:41
Subject: Re: Fwd: ████
To: "████████████████████████████████
Cc:

Dear ██████████

I will get back to you shortly.  In the meantime, State Department ethics rules require me to
provide you with the attached document in which I formally recuse myself from any business
████████ might have with the USG in Pakistan.

rgo

Rick Olson


-----------------------------------------------
On Thu, 2/19/15, ████████████████████████████████

Subject: Fwd: ████
To: ██████████████
Cc: █████████████████████████████
Date: Thursday, February 19, 2015, 4:55 PM

Ambassador, I hope that
you are doing well. Following on from your recent email
regarding the role with ████ that we have been discussing,
please see below the response which I have given to my
personal advisor ████████████ for forwarding to you. I hope
to hear back from you soon.
Regards,

██████

---------- Forwarded
message ----------
From: ████████████████████████████
Date: 19 Feb 2015 12:43
Subject:
To: ██████████████████████████
██

Dear Rick

We see your primary role as leveraging your
unique relationships in the US and the UAE in terms of
positioning ████ in respect of both private and public
sectors.

For the public sector there is a great focus on
Abu Dhabi's strategic goal of diversifying the economy
away from it's traditional oil and related industry
dependence. Your relationships with current and former
government decision makers will be invaluable to ████ to
benefit from the opportunities which will inevitably arise,
including on a UAE Federal and wider GCC
basis.

In the private sector we are looking at
developing potential joint ventures with established and
start-up companies in the US with UAE and GCC businesses and
entrepreneurs. In particular we want to develop a regional
Gulf platform ("business laboratory") for local
entrepreneurs to bring their ideas and access funding and
technical development. Ultimately the intention will be to
invest in their concepts and help bring them to market in
one of the regional stock exchanges.More
generally we will expect you to promote and enhance the
reputation of ████ and it business among your contacts and
to introduce us to potential opportunities whether in the
US, the UAE or elsewhere.

Your duties will involve providing advice and
assistance to the board of directors and the Banks's
executive management. You will be a member of the
board's advisory committee - there are restrictions on
non-GCC membership of the boards of UAE financial
institutions. We would expect you to devote up to 28 days
per year to ████, which would comprise attendance concurrent
with the regular board of directors meetings, advisory
committee meetings, strategy/brain storming meetings ( and
other ad hoc) sessions, as well as investor events and other
PR related activities.

We are happy to offer a one year contract
renewable by mutual agreement. The fee will be $300k payable
by the company at agreed intervals.
In terms of the bonus/inventive, we prefer to
structure it as follows: for any deal brought by you which
is consummated by the bank, and where funding of an agreed
amount for that deal is brought/arranged by you, a parent
equivalent to 2% of that deal value willBe
payable.
The bank will reimburse/pay for your direct costs
which will be in accordance with the banks existing
policies.  Again, the bank will be happy to consider all
reasonable expenses and costs associated with membership of
such forums.
I hope this is agreeable to you and I look
forward to finalising terms with you as soon as
possible.
Best regards



**AMBASSADOR OF
THE UNITED STATES OF AMERICA
ISLAMABAD**

19 February 2015

### Memorandum

TO:      DCM -- ███████████

CC:      ███████████

FROM:   Ambassador Richard Olso

SUBJECT:  Recusal

In view of the fact that I have discussed with ███████████ future employment possibilities (and notwithstanding that no specific offer has been made or accepted), I have recused myself until further notice from participation in any particular matter that has a direct and predictable effect upon the financial interests of ███████████

Although ████ has no business before the US Mission to Pakistan, if any such business should come before me you should handle the matter without recourse to me.

Exhibit 22

**From:** Olson, Richard G
**Sent:** Thursday, February 19, 2015 12:57 AM
**To:**
**Subject:** Recusal
**Attachments:** Recusal II.docx

*rgo*

Rick Olson
US Ambassador to Pakistan

This email is UNCLASSIFIED.

**From:** Olson, Richard G
**Sent:** Thursday, February 19, 2015 12:51 AM
**To:**
**Subject:** FW: Scanned Letter
**Attachments:** [Untitled].pdf

Another recusal.

rgo

Rick Olson
US Ambassador to Pakistan

-----Original Message-----
From:
Sent: Thursday, February 19, 2015 10:45 AM
To: Olson, Richard G
Subject: Scanned Letter

This email is UNCLASSIFIED.

1

Exhibit 23



**AMBASSADOR OF
THE UNITED STATES OF AMERICA**

**ISLAMABAD**

19 February 2015

## Memorandum

TO:       DCM -- ███████████████

CC:       ███████████████

FROM:   Ambassador Richard Olson

SUBJECT:   Recusal

In view of the fact that I have discussed with ███████████████ future
employment possibilities (and notwithstanding that no specific offer has been
made or accepted), I have recused myself until further notice from participation in
any particular matter that has a direct and predictable effect upon the financial
interests of ███████████████

Although ██████ has no business before the US Mission to Pakistan, if any such
business should come before me you should handle the matter without recourse to
me.

Exhibit 24

█████████████████████████████

**From:** ████████████████████████ >
**Sent:** Wednesday, June 3, 2015 9:52 PM
**To:** Olson, Richard G; ███████████
**Cc:** ██████████████████
**Subject:** Re:

Probably via situation room
Let me know if I can be of help? I will be there Thursday, Friday and Saturday
███

**From:** Olson, Richard G
**Sent:** Wednesday, June 3, 2015 9:24 PM
**To:** ████████████████
**Subject:** RE:

████ is trying to call, we had it scheduled yesterday but it fell off (due to Washington).

*rgo*

Rick Olson
US Ambassador to Pakistan

This email is UNCLASSIFIED.

**From:** ████████████████████████
**Sent:** Thursday, June 04, 2015 9:00 AM
**To:** Olson, Richard G; ████████████
**Cc:** ████████████████
**Subject:** Re:

My friends and I are just little people trying to put food on the table.
Since you work for State you are probably tree hugging liberal :-) joke. ████ is opposite
I am on my way to ████████ for ████ 's wake. He was a great guy. This is twice ████ is going through this
kind of family turmoil.
By the way, everyone has called ████ expect for your Pakistani friends. Army Chief should call.
███

**From:** Olson, Richard G
**Sent:** Wednesday, June 3, 2015 8:49 PM
**To:** ████████████████
**Subject:** RE:

OK, I should be more grateful.

But I'm still not giving money to your politico buddies.


*rgo*

Rick Olson
US Ambassador to Pakistan



PERSONAL
This email is UNCLASSIFIED.



**From:** ███████
██████████████████████████████████████

**Sent:** Wednesday, June 03, 2015 11:28 PM
**To:** Olson, Richard G; ██████████
**Subject:** RE:

Proof that you are in the top 1% from The Washington Post. I wonder what the number is for Pakistan?

## What the richest 1% make in 25 countries

The average earnings per person of a member of the top 1 percent ,adjusted for the "purchasing power" of money in those countries.



| | |
|---|---|
| | $0   $50000   $100000   $150000 |
| Switzerland | 171,832 |
| Australia | 157,517 |
| United States | 151,534 |
| France | 123,760 |
| Luxembourg | 119,157 |
| Great Britain | 118,836 |
| Canada | 115,621 |
| Austria | 108,823 |
| Norway | 107,290 |
| Czech Republic | 101,745 |
| Denmark | 99,478 |
| New Zeland | 96,211 |
| Germany | 95,150 |
| Israel | 88,235 |
| Finland | 87,206 |
| Chile | 84,438 |
| Netherland | 83,462 |
| Iceland | 82,743 |

3

**From:** ███████████

███████████████████████████████████████

**Sent:** Wednesday, June 3, 2015 11:13 AM
**To:** 'Olson, Richard G'; ███████████
**Subject:** RE:

I don't think you are poor as a US Ambassador you are probably in the top 5% of US income with education from ███████ They probably won't like the fact that you advocate for Pakistan☺
imaad

---

**From:** Olson, Richard G

███████████████████████████████████████

**Sent:** Wednesday, June 3, 2015 12:25 AM
**To:** ███████████
**Subject:** RE:

They wouldn't want me for a variety of reasons, starting with the fact that I am poor.


*rgo*

Rick Olson
US Ambassador to Pakistan




This email is UNCLASSIFIED.

---

**From:** ███████████

███████████████████████████████████████

**Sent:** Wednesday, June 03, 2015 12:13 PM
**To:** Olson, Richard G; ███████████
**Subject:** FW:

You not coming to ████ 's birthday with ████████ and ████████ ?

**From:** ███████████

███████████████████████████████████████

**Sent:** Tuesday, June 2, 2015 5:02 PM
**To:** ███████████████████
**Cc:** █████████████
**Subject:**

███████

I just wanted to follow up on █████'s call with you last week.  We have you down for attending the dinner this Sunday with ████████ and ████████.  Will you be bringing any guests? I just wanted to reconfirm to give proper headcount to ████

Thanks and Best,

███████

Exhibit 25

Re: ███████ update

From: Rick Olson ████████████████

To: ████████████████

Date: Sunday, June 21, 2015, 09:54 PM EDT

---

I can't speak for her, but it is a very generous offer, and she should take it.

*rgo*

Rick Olson

---

**From:** ████████████████
**To:** Ambassordor Rick Olson - personal ████████████
**Sent:** Monday, June 22, 2015 1:04 AM
**Subject:** FW: ████████ update

I will offer her $25,000 grant and $50,000 loan to be paid back after she graduates. Will this work for her?
████████

**From:** ████████████████
**Sent:** Sunday, June 21, 2015 9:16 AM
**To:** ████████
**Subject:** ████████ update

Dear ████████

Just checking you received my previous emails and to give you an update re: ████████

████████ have granted me housing which brings the cost of living in ████████ down significantly. I am not sure how much it is to live there, but I certainly shall not require the $30,000 dollars they initially quoted as I now have accommodation.

They haven't compromised on the tuition fees and they still stand at $63,000.

I'm not sure if you know the circumstances surrounding, why I missed the scholarship deadlines for

████████

████████████████████████████████████████████████████████████

Thank you again for taking the time to read my emails. I am sorry to pester you with my issues.

If you are available to discuss, my Pakistan mobile is
███████████████ or skype: ████████████

Kind regards, ████████████

## Re: Hello from Pakistan

From: Rick Olson ███████████████

To: ████████████████████

Date: Monday, June 15, 2015, 09:51 PM EDT

Yes

*rgo*

Rick Olson

---

**From:** ████████████████████████
**To:** Ambassordor Rick Olson - personal ████████████████
**Sent:** Tuesday, June 16, 2015 1:24 AM
**Subject:** FW: Hello from Pakistan

This the person you mentioned?

-----Original Message-----
From: ██████████████████████████
Sent: Monday, June 15, 2015 7:00 AM
To: ████████████████████
Subject: Hello from Pakistan

Dear ████████████

A mutual friend of ours, Ambassador Olson, has passed on your email contact. I am writing to introduce myself and say hello.

Kind regards, ████████████████

Sent from my iPhone=

## FW: Hello from Pakistan

From: ████████████████████████

To:    rick████████████████

Date:  Monday, June 15, 2015, 04:26 PM EDT

-----Original Message-----
From: ████████████████████████
Sent: Monday, June 15, 2015 1:26 PM
To: ████████████
Subject: RE: Hello from Pakistan

Hello████████

Yes Ambassador Rick Olson told me. Can you please email me your resume and
brief about which program at ████████ you are planning on attending? How
long, expenses and etc?

████████████

-----Original Message-----
From: ████████████████████
Sent: Monday, June 15, 2015 7:00 AM
To: ████████████████
Subject: Hello from Pakistan

Dear████████████

A mutual friend of ours, Ambassador Olson, has passed on your email
contact. I am writing to introduce myself and say hello.

Kind regards, ████████████

Sent from my iPhone=

## FW: Hello from Pakistan

From: ████████████████████████

To:   rick██████████████

Date:   Monday, June 15, 2015, 04:24 PM EDT

This the person you mentioned?

-----Original Message-----
From: ██████████████████████
Sent: Monday, June 15, 2015 7:00 AM
To: ████████████
Subject: Hello from Pakistan

Dear ████████

A mutual friend of ours, Ambassador Olson, has passed on your email
contact. I am writing to introduce myself and say hello.

Kind regards, ████████████

Sent from my iPhone=

## Re: Contact

From: Rick Olson (rick ███████████

To: ███████████████

Date: Monday, June 15, 2015, 05:58 AM EDT

You're welcome.

rgo

Rick Olson

---

On Mon, 6/15/15, ████████████████████ wrote:

Subject: Re: Contact
To: "Rick Olson" ███████████
Date: Monday, June 15, 2015, 2:43 PM

Thank
you

On Mon, Jun 15, 2015 at
8:32 AM, Rick Olson ████████████
wrote:

████

As discussed, suggest you be in touch with ██████████

███████

██████████████████

██

rgo

Rick Olson

Exhibit 26

**DUPLICATE COPY**
Account Ending ▉▉

p. 4/9

**Detail Continued**

| | Foreign Spend | Amount |
|---|---|---|

| 06/25/15 | IBE EMIRATES IBE EMIWASHINGTON    AR | | | | $1,213.91 |
| | EMIRATES AIRLINES | | | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| ISLAMABAD | DUBAI | EK | D |
| | BIRMINGHAM INTL AP | EK | D |
| | DUBAI | EK | O |
| | ISLAMABAD | EK | O |

Ticket Number: 1762191260730
Passenger Name: ▉▉▉▉▉
Document Type: PASSENGER TICKET

Date of Departure: 06/27

Continued on next page

**Platinum Card®**

Closing Date 08/11/15

Account Ending ▆▆▆

## Detail Continued

| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 08/06/15 | UNITED AIRLINES | HOUSTON | TX | | | |
| | UNITED AIRLINES | | | | | $193.80 |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | UA | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 01624595251694

Passenger Name: ▆▆▆

Document Type: PASSENGER TICKET

Date of Departure: 08/08

Exhibit 27

## Syntax

| From: | ███████████████████████ |
| To: | rick ████████████████ |
| Date: | Wednesday, July 1, 2015, 07:26 AM EDT |

Why one never types on the move and especially, when groveling :-)

This appalling syntax should read.

Rick: do you understand what you have done for me? I can not ever, articulate my appreciation or gratitude.

So moving on, Olson now that we've had a brief hello.

Don't worry sweetheart I am sure there shall be ample opportunities in the course of our friendship to lambaste :-) given your Womble tendencies and my sweet, angelic nature.

Sent from my iPhone

> On Jul 1, 2015, at 11:51 AM, ████████████████████████████ wrote:
>
> OMG I am SO VERY VERY SORRY Rick.
>
> I thought you didn't want to hear from me, or a ' read  out' until I was back in Pakistan. When we last met you said, to call when I return to Pakistan.
>
> I know you're busy with work and stressed about many things. Thus I did not want to be an additional hassle.
>
> I wanted to call you on Monday when we first met. But was uncertain about bothering you - then decided against it. I remembered you'd said you needed to take a step back. Which I completely understood.
>
> I am sorry, I was confused I thought...
>
> He continued to Genevae yesterday and I spent the night in Paris alone. I was extremely tired, feeling low, lonely and depressed. It was late in Pakistan by the time I had managed to excuse myself from the trip to Genevae, and I knew you would be asleep.
>
> And I feel I need to protect you with regards to the principal.
>
> Rick: do you understand what you have done for me. I can never, ever, appreciate my gratitude and thanks. Your kindness and help has completely overwhelmed me -  no one has ever gone out of their way for me, ever.
>
> Coupled with the fact that I love you dearly, makes all this extremely hard. I don't know when I am over stepping the friends boundary; with calling you, pestering you and wanting to hang out with you.
>
> I WAS NOT  sending you snarky text messages. I missed you and still do ( which I hate) and just wanted a chat. Hence smiley face and a kiss.
>
> I am sorry, I need to speak to you.  But not to get you involved, but because I trust and respect your advice and opinion.
>
> I was boarding the plane to London when you called and am now in London. I am confused with many things, and need to speak to you.
>
> And for the record.  Do you know how happy it makes me when ever I see a missed call from you. The saddo that I am ( colloquial English for pathetic). So it is not because 'I am intentionally not returning your calls,' After arriving in London I had to rush to board a train to ███████ to see my mother  and siblings, before I return to Pakistan tomorrow.

\>
\> And as you know that is another emotional story.X
\>
\>
\>
\> Sent from my iPhone
\>
\>> On Jul 1, 2015, at 10:17 AM, Rick Olson ▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
\>>
\>> Has it occured to you that it might be in your interest to give me a readout of your meeting, since the principal is likely, in fact has, reached out to me?  Rather than sending me snarky SMSes and not returning my calls.
\>>
\>>
\>>
\>>
\>>
\>>
\>> rgo
\>>
\>> Rick Olson
\>>
\>>

# Exhibit 28

M Gmail                                                    ████████ < ████████████ >

████████████
1 message

To: ████████████████████                              Wed, Jul 1, 2015 at 3:15 AM
Cc: ████████████████████████████████

Here is what we agreed to base on the meeting:

·   Grant of $25,000 going directly to ████████████ This can be immediate when you tell me where to make the payment

·   Help you get loan of $50,000 from US bank when you are in school or ████

·   I can show proof of funds to ████████████ for you to start the school

Did I miss anything?

████

# Exhibit 29

# RE: ███████

From: Rick Olson ████████████████

To: ████████████████████

Date: Thursday, July 2, 2015, 12:53 AM EDT

I'm an Ambassador, not a mufti.  The Embassy is a ramadhan free zone.  Come visit and we'll give you a drink.

rgo

Rick Olson

-------------------------------------
On Thu, 7/2/15, ████████████████████ wrote:

Subject: RE: ████████
To: "'Rick Olson'"
Date: Thursday, July 2, 2015, 9:12 AM

#yiv1888032920
#yiv1888032920 --

 _filtered #yiv1888032920 {font-family:Helvetica;panose-1:2
11 6 4 2 2 2 2 2 4;}
 _filtered #yiv1888032920 {panose-1:2 4 5 3 5 4 6 3 2 4;}
 _filtered #yiv1888032920 {font-family:Calibri;panose-1:2 15
5 2 2 2 4 3 2 4;}
 _filtered #yiv1888032920 {font-family:Garamond;panose-1:2 2
4 4 3 3 1 1 8 3;}
 _filtered #yiv1888032920 {font-family:Verdana;panose-1:2 11
6 4 3 5 4 4 2 4;}
#yiv1888032920
#yiv1888032920 p.yiv1888032920MsoNormal, #yiv1888032920
li.yiv1888032920MsoNormal, #yiv1888032920
div.yiv1888032920MsoNormal
   {margin:0in;margin-bottom:.0001pt;font-size:12.0pt;}
#yiv1888032920 a:link, #yiv1888032920
span.yiv1888032920MsoHyperlink
   {color:blue;text-decoration:underline;}
#yiv1888032920 a:visited, #yiv1888032920
span.yiv1888032920MsoHyperlinkFollowed
   {color:purple;text-decoration:underline;}
#yiv1888032920 p.yiv1888032920msolistparagraph,
#yiv1888032920 li.yiv1888032920msolistparagraph,
#yiv1888032920 div.yiv1888032920msolistparagraph
   {margin-right:0in;margin-left:0in;font-size:12.0pt;}
#yiv1888032920 p.yiv1888032920msonormal, #yiv1888032920
li.yiv1888032920msonormal, #yiv1888032920
div.yiv1888032920msonormal
   {margin-right:0in;margin-left:0in;font-size:12.0pt;}

```
#yiv1888032920 p.yiv1888032920msochpdefault, #yiv1888032920
li.yiv1888032920msochpdefault, #yiv1888032920
div.yiv1888032920msochpdefault
    {margin-right:0in;margin-left:0in;font-size:12.0pt;}
#yiv1888032920 span.yiv1888032920msohyperlink
    {}
#yiv1888032920 span.yiv1888032920msohyperlinkfollowed
    {}
#yiv1888032920 span.yiv1888032920emailstyle18
    {}
#yiv1888032920 span.yiv1888032920emailstyle19
    {}
#yiv1888032920 p.yiv1888032920msonormal1, #yiv1888032920
li.yiv1888032920msonormal1, #yiv1888032920
div.yiv1888032920msonormal1
    {margin:0in;margin-bottom:.0001pt;font-size:11.0pt;}
#yiv1888032920 span.yiv1888032920msohyperlink1
    {color:#0563C1;text-decoration:underline;}
#yiv1888032920 span.yiv1888032920msohyperlinkfollowed1
    {color:#954F72;text-decoration:underline;}
#yiv1888032920 p.yiv1888032920msolistparagraph1,
#yiv1888032920 li.yiv1888032920msolistparagraph1,
#yiv1888032920 div.yiv1888032920msolistparagraph1
    {margin-top:0in;margin-right:0in;margin-bottom:0in;margin-left:.5in;margin-bottom:.0001pt;font-size:11.0pt;}
#yiv1888032920 span.yiv1888032920emailstyle181
    {color:windowtext;}
#yiv1888032920 span.yiv1888032920emailstyle191
    {color:#1F497D;}
#yiv1888032920 p.yiv1888032920msochpdefault1, #yiv1888032920
li.yiv1888032920msochpdefault1, #yiv1888032920
div.yiv1888032920msochpdefault1
    {margin-right:0in;margin-left:0in;font-size:10.0pt;}
#yiv1888032920 span.yiv1888032920EmailStyle32
    {color:#1F497D;}
#yiv1888032920 .yiv1888032920MsoChpDefault
    {font-size:10.0pt;}
 _filtered #yiv1888032920 {margin:1.0in 1.0in 1.0in 1.0in;}
#yiv1888032920 div.yiv1888032920WordSection1
    {}
#yiv1888032920 No problem. I heard it is hot
```
weather in Pakistan. You should give a fatwa that it is okay
not to fast if you are going to die fastingimaad  From: Rick Olson

Sent: Wednesday, July 1, 2015 6:18 PM
To: ██████████
Subject: Re: ██████████
██████ Many thanks.
 rgo


Rick Olson

From: ████████████████████████████
To: Ambassordor Rick Olson - personal
████████████████
Sent: Wednesday, July 1, 2015 12:16
PM
Subject: FW: ██████████
██████ From: ████████████████████████████

Sent: Wednesday, July 1, 2015 12:16
AM

To: █████████
Cc: █████████████████
Subject: ████
█████ Here is what we
agreed to base on the meeting: ·
Grant of $25,000 going directly to
█████████████████ This can be immediate when you tell me
where to make the payment·
Help you get loan of $50,000 from US
bank when you are in school or █████
I can show proof of funds to █████████
█████████ for you to start the
school Did I miss
anything? ████████

Exhibit 30

| Date Ticketed: | Ticket Number: | Passenger Name: | Original Schedule: | Miles Redeemed: | Notes: | Payment Type: |
|---|---|---|---|---|---|---|
| 08/06/15 | 0162459525169 | █████ | 08/08/15 UA 0923 X   LHR-EWR | 30,000 | Ticket used | Paid Taxes – with Ax ending in 1003 |

4

# Exhibit 31

## Talk

From: ████████████████████

To: rick████████████████

Date: Sunday, August 9, 2015, 12:04 PM EDT

Olson: It was good to speak to you earlier. Admittedly, I was worried about you following our previous conversation. I am sorry, of late I have been emotionally drained and unable to really talk. I am also sorry I am not there to speak to you in person.

I know things are obscure and this is a difficult phase in your journey. I guess me telling you everything will work out fine, and you have no need to worry about the future doesn't help. Especially, when you are alone and left to your own negative thoughts.

But you still need to hear it. I am certain: Allah will continue to care of you. That you shall find the right path for your career inshallah. (I known reading this you shall be rolling your eyes 😊, but I always pray for this ). And you will enjoy the next stage of your life.

You are so darn smart and professionally accomplished (masha'allah) the average gig will just not cut it. I know your career is a huge part of your identity and I admire you immensely for exploring the unknown, despite your trepidation. Anthony Robbins once wrote, 'feel the fear, yet do it anyway.' Of which one is a firm believer.

On another note, I would love to see you next week.

Pakistan was wonderful and I am so grateful for the time we spent together. Allhumdullilah. You know I will always cherish our friendship. I want you to know: you are not obliged to see me. I know you have your professional commitments and personal obligation, thus do not want to be an additional burden. Thus, if you'd rather not meet, please do say.

Besides, I am going to ████████ Yay! Happy dance 😊 All thanks to you Olson! So I am sure I can find something to occupy myself with on a Friday night😊😊x

Sent from my iPhone

Exhibit 32



866

11-35/1210 CA
70701

9-10-2015

Date

Pay
to the order of

$ 20,000,-

twenty thousand and $^{x0}/100$

Dollars

**Bank of America**

ACH R/T 121000358

Memo

⑈121000358⑈



PAY TO THE ORDER OF

For Deposit Only

2015/09/18 12:06:41 PM #C8E R000689630
C003994648 2015 3 CK 9999  $20,000.00



865

11-35/1210 CA
70701

9 - 10 - 2015

_Date_

Pay to the order of

$ 5,000,—

five thousand    and    xx/100    **Dollars**

**Bank of America**

ACH R/T 121000358

_Advantage_

Memo    tuition

⑆121000358⑆

MP



Exhibit 33

## Re: Your check was cashed

From: Rick Olson ███████████████

To: ███████████████████

Date: Friday, September 25, 2015, 06:35 AM EDT

Once again, you are very generous.

*rgo*

Rick Olson

---

**From:** ███████████████████
**To:** Ambassordor Rick Olson - personal ████████████
**Sent:** Wednesday, September 23, 2015 12:52 AM
**Subject:** FW: Your check was cashed

My job is done

---

**From:** ███████████████████
**Sent:** Tuesday, September 22, 2015 12:52 PM
**To:** ███████████████
**Subject:** RE: Your check was cashed

████████

I was told both your check were cashed. Hope you are learning lot at ████████ It will be worth it in the long term

imaad

---

**From:** ███████████████████
**Sent:** Monday, September 21, 2015 9:54 AM
**To:** ████████
**Subject:** ████████ check was cashed

09/18/2015 Hide additional information for activity type check    activity     C status type icon cleared     -20,000.00
    -20,000.00 Check 866: ████████ for   type     Cleared. Select to mark activity type check
    check   -20,000.00 Check 866: ███████████████     27,047.41
   Edit DescriptionSave DescriptionCancel Edit        as Reconciled
   Description

    **My Description:**
      ████████████

    **Check number:**
      00000000866
    **Post date:**
      09/18/2015
    **Amount:**
      -20,000.00

**Type:**
    Check
**Description:**
    Check

Front view disabled | Back view | Both sides | Print image & details

# Exhibit 34

## Re: RGO Mailing Address

From: Rick Olson ███████████████

To: ████████████████████

Date: Sunday, December 18, 2016, 11:59 AM EST

# Thanks

*rgo*

Rick Olson

---

**From:** ███████████████████████████

**To:** 'Rick Olson' ████████████████████

**Sent:** Sunday, December 18, 2016 6:34 AM

**Subject:** RE: RGO Mailing Address

Check for $20,000 mailed. I will get you UPS tracking number

**From:** Rick Olson ████████████████████

**Sent:** Friday, December 16, 2016 6:08 PM

**To:** █████████████████████████

**Subject:** RGO Mailing Address

████████████████████

████████████

*rgo*

Rick Olson

█████████      /1

# Exhibit 35

**From:** ████████████
**To:** ████████████
**Subject:** [EXTERNAL EMAIL] - TR: Receipt for work done for Ambassador Olson
**Date:** Thursday, September 24, 2020 12:57:39 PM

---

**De :** ████████████████████████

**Envoyé :** lundi 29 février 2016 08:39

**À :** ████████████████████████████████

**Objet :** Receipt for work done for Ambassador Olson

Hello ████████████,

This is the job done for Ambassador Olson :

Date : Saturday February 28th, 2016
Starting at : 2.30 pm
Ending at : 11.00 pm
Pick up at : The Westin Bonaventure Downtown LA
Drop off at : Sheraton hotel Cerritos
Specification: round trip
Hourly rate : $55 per hour
Hours worked : 8.5
Total in U.S. Dollars : $467.5

Thank you for your business,
Cordially,

████████████

Exhibit 36

March - 01 - 2016

DATE

PAY TO THE
ORDER OF _____

$ 400, —

four hundred and ** /100 _____ DOLLARS 🔒

WELLS FARGO   Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR ___ Olson _____

⑈122000247⑈    731 71⑈

Harland Clarke

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
OR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

REQUEST 00006773445000000 400.00
ROLL ECIA 20160311 000008119667069
JOB ECIA E ACCT [redacted] 7317
REQUESTOR U540701
17699430 03/15/2017 Research 17699702

Summons and Subpoenas Department
S4001-01F
Phoenix AZ 85038

Exhibit 37

Termination Report | U.S. Office of Government Ethics; 5 C.F.R. part 2634 | Form Approved: OMB No. (3209-0001)(March 2014)

# Executive Branch Personnel Public Financial Disclosure Report (OGE Form 278e)

## Filer's Information

**OLSON, RICHARD G.**

Special Rep for Afghanistan and Pakistan, S/SRAP, Department of State

Date of Termination: 11/30/2016

---

Other Federal Government Positions Held During the Preceding 12 Months: None

---

Electronic Signature - I certify that the statements I have made in this form are true, complete and correct to the best of my knowledge.

eSigned in FDM by:
RICHARD G. OLSON
User ID: ███████████

☑

12/01/2016

---

Agency Ethics Official's Opinion - On the basis of information contained in this report. I conclude that the filer is in compliance with applicable laws and regulations(Subject to any comments below).

eSigned in FDM by:
███████████
User ID: ███████████

☑

12/15/2016

---

Other review conducted by

Reviewer:
eSigned in FDM by:
███████████
User ID: ███████████

☑

12/15/2016

---

U.S. Office of Government Ethics Certification

---

## 1. Filer's Positions Held Outside United States Government

This report has no reported **Positions Held Outside United State Gov.**

## 2. Filer's Employment Assets & Income and Retirement Accounts

This report has no reported **Assets**

## 3. Filer's Employment Agreements and Arrangements

This report has no reported **Agreements and Arrangements**

## 4. Filer's Sources of Compensation Exceeding $5,000 in a Year
This report has no reported **Compensation Exceeding $5,000**

## 5. Spouse's Employment Assets & Income and Retirement Accounts

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME |
|---|-------------|-----|-------|-------------|--------|

## 6. Other Assets and Income

| # | DESCRIPTION | EIF | VALUE | INCOME TYPE | INCOME AMOUNT |
|---|-------------|-----|-------|-------------|---------------|

## 7. Transactions
This report has no reported **Transactions**

## 8. Liabilities
This report has no reported **Liabilities**

## 9. Gifts and Travel Reimbursements

| # | SOURCE NAME | CITY, STATE | BRIEF DESCRIPTION | VALUE |
|---|-------------|-------------|-------------------|-------|
| 1 | President of Aghanistan | Kabul | Other gift: Medal -- Order of Wazir Akbar Khan | 100 |

# Summary of Contents

### 1. Filer's Positions Held Outside United States Government

Part 1 discloses positions that the filer held at any time during the reporting period (excluding positions with the United States Government). Positions are reportable even if the filer did not receive compensation.

This section does not include the following: (1) positions with religious, social, fraternal, or political organizations; (2) positions solely of an honorary nature; (3) positions held as part of the filer's official duties with the United States Government; (4) mere membership in an organization; and (5) passive investment interests as a limited partner or non-managing member of a limited liability company.

### 2. Filer's Employment Assets & Income and Retirement Accounts

Part 2 discloses the following:

- Sources of earned and other non-investment income of the filer totaling more than $200 during the reporting period (e.g., salary, fees, partnership share, honoraria, scholarships, and prizes)

- Assets related to the filer's business, employment, or other income-generating activities that (1) ended the reporting period with a value greater than $1,000 or (2) produced more than $200 in income during the reporting period (e.g., equity in business or partnership, stock options, retirement plans/accounts and their underlying holdings as appropriate, deferred compensation, and intellectual property, such as book deals and patents)


This section does not include assets or income from United States Government employment or assets that were acquired separately from the filer's business, employment, or other income-generating activities (e.g., assets purchased through a brokerage account). Note: The type of income is not required if the amount of income is $0 - $200 or if the asset qualifies as an excepted investment fund (EIF).

### 3. Filer's Employment Agreements and Arrangements

Part 3 discloses agreements or arrangements that the filer had during the reporting period with an employer or former employer (except the United States Government), such as the following:

- Future employment

- Leave of absence

- Continuing payments from an employer, including severance and payments not yet received for previous work (excluding ordinary salary from a current employer)

- Continuing participation in an employee welfare, retirement, or other benefit plan, such as pensions or a deferred compensation plan

- Retention or disposition of employer-awarded equity, sharing in profits or carried interests (e.g., vested and unvested stock options, restricted stock, future share of a company's profits, etc.)

### 4. Filer's Sources of Compensation Exceeding $5,000 in a Year

Part 4 discloses sources (except the United States Government) that paid more than $5,000 in a calendar year for the filer's services during any year of the reporting period.

The filer discloses payments both from employers and from any clients to whom the filer personally provided services. The filer discloses a source even if the source made its payment to the filer's employer and not to the filer. The filer does not disclose a client's payment to the filer's employer if the filer did not provide the services for which the client is paying.

### 5. Spouse's Employment Assets & Income and Retirement Accounts

Part 5 discloses the following:

- Sources of earned income (excluding honoraria) for the filer's spouse totaling more than $1,000 during the reporting period (e.g., salary, consulting fees, and partnership share)

- Sources of honoraria for the filer's spouse greater than $200 during the reporting period

- Assets related to the filer's spouse's employment, business activities, other income-generating activities that (1) ended the reporting period with a value greater than $1,000 or (2) produced more than $200 in income during the reporting period (e.g., equity in business or partnership, stock options, retirement plans/accounts and their underlying holdings as appropriate, deferred compensation, and intellectual property, such as book deals and patents)


This section does not include assets or income from United States Government employment or assets that were acquired separately from the filer's spouse's business, employment, or other income-generating activities (e.g., assets purchased through a brokerage account). Note: The type of income is not required if the amount of income is $0 - $200 or if the asset qualifies as an excepted investment fund (EIF). Amounts of income are not required for a spouse's earned income (excluding honoraria).

### 6. Other Assets and Income

Part 6 discloses each asset, not already reported, that (1) ended the reporting period with a value greater than $1,000 or (2) produced more than $200 in investment income during the reporting period. For purposes of the value and income thresholds, the filer aggregates the filer's interests with those of the filer's spouse and dependent children.

This section does not include the following types of assets: (1) a personal residence (unless it was rented out during the reporting

period); (2) income or retirement benefits associated with United States Government employment (e.g., Thrift Savings Plan); and (3) cash accounts (e.g., checking, savings, money market accounts) at a single financial institution with a value of $5,000 or less (unless more than $200 of income was produced). Additional exceptions apply. Note: The type of income is not required if the amount of income is $0 - $200 or if the asset qualifies as an excepted investment fund (EIF).

## 7. Transactions

Part 7 discloses purchases, sales, or exchanges of real property or securities in excess of $1,000 made on behalf of the filer, the filer's spouse or dependent child during reporting period.

This section does not include transactions that concern the following: (1) a personal residence, unless rented out; (2) cash accounts (e.g., checking, savings, CDs, money market accounts) and money market mutual funds; (3) Treasury bills, bonds, and notes, and (4) holdings within a federal Thrift Savings Plan account. Additional exceptions apply.

## 8. Liabilities

Part 8 discloses liabilities over $10,000 that the filer, the filer's spouse or dependent child owed at any time during the reporting period.

This section does not include the following types of liabilities: (1) mortgages on a personal residence, unless rented out (limitations apply for PAS filers); (2) loans secured by a personal motor vehicle, household furniture, or appliances, unless the loan exceeds the item's purchase price; and (3) revolving charge accounts, such as credit card balances, if the outstanding liability did not exceed $10,000 at the end of the reporting period. Additional exceptions apply.

## 9. Gift and Travel Reimbursements

This section discloses:

- Gifts totaling more than $375 that the filer, the filer's spouse, and dependent children received from any one source during the reporting period.
- Travel reimbursements totaling more than $375 that the filer, the filer's spouse, and the dependent children received from any one source during the reporting period.

For purposes of this section, the filer need not aggregate any gift or travel reimbursement with a value of $150 or less. Regardless of the value, this section does not include the following items: (1) anything received from relatives; (2) anything received from the United States Government or from the District of Columbia, state, or local governments; (3) bequests and other forms of inheritance; (4) gifts and travel reimbursements given to the filer's agency in connection with the filer's official travel; (5) gifts of hospitality (food, lodging, entertainment) at the donor's residence or personal premises; and (6) anything received by the filer's spouse or dependent children totally independent of their relationship to the filer. Additional exceptions apply.

## Privacy Act Statement

Title I of the Ethics in Government Act of 1978, as amended (the Act), 5 U.S.C app. § 101 et seq., as amended by the Stop Trading on Congressional Knowledge Act of 2012 (Pub. L. 112-105) (STOCK Act), and 5 C.F.R. Part 2634 of the U.S. Office of Government Ethics regulations require the reporting of this information. The primary use of the information on this report is for review by Government officials to determine compliance with applicable Federal laws and regulations. This report may also be disclosed upon request to any requesting person in accordance with sections 105 and 402(b)(1) of the Act or as otherwise authorized by law. You may inspect applications for public access of your own form upon request. Additional disclosures of the information on this report may be made: (1) to any requesting person, subject to the limitation contained in section 208(d)(1) of title 18, any determination granting an exemption pursuant to sections 208(b)(1) and 208(b)(3) of title 18; (2) to a Federal, State or local law enforcement agency if the disclosing agency becomes aware of violations or potential violations of law or regulation; (3) to another Federal agency, court or party in a court or Federal administrative proceeding when the Government is a party or in order to comply with a judge-issued subpoena; (4) to a source when necessary to obtain information relevant to a conflict of interest investigation or determination; (5) to the National Archives and Records Administration or the General Services Administration in records management inspections; (6) to the Office of Management and Budget during legislative coordination on private relief legislation; (7) to the Department of Justice or in certain legal proceedings when the disclosure agency, an employee of the disclosing agency, or the United States is a party to litigation or has an interest in the litigation and the use of such records is deemed relevant and necessary to the litigation; (8) to reviewing officials in a new office, department or agency when an employee transfers or is detailed from one covered position to another; (9) to a Member of Congress or a congressional office in response to an inquiry made on behalf of an individual who is the subject of the record; (10) to contractors and other non-Government employees working on a contract, service, or assignment for the Federal Government when necessary to accomplish a function related to an OGE Government-wide system of records; and (11) on the OGE Website and to any person, department or agency, any written ethics agreement filed with OGE by an individual nominated by the President to a position requiring Senate confirmation. See also the OGE/GOVT-1 executive branch-wide Privacy act system of records.

## Public Burden Information

This collection of information is estimated to take an average of three hours per response, including time for reviewing the instructions, gathering the data needed, and completing the form. Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Program Counsel, U.S. Office of Government Ethics (OGE), Suite 500, 1201 New York Avenue, NW, Washington, DC 20005-3917.

Pursuant to the Paperwork Reduction Act, as amended, an agency may not conduct or sponsor, and no person is required to respond to, a collection of information unless it displays a currently valid OMB control number (that number, 3209-0001, is displayed here and at the top of the first page of this OGE Form 278e).

# Exhibit 38



Medicine Bear International Consulting



---

**Statement**

17 APR 2017

EIN: ▮▮▮▮▮▮▮▮

Point of Contact:
Richard Olson

| Date | Description | Balance | Amount |
|------|-------------|---------|--------|
| MAR 2017 | Consulting Services for Avenue Ventures | 0.00 | $20,000.00 |
| | | | |

| Statement # | AV0001 |
|-------------|--------|
| Date | 17 APR 17 |
| Amount Due | $20,000.00 |



Medicine Bear International Consulting

██████████████

---

## INVOICE

5 MAY 2017

EIN: ████████

Point of Contact:
Richard Olson

████████████████

| Date | Description | Balance | Amount |
|------|-------------|---------|--------|
| APR 2017 | Consulting Services for Avenue Ventures | 0.00 | $20,000.00 |
|  |  |  |  |

| | |
|-------------|-----------|
| Statement # | AV0002 |
| Date | 5 MAY 2017 |
| Amount Due | $20,000.00 |

████



Medicine Bear International Consulting

██████████████

---

## INVOICE

8 JUN 2017

EIN: ██████████

Point of Contact:
Richard Olson

████████████████████████

| *Date* | *Description* | *Balance* | *Amount* |
|---|---|---|---|
| MAY 2017 | Consulting Services for Avenue Ventures | 0.00 | $20,000.00 |
| | | | |

| | |
|---|---|
| Statement # | AV0003 |
| Date | 9 JUNE 2017 |
| Amount Due | $20,000.00 |



**MEDICINE BEAR**
INTERNATIONAL LLC

## INVOICE

2 JULY 2017

EIN: ███████████

Point of Contact:
Richard Olson
███████████
███████████████████

| Date | Description | Balance | Amount |
|------|-------------|---------|--------|
| JUN 2017 | Consulting Services for Avenue Ventures | 20,000.00 | $20,000.00 |
| JUN 2017 | EXPENSES (Taxi fares, parking, receipts attached) | 0.00 | $92,79 |

| | |
|--|--|
| Statement # | AV0004 |
| Date | 2 JUL 2017 |
| Amount Due | $20,092.79 |



## INVOICE

20 AUG 2017

EIN: ███████

Point of Contact:
Richard Olson

████████

████████████████

| Date | Description | Balance | Amount |
|------|-------------|---------|--------|
| JUL 2017 | Consulting Services for Avenue Ventures | 20,000.00 | $20,000.00 |
| JUN 2017 | Expenses (previously submitted) | 92.79 | 0.00 |

| Statement # | AV0005 |
|-------------|--------|
| Date | 20 AUG 2017 |
| Amount Due | $40,092.79 |

Exhibit 39

**To:**    Richard.Olson ██████████████████████████████
**From:**  ██████████████
**Sent:**    Thur 4/6/2017 4:58:18 PM
**Importance:**    Normal
**Subject:**    FW: letter
**MAIL_RECEIVED:**    Thur 4/6/2017 4:58:54 PM
2017-4-1 ██████████████.pdf

I am in Dubai going to Saudi. I will call you to ask you if you want to be on the board of
████████████

## FW: letter

From: ███████████████████████████

To:     rick███████████████

Date:  Thursday, April 6, 2017, 08:07 PM EDT

**From:** ███████████████████████████
**Sent:** Thursday, April 6, 2017 4:58 PM
**To:** 'Richard.Olson███████████████████████
**Subject:** FW: letter

I am in Dubai going to Saudi. I will call you to ask you if you want to be on the board of ████████

📄  2017-4-1████████████pdf
     163.6kB

**To:** ███████████████████████████
**From:**   Richard Olson
**Sent:**   Mon 4/17/2017 5:34:14 AM
**Importance:**   Normal
**Subject:**   RE: ████████████
**MAIL_RECEIVED:**   Mon 4/17/2017 5:34:14 AM

Yes, would be interested.

*rgo*

**Rick Olson**

**Ambassador (retired)**

**From:** ████████████████████████████
**Sent:** Monday, April 10, 2017 5:10 PM
**To:** Richard**.**Olson███████████████
**Subject:** FW: ███████████

If you want I can get you the same deal as ████████████ Formerly ██████ is now ████████████ and it is cleaned up and starting to do lucrative deals

████████

**From:** ████████████████
**Sent:** Monday, April 10, 2017 6:07 AM
**To:** ██████████████████████████████
**Subject:** FW: ████████████

███████████████████

Per our phone conversation, here is the basic outline for ████████████ board

- Meetings once or twice a year in Dubai

You will be provided business air travel and hotel for travel related to ████████ or to board meeting

- Token $25,000 per year stipend for being board member

- Negotiable percentage of what you help earn ████████ from your sources

Either in raising money for ████████ projects or bringing profitable investments to ████████ to invest in (what you help earn ████████

If you are in agreement then ████████ will send you documents to sign

Please let me know if you have any question

Thanks

████████

Exhibit 40

**From:** ████████████████████████████████████

**Sent:** Wednesday, October 4, 2017 11:34 AM

**To:** ████████████████████████████

**Subject:** Term for contract for Ambassador Rick Olson

This contract is 1 year contract renewable from January 1, 2016 to December 31, 2016

Per month $20,000 with 1099

Expenses paid upon prior approval and receipts

10% of profits where he is primarily person brining in the business for ████████████

2.5% to 5% of profits where is not the primarily person brining in the business for ████████████

$20,000 per year to be on the board of advisory of ████████ for now once the capital increase is done then it will increase to $50,000 per year

5% of profits where he is primarily person brining in the business for ████████

Non compete

Non disclosure

Non disparage

This will be his primarily job although with approval he can do project for other company where there is no competition past, now and future

Please call me if you have question

Thanks

████

**From:**
**To:** ████████
**Sent:** 10/6/2017 4:03:37 AM
**Subject:** Draft Olson Agreement
**Attachments:** Olson_████doc

Take a look at this. Ideally, ███ agreement and ████ would be distinct, but this should work.

Also, need to define how much money ███ needs to raise before he gets the additional $70,000.

The information contained in this electronic mail transmission is intended by ███████ solely for the use of the individual or entity to whom/which it is addressed.  This e-mail may also contain confidential and privileged information and/or attorney work product. This information is only for the intended recipient.  If you have received this email in error please notify the system manager. If you are not the named addressee and intended recipient you may not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received it by mistake and delete it from your system. If you are not the intended recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

## **INDEPENDENT CONTRACTOR AGREEMENT**

THIS INDEPENDENT CONTRACTOR AGREEMENT ("Agreement") is made effective as of [DATE] by and between                                "Company"), with a principal place of business at ------------ and Richard Olson ("Consultant"), an individual doing business at __[ADDRESS]_____ (collectively the "Parties") and when signed below by both parties, sets forth the terms and conditions under which Consultant shall provide services to Company.

### **RECITALS**

A.      Consultant is an independent contractor, hereinafter specified, for Company and its customer members, and Company desires to have such services performed by Consultant; and

B.      Company does not retain the authority to direct the day-to-day performance of Consultant services, but rather is requesting certain tasks to be accomplished by Consultant based upon Consultant's specific skill set and expertise.

NOW, THEREFORE, for and in consideration of the mutual promises and covenants hereinafter set forth, the parties hereto agree as follows:

1.      SERVICES, CONSIDERATION AND TERM

(a)      Services.  Consultant shall provide advisory and business development services to the Company and shall serve as a board member for Infra Capital, a company partially owned by Company. Consultant shall perform only such services as he is licensed and legally authorized to provide, and for which he possesses the skills and competence to perform. Consultant shall at all times exercise the appropriate duty of care and fulfill his fiduciary duties owed to the Company and its customers. Consultant shall devote such time as is reasonably required to the performance of Consultant responsibilities under this Agreement.

(b)      Consideration.  The Company shall pay Consultant $20,000 per month, on a monthly basis. Consultant shall be paid within a reasonable time after Consultant submits and invoice to the Company. The Company shall also pay Consultant 10% of the profits from any business or transactions where Consultant is the individual who had primary responsibility for identifying and soliciting the business or transaction. Consultant shall be paid an additional $20,000 per month to serve as a member of the board of Infra Capital, an independent corporation partially owned by the Company. This additional payment will increase to $50,000 per month once Infra Capital raises more than $XXXX for its investment fund.

(c)      Term.  This Agreement is valid from January 1, 2017 until December 31, 2017. Upon mutual consent of the Consultant and Company, the contract shall be renewable. This Agreement may be terminated in accordance with Paragraph 9.

1

## 2.   CONFLICTING OBLIGATIONS

Consultant confirms that Consultant has not executed nor is bound by, or party to, any non-compete covenant, restriction, or other agreement, contractual or otherwise, with any prior or current employer, supplier, customer or firm with which the Consultant has been associated and which would prevent the Consultant from working with the Company in the capacity as stated herein, or otherwise impede or restrict the fulfillment of the terms of this Agreement with the Company.

## 3.   INDEPENDENT CONTRACTOR

(a)   Independent Contractor Status. It is the express intention of the parties that Consultant is an independent contractor and not an employee, agent, representative, joint venturer or partner of the Company.  Nothing in this Agreement shall be interpreted or construed as creating or establishing the relationship of employer and employee between the Company and Consultant or any Consultant or agent of Consultant.  The parties acknowledge that Consultant is not an employee for state or federal tax purposes.  Consultant is obligated to report all income received by Consultant pursuant to this Agreement, and Consultant agrees to and acknowledges the obligation to pay all self-employment and other taxes thereon including applicable federal, state and local income taxes, unemployment insurance, workers' compensation insurance, disability insurance, Social Security taxes and other charges.  Consultant further agrees to indemnify the Company and hold the Company harmless from any and all claims made by any entity on account of an alleged failure by Consultant or the Company to satisfy such withholding or other obligation.  Consultant agrees to provide the Company with a completed IRS Form W-9 upon the effective date of this Agreement.

(b)   Consultation for Others. Consultant is free to perform work as a Consultant or Consultant for any other entity and/or person provided that such engagement does not create a conflict of interest with Consultant's obligations to Company and provided that such engagement is not with an individual, entity or corporation who competes with Company.  Such additional work must be cleared, in writing, by Company before Consultant can undertake work for such other entity or person.  None of Consultant's services for any other entity and/or person shall compromise in any way the Company's "Confidential Information" as defined in Paragraph 4(a) below.  Further, Consultant must at all times comply with Paragraphs 4 and 5 below.

(c)   Employment of Assistants. Consultant may, at Consultant's own expense, employ such assistants as Consultant deems necessary to perform the services required of Consultant by this Agreement.  Consultant assumes full and sole responsibility for the payment of all compensation and expenses of these assistants and for all federal, state and local income taxes, unemployment insurance, workers' compensation insurance, disability insurance, Social Security taxes, and other applicable withholdings.  Prior to disclosing any Confidential Information to any such assistants, Consultant must notify the Company so that any such assistant executes the Company's confidentiality agreement.  Consultant understands and acknowledges that because neither he nor his assistants are employees of the Company, the period of service provided under this Agreement will not entitle the Consultant, or any employees, to receive state unemployment, leave or disability benefits, except through Consultant's own employer account through the California Employment Development Department (EDD). Likewise, neither Consultant nor Consultant's employees are eligible to participate in any Company sponsored employee pension, health, disability, vacation pay, sick pay or other fringe benefit plan of the Company. Consultant

2

shall be responsible for providing, at Consultant's expense and in Consultant's name, any such benefits desired.

(d)     Time, Places and Methods of Providing Services.  As long as Consultant delivers acceptable services to the Company in a timely fashion, Consultant shall generally have the discretion to determine the location and times of rendering services as well as the method of accomplishing Consultant's Services.

(e)     Records and Invoices.  Consultant shall keep complete and systematic written records of all work relating to the performance of Services by Consultant hereunder and shall submit monthly invoices to the Company's accounts payable for all Services rendered.

(f)     Equipment, Instruments, Documentation and Specifications.  Consultant shall supply all equipment, instruments, documentation and specifications required to perform Services under this Agreement, except when such equipment, instruments, documentation and specifications are unique to the Company, in which case the Company shall provide Consultant with such equipment, instruments, documentation and specifications as may reasonably be required by Consultant for performance by Consultant of duties set forth herein.  Such equipment, instruments, documentation and specifications shall at all times remain the property of the Company.  Consultant is not required to purchase or rent any tools, equipment or services from the Company.

(g)     Consultant's Qualifications.  Consultant represents and warrants that he has the qualifications and skills necessary to perform the Services under this Agreement in a competent, professional manner, without the advice or direction of the Company.  This means Consultant is able to fulfill all the requirements of this Agreement.

(h)     Expenses.  Consultant will be responsible for all expenses in connection with performing the Services.  If the Company is obligated to reimburse for any expenses, all expenses must have been approved in advance in writing by the Company and the Company may demand proper and acceptable documentation, including valid receipts evidencing such Expense, prior to payment.

(i)     Indemnity.  The Services are to be performed entirely at Consultant's own risk. The Consultant agrees to defend, indemnify and hold harmless the Company, its parent and affiliated companies and their respective officers, directors, employees, agents and assigns ("Indemnified Parties") from and against all losses, liabilities, claims, damages and expenses arising from the Consultant's business, negligence, breach of any term of this Agreement, violation of any labor and employment laws including but not limited to the California Labor Code, or any other violation or alleged violation or alleged violation of any applicable laws, rules, regulations, or policies whether or not resulting in litigation or adverse legal action against Indemnified Parties. In addition, the Consultant agrees to defend, indemnify and hold harmless Indemnified Parties from against any losses, liabilities, claims, damages or expenses arising from any of your outside business activities or conduct including, but not limited to, tax accounting, legal, insurance or registered investment advisor, or any other activities not associated with the Company, whether or not resulting in litigation or adverse legal action against Indemnified Parties.

(j)     Warranty.  Consultant's work (including the accuracy and completeness of any documentation) shall be of the highest professional quality and free of any material defects in quality or

3

workmanship. All Services shall be merchantable and free of any and all claims as to ownership or control over the Services, any products or designs completed therein or any intellectual property rights related thereto.

(k) Licenses. Consultant will be responsible for timely applying for, obtaining, paying for, and maintaining (including payment of all annual renewal fees), all necessary licenses, permits and registrations required by any law, regulation or rule in connection with your activities herein. Consultant will pay all insurance, bonding, audit, and other fees based on your activities performed pursuant to this Agreement.

(l) Compliance. Consultant will familiarize himself and conduct his business in strict compliance with all international and domestic laws, rules and regulations as well as the rules and regulations of self-regulatory bodies. Consultant will notify the Company immediately of any audits, investigations, proceedings, customer complaints or similar matters regarding his business way involving the Company or its customers.

(m) Insurance. Consultant will carry general liability insurance, automobile liability insurance, and, if applicable, workers' compensation insurance for any workers Consultant may choose to hire and/or use. In the event the Consultant fails to carry such insurance or such insurance coverage lapses while this Agreement is in effect, Consultant shall indemnify and hold harmless the Company, its agents and employees, from and against any such damages, claims, and expenses arising out of or resulting from work conducted by Consultant and its agents or employees. Consultant understands, acknowledges and agrees that as an independent contractor, Consultant is not entitled to workers' compensation benefits from the Company in the event of an industrial injury. Company may make arrangements for such insurance coverage.

4.    CONFIDENTIAL BUSINESS INFORMATION AND TRADE SECRETS.

(a)    Confidential Business Information and Trade Secrets.  Consultant recognizes that the Company derives significant economic value from the Company's Confidential Business Information and Trade Secrets that are created (whether by Consultant or others) and used in the Business, which are the subject of reasonable efforts by the Company to protect, including but not limited to all business information (including in written and electronic form) which relates to the Company, including its direct and indirect subsidiaries, parents and affiliates, and which is not generally known to the public (absent Consultant's disclosure), including but not limited to confidential knowledge, operating instructions, training materials and systems, client lists, sales records and documents, marketing and sales strategies and plans, market surveys, cost and profitability analyses, pricing information, competitive strategies, personnel-related information and supplier lists (collectively the "Confidential Business Information").

(b)    Access and Use.  Consultant expressly acknowledges and agrees that, by virtue of Consultant's performing services for the Company, Consultant will have access to and will use certain Confidential Business Information and Trade Secrets and that such Confidential Information and Trade Secrets constitutes confidential and proprietary business information and/or trade secrets of the Company, all of which is the Company's exclusive property.

4

        (c)    <u>Non-Disclosure and Use</u>.  Separate, divisible and independent from all other obligations under this Agreement, Consultant shall not, directly or indirectly, at any time during the term of this Agreement, or during the two-year period following termination of this Agreement, in any geographic region in which the Company is doing business and where the unauthorized disclosure or use of Confidential Business Information would be competitively damaging to the Company, for whatever reason, use for Consultant's use or others, or disclose to others except in the good faith performance of performing services for the Company, any Confidential Business Information, whether or not conceived, developed or perfected by Consultant and no matter how it became known to Consultant, unless: (i) Consultant first secures written consent of the Company to such disclosure or use; (ii) the same shall have lawfully become a matter of public knowledge other than by Consultant's act or omission; or (iii) Consultant is ordered to disclose the same by a court of competent jurisdiction or is otherwise required to disclose the same by law, and Consultant promptly notifies the Company of such disclosure.

        This obligation shall survive the termination of this Agreement, for whatever reason, for a two-year period and, notwithstanding the foregoing, shall not be construed to in any way limit the rights of the Company to protect Confidential Business Information which constitutes trade secrets under applicable trade secrets law or privileged information even after such two-year period has expired.  If, under applicable law, the foregoing restrictions can only be applied to Consultant's use and disclosure of Trade Secrets, then the restrictions are limited to only the protection of Trade Secrets.

        (d)    <u>Definitions and Duration of Non-Disclosure and Use</u>.

        (i)    "<u>Trade Secret</u>" means the information identified in Paragraph 4(a) that is within the meaning ascribed to that term in the California Trade Secrets Act.  The obligation of non-disclosure and non-use of Trade Secrets shall continue to exist for so long as such information remains confidential (other than by improper use and/or disclosure by Consultant), except as otherwise limited above.

        (ii)    "<u>Confidential Business Information</u>" means the information identified in Paragraph 4(a) that is not a Trade Secret but is otherwise non-public and is within the definition of confidential information provided by California law.  The obligation of non-disclosure and non-use of Confidential Business Information shall continue to exist for so long as such information remains confidential (other than by improper use and/or disclosure by Consultant), except as otherwise limited above; if, however, a court requires a shorter duration, then the maximum time allowable by law will control.

        (e)    <u>Legal Exceptions to Non-Disclosure Obligations</u>.  The non-disclosure requirements of this Paragraph 4(c) do not prohibit or restrict Consultant (or Consultant's attorney) from initiating communications directly with, or responding to any inquiry from, or providing testimony before, any self-regulatory organization or state or federal regulatory authority, regarding this release or its underlying facts or circumstances.

    5.      RESTRICTIVE COVENANTS

        (a)    <u>Scope of Consultant's Obligations</u>

Consultant understands and acknowledges that, during the term of this Agreement, Consultant will be exposed to, have access to and/or have contact with the Company's operations, Confidential Business Information, customers, and Trade Secrets. Consultant acknowledges, understands and agrees that the scope of the restrictions contained in this Paragraph 5 are appropriate, necessary, narrowly tailored and reasonable for the protection of the Company's Business, goodwill and property rights. Consultant further acknowledges that the restrictions imposed shall not prevent Consultant from earning a living during the term of this Agreement and after.

(b)   Non-Solicitation of Employees

Separate, independent and divisible from all other obligations under this Agreement, Consultant agrees that during employment and for a period of twelve (12) months following termination of this Agreement for any reason, Consultant will not directly or indirectly solicit, encourage or induce any employee of the Company to terminate employment with the Company and to provide services or begin employment for a competitor of the Company in a capacity in which the unique skills and training, customer relationships, or confidential information about the Company business or customers that is not generally known to the public which the employee gained through employment at the Company would be materially and competitively valuable.

6.   TERMINATION

(a)   Termination Upon Notice. If either party breaches a material provision of this Agreement, the other party may terminate this Agreement upon seven (7) days' written notice, unless the breach is cured within the notice period. In addition, either party may, at its option, terminate this Agreement, with or without cause, upon thirty (30) calendar days' written notice to the other. Upon such termination all rights and duties of the parties toward each other shall cease except as to Consultant's obligation to comply with Paragraphs 4 and 5, and the Company's obligation to pay, within thirty (30) days of the effective date of termination, for all satisfactory Services completed by Consultant through the date of notice of termination. Any notice or other communication to be given by the Company to Consultant hereunder shall be in writing and shall be deemed received when personally delivered or mailed by certified or registered mail with return receipt requested, and shall be addressed to Consultant at Consultant's address that was furnished in writing. Any notice or other communication to be given by Consultant to the Company hereunder shall be in writing and mailed by certified or registered mail with return receipt requested, and shall be addressed to the Company at its principal corporate offices, to the attention ▮▮▮

(b)   Automatic Termination. This Agreement shall terminate automatically on the occurrence of bankruptcy or insolvency of either party, by death of Consultant or by assignment of this Agreement except as provided under Paragraph 10(d).

(c)   Extension. The Parties may mutually agree in writing to extend this Agreement. The terms and conditions of this Agreement shall continue to apply to any extension, subject to any written amendments that the Parties mutually agree to.

(c)   Continuation of Obligations. Consultant Agrees that all obligations under Paragraphs 4 and 5 of this Agreement shall continue in effect after termination of the Agreement, and that Consultant will notify any future client, potential client or employer of Consultant's obligations under this

6

Agreement and that the Company will be entitled to notify any such person or entity of Consultant's obligations.

7.    MISCELLANEOUS

(a)    Governing Law. This Agreement shall be deemed to be a contract made under, and shall be governed and construed in accordance with, the laws of the State of California, without regard to conflict of law rules. To the extent that any lawsuit is permitted under this Agreement, the Parties hereby expressly consent to the exclusive personal jurisdiction and venue of the state and federal courts located in the State of California.

(b)    Entire Agreement. This Agreement constitutes the entire agreement between the parties hereto with respect to the subject matter herein. Any and all written or oral agreements heretofore existing between the parties hereto with respect to the subject matter hereof are expressly canceled. No modification, amendment or waiver of any of the provisions of this Agreement shall be effective unless made in writing specifically referring to this Agreement and duly signed by an authorized officer or agent for each party hereto.

(c)    Severability. The invalidity or unenforceability of any particular provision of this Agreement shall not affect the other provisions hereof, all of which shall remain enforceable in accordance with their terms. Should any of the obligations created hereunder be found illegal and unenforceable for being too broad with respect to the duration, scope, or subject matter thereof, such obligation shall be deemed and construed to be reduced to the maximum duration, scope or subject matter permitted by law.

(d)    Assignability. Neither party shall assign, transfer or sell its rights under this Agreement or delegate its duties hereunder without the prior express written consent of the other party, and any attempted assignment or delegation shall be void and without effect; provided, however, that the Company may assign this Agreement to any person or entity acquiring its business and assets.

(e)    Attorneys' Fees and Court Costs. If any action at law or in equity is necessary to enforce or interpret the terms of this Agreement, the prevailing party shall be entitled to reasonable attorneys' fees, costs and necessary disbursements in addition to any other relief to which it may otherwise be entitled.

(f)    Arbitration of Disputes and Waiver of Jury. If any controversy or dispute arises between the Company and Consultant concerning any transaction or the construction, performance or breach of this Agreement, and if that controversy or dispute cannot be settled through direct discussions, Company and Consultant agree to first endeavor to settle the dispute in an amicable manner by mediation under the Commercial Mediation Rules for Financial Planning Disputes of the American Arbitration Association. Thereafter, any controversies or disputes between the Company and Consultant concerning any transaction or the construction, performance or breach of this Agreement shall be settled by final and binding arbitration. In so agreeing, the Parties expressly waive their right to a trial by jury. Any arbitration shall be pursuant to the rules, then applying, of the American Arbitration Association, except to the extent set forth herein. The arbitration panel shall consist of one panelist having knowledge of investment advisory activities. The parties agree that any arbitration proceeding pursuant to this provision shall be held in a location as determined by the rules of the American Arbitration Association. The award of the arbitrator

7

shall be final and binding on the parties, and judgment upon the award rendered may be entered into in any court, state or federal, having jurisdiction. The Federal Arbitration Act shall apply, as applicable.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

_____

Accepted and Agreed to:

By: _____

8

**EXHIBIT A**

1. **Authorized Expenses.** _____

28602887.1

9

Exhibit 41

████████████████████

**From:** Olson, Richard G
**Sent:** Wednesday, February 18, 2015 2:25 AM
**To:** ████████████
**Subject:** RE: Pakistan conference

Please discuss orally with me, I have to recuse myself from some of this.

*rgo*

Rick Olson
US Ambassador to Pakistan


SBU
This email is UNCLASSIFIED.


**From:** ████████████
**Sent:** Wednesday, February 18, 2015 3:22 PM
**To:** Olson, Richard G
**Subject:** FW: Pakistan conference

Ambassador,

Any red flags I should be aware of here before I respond?


SBU
This email is UNCLASSIFIED.


**From:** ████████████████
**Sent:** Wednesday, February 18, 2015 3:16 PM
**To:** ████████
**Cc:** Olson, Richard G
**Subject:** FW: Pakistan conference

Hello ████

Can you guys send invitations to ████████ for the Pakistan Investment Conference that is being jointly hosted by USTR. Here are the names:

████████████████████

████████████████



Thanks

This email has been checked for viruses by Avast antivirus software.
http://redirect.state.sbu/?url=www.avast.com

Exhibit 42

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

## Executive Branch Personnel PUBLIC FINANCIAL DISCLOSURE REPORT

Form Approved:
OMB No. 3209  0001

| Date of Appointment, Candidacy, Election, or Nomination *(Month, Day, Year)* | Reporting Status *(Check Appropriate Boxes)* | Incumbent | Calendar Year Covered by Report | New Entrant, Nominee, or Candidate | Termination Filer | Termination Date *(If Applicable) (Month, Day, Year)* |
|---|---|---|---|---|---|---|
| 09/24/2012 | | ☒ | 2015 | ☐ | ☐ | |

**Fee for Late Filing**
Any individual who is required to file this report and does so more than 30 days after the date the report is required to be filed, or, if an extension is granted, more than 30 days after the last day of the filing extension period, shall be subject to a $200 fee.

| Reporting Individual's Name | Last Name | First Name and Middle Initial | |
|---|---|---|---|
| | OLSON | RICHARD | G |

| Position for Which Filing | Title of Position | Department or Agency *(If Applicable)* |
|---|---|---|
| | Special Rep for Afghanistan and Pakistan, S/SRAP | Department of State |

| Location of Present Office (or forwarding address) | Address *(Number, Street, City, State , and ZIP Code)* | Telephone No. *(Include Area Code)* |
|---|---|---|
| | S/SRAP, Room 1517, Department of State, Washington, DC, 20520, USA | |

| Position(s) Held with the Federal Government During the Preceding 12 Months *(If Not Same as Above)* | Title of Position(s) and Date(s) Held |
|---|---|
| | Ambassador to Pakistan, US Embassy Islamabad, 10/2012 - 10/2015 |

| Presidential Nominees Subject to Senate Confirmation | Name of Congressional Committee Considering Nomination | Do You Intend to Create a Qualified Diversified Trust? |
|---|---|---|
| | | ☐ Yes          ☐ No |

**Reporting Periods**

**Incumbents:** The reporting period is the preceding calendar year except Part II of Schedule C and Part I of Schedule D where you must also include the filing year up to the date you file.  Part II of Schedule D is not applicable.

**Termination Filers:** The reporting period begins at the end of the period covered by your previous filing and ends at the date of termination. Part II of Schedule D is not applicable.

**Nominees, New Entrants and Candidates for President and Vice President:**

**Schedule A**  The reporting period for income (BLOCK C) is the preceding calendar year and the current calendar year up to the date of filing.  Value assets as of any date you choose that is within 31 days of the date of filing.

**Schedule B**  Not applicable.

**Schedule C, Part I (Liabilities)**  The reporting period is the preceding calendar year and the current calendar year up to any date you choose that is within 31 days of the date of filing.

**Schedule C, Part II (Agreements or Arrangements)**  Show any agreements or arrangements as of the date of filing.

**Schedule D**  The reporting period is the preceding two calendar years and the current calendar year up to the date of filing.

| Certification | Signature of Reporting Individual | Date *(Month, Day, Year)* |
|---|---|---|
| I CERTIFY that the statements I have made on this form and all attached schedules are true, complete and correct to the best of my knowledge. | eSigned in FDM by: RICHARD G. OLSON User ID: ████ ✓ | 05/12/2016 |
| **Other Review** (If desired by agency) | Signature of Other Reviewer | Date *(Month, Day, Year)* |
| | eSigned in FDM by: User ID: ████ | 09/01/2016 |
| **Agency Ethics Official's Opinion** | Signature of Designated Agency Ethics Official/Reviewing Official | Date *(Month, Day, Year)* |
| On the basis of information contained in this report, I conclude that the filer is in compliance with applicable laws and regulations (subject to any comments in the box below) | eSigned in FDM by: User ID: ████ ✓ | 09/01/2016 |
| **Office of Government Ethics Use Only** | Signature | Date *(Month, Day, Year)* |
| | | |

| Comments of Reviewing Officials *(If additional space is required, use the reverse side of this sheet)* |
|---|
| *(Check box if filing extension granted & indicate number of days _____ )* ☐ |
| *(Check box if comments are continued on the reverse side)* ☐ |
| *Initial Review Date 09/01/2016* |

**Agency Use Only**

**OGE Use Only**

Supersedes SF 278 Editions

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name<br>OLSON, RICHARD G. | SCHEDULE A | Page Number<br><br>2 of 7 |
| --- | --- | --- |

| Assets and Income<br><br>BLOCK A | Valuation of Assets<br>at close of reporting period<br><br>BLOCK B | | Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item.<br><br>BLOCK C | |
| --- | --- | --- | --- | --- |

| For you, your spouse, and dependent children, report each asset held for investment or the production of income which had a fair market value exceeding $1,000 at the close of the reporting period, or which generated more than $200 in income during the reporting period, together with such income.<br><br>For yourself, also report the source and actual amount of earned income exceeding $200 (other than from the U.S. Government). For your spouse, report the source but not the amount of earned income of more than $1,000 (except report the actual amount of any honoraria over $200 of your spouse).<br><br>None ☐ | None (or less than $1,001) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000* | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | Excepted Investment Fund | Excepted Trust | Qualified Trust | Dividends | Rent and Royalties | Interest | Capital Gains | None (or less than $201) | $201 - $1,000 | $1,001 - $2,500 | $2,501 - $5,000 | $5,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $1,000,000 | Over $1,000,000* | $1,000,001 - $5,000,000 | Over $5,000,000 | Other Income (Specify Type & Actual Amount) | Date (Mo., Day, Yr.)<br>Only if Honoraria |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Examples** Central Airlines Common | | | x | | | | | | | | | | | | | x | | | | | | x | | | | | | | | | | | |
| Doe Jones & Smith, Hometown, State | | x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Law Partnership Income $130,000 | |
| Kempstone Equity Fund | | | | x | | | | | | | | | x | | | | | | | | | | x | | | | | | | | | | |
| IRA: Heartland 500 Index Fund | | | | | x | | | | | | | | x | | | | | | | | | | | x | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categories of value, as appropriate.

# 1

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name | SCHEDULE A continued | Page Number |
|---|---|---|
| OLSON, RICHARD G. | (Use only if needed) | 3 of 7 |

| Assets and Income | Valuation of Assets at close of reporting period | Income: type and amount. If "None (or less than $201)" is checked, no other entry is needed in Block C for that item. |
|---|---|---|

BLOCK A — BLOCK B — Type — Amount — BLOCK C

Valuation categories: None (or less than $1,001); $1,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $250,000; $250,001 - $500,000; $500,001 - $1,000,000; Over $1,000,000*; $1,000,001 - $5,000,000; $5,000,001 - $25,000,000; $25,000,001 - $50,000,000; Over $50,000,000; Excepted Investment Fund; Excepted Trust; Qualified Trust

Income Type: Dividends; Rent and Royalties; Interest; Capital Gains; None (or less than $201); $201 - $1,000; $1,001 - $2,500; $2,501 - $5,000; $5,001 - $15,000; $15,001 - $50,000; $50,001 - $100,000; $100,001 - $1,000,000; Over $1,000,000*; $1,000,001 - $5,000,000; Over $5,000,000; Other Income (Specify Type & Actual Amount); Date (Mo., Day, Yr.) Only if Honoraria

1
2
3
4
5
6
7
8
9

\* This category applies only if the asset/income is solely that of the filer's spouse or dependent children. If the asset/income is either that of the filer or jointly held by the filer with the spouse or dependent children, mark the other higher categories of value, as appropriate.

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

**Do not complete Schedule B if you are a new entrant, nominee, or Vice Presidential or Presidential Candidate**

| Reporting Individual's Name | SCHEDULE B | Page Number |
|---|---|---|
| OLSON, RICHARD G. | | 4 of 7 |

## Part I: Transactions

Report any purchase, sale, or exchange by you, your spouse, or dependent children during the reporting period of any real property, stocks, bonds, commodity futures, and other securities when the amount of the transaction exceeded $1,000. Include transactions that resulted in a loss.

Do not report a transaction involving property used solely as your personal residence, or a transaction solely between you, your spouse, or dependent child. Check the "Certificate of divestiture" block to indicate sales made pursuant to a certificate of divestiture from OGE.

None ☒

| | Identification of Assets | Purchase | Sale | Exchange | Date (Mo., Day, Yr.) | $1,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000* | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 | Certificate of divestiture |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Example | Central Airlines Common | x | | | 2/1/99 | | | x | | | | | | | | | |
| 1 | | | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | | |

*This category applies only if the underlying asset is solely that of the filer's spouse or dependent children. If the underlying asset is either held by the filer or jointly held by the filer with the spouse or dependent children, use the other higher categories of value, as appropriate.

## Part II: Gifts, Reimbursements, and Travel Expenses

For you, your spouse and dependent children, report the source, a brief description, and the value of: (1) gifts (such as tangible items, transportation, lodging, food, or entertainment) received from one source totaling more than $350, and (2) travel-related cash reimbursements received from one source totaling more than $350. For conflicts analysis, it is helpful to indicate a basis for receipt, such as personal friend, agency approval under 5 U.S.C. § 4111 or other statutory authority, etc. For travel-related gifts and reimbursements, include travel itinerary, dates, and the nature of expenses provided. **Exclude** anything given to you by the U.S. Government; given to your agency in connection with official travel; received from relatives; received by your spouse or dependent child totally independent of their relationship to you; or provided as personal hospitality at the donor's residence. Also, for purposes of aggregating gifts to determine the total value from one source, exclude items worth $140 or less. See instructions for other exclusions.

None ☐

| | Source (Name and Address) | Brief Description | Value |
|---|---|---|---|
| Examples | Nat'l Assn. of Rock Collectors, NY, NY | Airline ticket, hotel room & meals incident to national conference 6/15/99 (personal activity unrelated to duty) | $500 |
| | Frank Jones, San Francisco, CA | Leather briefcase (personal friend) | $385 |
| 1 | (S)          , New York, NY, USA | In kind travel expense: Travel from Valletta, Malta to Antigua, Guatemala and lodging, to participate in Department Approved Conference, March 2015 | 2500 |
| 2 | (S)          ld", NY, NY, USA | In kind travel expense: Travel and lodging from Valletta, Malta to Dubai UAE to participate in Department approved conference February 2015 | 1200 |
| 3 | (S)     Conference, Rekjavik, Iceland | In kind travel expense: Travel from Valletta, Malta to Iceland to participate in the Department approved conference on Women's participation and equalit June 2015 | 2500 |
| 4 | | | |
| 5 | | | |

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name OLSON, RICHARD G. | SCHEDULE C | Page Number 5 of 7 |
|---|---|---|

## Part I: Liabilities

Report liabilities over $10,000 owed to any one creditor at **a n y t i m e** during the reporting period by you, your spouse, or dependent children. Check the highest amount owed during the reporting period. **E x c l u d e**

a mortgage on your personal residence unless it is rented out; loans secured by automobiles, household furniture or appliances; and liabilities owed to certain relatives listed in instructions. See instructions for revolving charge accounts.

None ☐

| Creditors *(Name and Address)* | | Type of Liability | Date Incurred | Interest Rate | Term if applicable | $10,001 - $15,000 | $15,001 - $50,000 | $50,001 - $100,000 | $100,001 - $250,000 | $250,001 - $500,000 | $500,001 - $1,000,000 | Over $1,000,000* | $1,000,001 - $5,000,000 | $5,000,001 - $25,000,000 | $25,000,001 - $50,000,000 | Over $50,000,000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Examples | First District Bank, Washington, DC | Mortgage on rental property, Delaware | 1991 | 8% | 25 yrs. | | | x | | | | | | | | |
| | John Jones, Washington, DC | Promissory note | 1999 | 10% | on demand | | | | | | | | | | | |
| 1 | ▨ | Mortgage, ▨ | ▨ | ▨ | ▨ | | | | | | | | | | | |
| 2 | ▨ | Mortgage, ▨ | ▨ | ▨ | ▨ | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | | |
| 5 | | | | | | | | | | | | | | | | |

*This category applies only if the liability is solely that of the filer's spouse or dependent children. If the liability is that of the filer or a joint liability of the filer with the spouse or dependent children, mark the other higher categories, as appropriate.

## Part II: Agreements or Arrangements

Report your agreements or arrangements for: (1) continuing participation in an employee benefit plan (e.g. pension, 401k, deferred compensation); (2) continuation of payment by a former employer (including severance payments); (3) leaves of absence; and (4) future employment. See instructions regarding the reporting of negotiations for any of these arrangements or benefits.

None ☒

| | Status and Terms of any Agreement or Arrangement | Parties | Date |
|---|---|---|---|
| Example | Pursuant to partnership agreement, will receive lump sum payment of capital account & partnership share calculated on service performed through 1/00. | Doe Jones & Smith, Hometown, State | 7/85 |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

OGE/Adobe Acrobat version 1 0 1 (3/29/01)

OGE Form 278 (Rev 12/2011)
5 C.F.R. Part 2634
U.S. Office of Government Ethics

| Reporting Individual's Name<br>OLSON, RICHARD G. | SCHEDULE D | Page Number<br>6 of 7 |
|---|---|---|

## Part I: Positions Held Outside U.S. Government

Report any positions held during the applicable reporting period, whether compensated or not. Positions include but are not limited to those of an officer, director, trustee, general partner, proprietor, representative, employee, or consultant of any corporation, firm, partnership, or other business enterprise or any non-profit organization or educational institution. Exclude positions with religious, social, fraternal, or political entities and those solely of an honorary nature.

None ☒

| | Organization (Name and Address) | Type of Organization | Position Held | From (Mo., Yr.) | To (Mo.,Yr.) |
|---|---|---|---|---|---|
| Examples | Nat'l Assn. of Rock Collectors, NY, NY | Non profit education | President | 6/92 | Present |
| | Doe Jones & Smith, Hometown, State | Law firm | Partner | 7/85 | 1/00 |
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |

## Part II: Compensation in Excess of $5,000 Paid by One Source

Report sources of more than $5,000 compensation received by you or your business affiliation for services provided directly by you during any one year of the reporting period. This includes the names of clients and customers of any corporation, firm, partnership, or other business enterprise, or any other non-profit organization when you directly provided the services generating a fee or payment of more than $5,000. You need not report the U.S. Government as a source.

Do not complete this part if you are an Incumbent, Termination Filer, or Vice Presidential or Presidential Candidate.

None ☐

| | Source (Name and Address) | Brief Description of Duties |
|---|---|---|
| Examples | Doe Jones & Smith, Hometown, State | Legal services |
| | Metro University (client of Doe Jones & Smith), Moneytown, State | Legal services in connection with university construction |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

| Reporting Individual's Name<br>OLSON, RICHARD G. | OGE Form 278 of Record Comments | Page Number<br>7  of 7 |
|---|---|---|

| Annotation: # 1 | Section: Asset | Date: 05/11/2016 | Author: RICHARD G. OLSON |
|---|---|---|---|

C
O
M
M
E
N
T
Jones Outdoor Advertising (outdoor/billboard advertising)

| Annotation: | Section: | Date: | Author: |
|---|---|---|---|

C
O
M
M
E
N
T

| Annotation: | Section: | Date: | Author: |
|---|---|---|---|

C
O
M
M
E
N
T

| Annotation: | Section: | Date: | Author: |
|---|---|---|---|

C
O
M
M
E
N
T

| Annotation: | Section: | Date: | Author: |
|---|---|---|---|

C
O
M
M
E
N
T

Exhibit 43

**UNCLASSIFIED**

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION



11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA  90024

| | |
|---|---|
| Requesting Official(s) and Office(s): | ███████████████ |
| File Number: | ███████ |
| Disc Number (Section): | 1D2 |
| Transcriber(s) | ███████████████ |

## VERBATIM TRANSCRIPTION

**Participants**

█    ██████████

RO:      Richard Olson

**Abbreviations**

| | |
|---|---|
| Primary language: | (standard) English |
| UI: | Unintelligible |
| OV: | Overlapping Voices |
| PH: | Phonetic |

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ████████████
Disc Number: 1D1

| | | |
|---|---|---|
| 1 | | |
| 2 | RO: | Yeah. |
| 3 | | |
| 4 | ██ | Did he… |
| 5 | | |
| 6 | RO: | He emailed me a lot, yeah. |
| 7 | | |
| 8 | ██ | Okay. |

10  █: Did ah did he ever you know he's he's making payments or you're you know,
11      you're in contract with him now, but there's no payments or anything before you
12      were out of the service?
13
14  RO: No of course not. No, that's illegal (laughing).
15
16  ██ Right.
17
18  RO: And I did not do it.
19
20  █: And that's what we're trying to…
21
22  RO: Yes.
23
24  █: …clarify
25
26  RO: Yes.  No I did not I did not work for him before I ah before I left government
27      service.
28
29  [video 12:33]
30
31  ██ Did he ever try to offer any flights or ah hotels, meetings, you know, that kind of
32      thing?
33
34  RO: Ah no no no.  I'm hesitating because um through him I met a um there was a banker
35      who was also interested in hiring me, must have been in the summer of twenty
36      fourteen I think, something like that, and he actually flew me to London um and I
37      had you know, a discussion with him ah, but nothing came of it you know.  That
38      was you know, but nothing from Imaad.
39
40  ██ I'm sorry, who was it that flew you to to London?
41
42  RO: A guy name ████████.  I met him through ████████
43
44  ██ Gotcha.  And that was in twenty fourteen?

10
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ███████████
Disc Number:  1D1

| | | |
|---|---|---|
| RO: | Yeah. | |
| ███ | So if he flew you to London that that's something that you have to report? | |
| RO: | Look, I want to be totally honest with you.  In theory I should have you know.  I'm not sure I did frankly. | |
| ███ | Okay and that's all we ask. | |
| RO: | No, I don't want to tell you guys anything untrue but yeah, yeah. | |
| ███ | I guess that was that was one of the main questions I had. | |
| RO: | But just be clear Imaad never did that, no. | |
| ███ | Oh really? | |
| RO: | ███████ did not arrange for me you know I mean ████ did not fly me anywhere, no. | |
| ███: | See he lists on some of his travel.  We have we have some of the details of… like a flight from Albuquerque to LA to London.  That one I don't think it was twenty fourteen.  It was twenty fifteen. | |
| RO: | Yes, that's the one twenty fifteen. | |
| ███ | Okay, it sounded like the same trip. | |
| RO: | Yes ah yeah.  ████ was there all night yes and yes, yeah. | |
| ███ | Okay. | |
| RO: | Yeah. | |
| ███ | But for some reason I think it is on his I think he said he paid for it or it's on his credit card statements. | |
| RO: | Well that was that was not… | |
| ███ | If it was ████ or him I guess (OV) | |

[video 14:33]

11
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ███████████████
Disc Number: 1D1

| | | |
|---|---|---|
| 1 | RO: | …that that was not my understanding. |
| 3 | ██ | Okay. |
| 5 | RO: | Now if that's if he did it, you know, that could be I mean but you know, I was not |
| 6 | | aware…I understood it was ███████. |
| 8 | ██ | Okay okay. |
| 10 | RO: | Yeah. |
| 12 | ██ | What does ████ do? |
| 14 | RO: | Ah he's a banker, he's a private equity guy... |
| 16 | ██: | Okay. |
| 18 | RO: | …yeah, investment banker. |
| 20 | ██ | But that's the only, only trip you can think of that was ? |
| 22 | RO: | Yeah. I mean you know I did see ████ at various times you know, um, in the |
| 23 | | United States and elsewhere but you know not at his expense trip that period. |
| 25 | ██ | Okay. |
| 27 | RO: | Now I do of course but... |
| 29 | ██ | Right, but now that you are out of the service (UI). |
| 31 | RO: | Yeah. |
| 33 | ██ | What was thee, just so I can kind of figure you because I'm trying to put couple of |
| 34 | | pieces together here um so that job with with a ████ who was a banker, that's |
| 35 | | different than the job that fell through in two-thousand sixteen? |
| 37 | RO: | Yeah. |
| 39 | ██: | Is that right?  Okay.  Um, how was that you mentioned that ████ was introduced |
| 40 | | to you through ████… |
| 42 | RO: | Yeah. |

12
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ███████████
Disc Number: 1D1

1   ███        …correct?  Um how that did um, how's that connection made and was it just for
2              the job or what was the kind of relationship there to ████?  Was it just a job
3              interview or kind of what was, give us the context around that, it would be helpful
4              (OV)
5
6   RO:        Yeah I mean they were exploring the possibility…
7
8   ███        Okay.
9
10  RO:        … at that point that you know.  I was planning to retire from the Foreign Service.
11             This was twenty fifteen.  I was actually planning to retire ah in October twenty
12             fifteen or well actually I was planning to retire in summer twenty fifteen but I got
13             ███████████ kept asking me, kept extending me.  It finally got delayed and
14             delayed.  It's a long story. I decided not to retire in twenty fifteen.  I stayed another
15             year, I retired in twenty sixteen.  But I was talking to a variety of people about post
16             foreign service employment, okay.  Um and you know ah and ███████ was one
17             of the people that I spoke to.  I was also speaking I mean the people in Dubai were
18             ██████, which is a private equity firm which has since collapsed by the way, but
19             you know you know that's a whole another separate story.
20
21  ███        How do you spell that sir?
22
23  RO:        ████████████
24
25  ███        Thank you.
26
27  RO:        Yeah. So I was you know I had um had a series of discussions with █████ about
28             the possibility of joining them but that's a separate part from ████████ thing.
29
30  ███        Okay.
31
32  [video 17:03]
33  RO:        I mean the ████ the ████ thing you know, we had a conversation in London about
34             you know, possibilities for post-employment.  There was never a specific job offer.
35
36  ███        Okay.
37
38  RO:        There was never anything.  You know I have a hard time even remembering exactly
39             what was you know, what we discussed but he wanted to meet me and to think
40             about you know ah discussion post post foreign service.
41
42  ███:       Okay. And I would imagine, but is that typical for someone to a job of that level
43             kinda fly them out and do the introduction?
44

13
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ███████████
Disc Number: 1D1

1 | [video 17:35]
2
3 | RO:      Yeah, I mean I I think it is you know I mean it's
4
5 | ██      The way you do.
6
7 | RO:      That's that's the way it goes when you're interviewing for a relatively high-level
8 | position and of course you know of course I had to for all these you know job
9 | interviews for people I was discussing, I had to recuse myself from you know any
10 | dealings with those companies…
11
12 | ██      Of course.
13
14 | RO:      …you know which I which I did with um I believe with ███, I'd have to dig out
15 | the file but I certainly did with ███ and you know I spoke to a number of people.
16 | I was speaking ███ you know, a bunch of a bunch of companies so you know.
17 | Some of them had business advice so I had to recuse myself completely from them.
18 | [video 18:10]
19
20 | ██:      Makes sense.  It's kind of…
21
22 | RO:      Yeah.
23
24 | ██:      … everybody all are my my senior guys once their getting out everybody's kind of
25 | looking for the next thing nobody (OV)
26
27 | RO:      Well yeah yeah.
28
29 | ██:      Nobody wants to stay idle.
30
31 | RO:      You have to pay the bills, right?  So yes, yes yes so yeah.
32
33 | ██:      So that was that was was that the only time you ever had meetings with ███ or
34 | you guys (OV)
35
36 | RO:      Oh no I mean I've seen him since um you know.  I mean as I say he and Imaad
37 | have some kind of business relationship.  What it is I couldn't tell you.  I don't
38 | know the details but you know,
39
40 | ██:      Okay.
41
42 | RO:      I saw him, I mean I was with ███ and ███ in ah Abu Dhabi in April of this year
43 | so I see ███ periodically.  Yeah.
44

14
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number:  █████████████████
Disc Number:  1D1

| | | |
|---|---|---|
| 1 | █ | Okay. |
| 2 | | |
| 3 | █ | That's mostly through your work, through your work for █████? |
| 4 | | |
| 5 | RO: | Yes yeah yeah. |
| 6 | | |
| 7 | █: | So the circle is still pretty small? |
| 8 | | |
| 9 | RO: | Yeah. |
| 10 | | |
| 11 | █: | I guess that's,  that is one of the main things we are kinda trying to figure out that, |
| 12 | | the work that █████ does in Dubai if you have any any details you can help  provide |
| 13 | | on that but… |
| 14 | | |
| 15 | RO: | Um well right now I mean he has he has told me that you know when I when we |
| 16 | | say I don't I don't know much about ███████ actual business operations because he |
| 17 | | has me advising him on sort of broadly speaking government relations…. |
| 18 | | |
| 19 | █: | Right. |
| 20 | | |
| 21 | RO: | …sort of strategic ah aspects of business, not the not the um um you know not the |
| 22 | | business operational stuff.  He doesn't need advice on that.  That's what he does |
| 23 | | you know some financial deals, but I understand he has told me he has real estate |
| 24 | | holdings um in Dubai.  Um and he has lately been working with in Abu Dhabi not |
| 25 | | Dubai but with a member of the royal family royal family to try to do some um |
| 26 | | investment in Pakistan um and some work with China. █████does a lot of work |
| 27 | | with China. |
| 28 | | |
| 29 | [video 20:25] | |
| 30 | | |
| 31 | █ | Oh really? |
| 32 | | |
| 33 | RO: | Yeah. |
| 34 | | |
| 35 | █ | There's a lot of opportunity there depending on how things are going. |
| 36 | | |
| 37 | RO: | Yeah. |
| 38 | | |
| 39 | █: | Right now. |
| 40 | | |
| 41 | RO: | Yeah.  So you know when I've helped him with some Abu Dhabi stuff, you know, |
| 42 | | just getting him advice whatever, yeah. |
| 43 | | |

**UNCLASSIFIED**

File Number: ▮▮▮▮▮▮▮▮▮▮▮▮
Disc Number: 1D1

| | | |
|---|---|---|
| 1 | RO: | I was U.S. Ambassador to Pakistan, yes and he had known my predecessor uh and |
| 2 | | he knew my Chief of Staff and so you know he asked my Chief of Staff if he could |
| 3 | | meet me, you know.   This would have been some time in you know early twenty |
| 4 | | (UI) so twenty thirteen. |
| 5 | | |
| 6 | ▮ | Okay. |
| 7 | | |
| 8 | RO: | You know and we went out I think we went out to dinner together, something like |
| 9 | | that, yeah. |
| 10 | | |
| 11 | ▮ | I suppose he you know any advice that you could offer he'd he'd ask for through |
| 12 | | you know through official State means. |
| 13 | | |
| 14 | [video 23:11] | |
| 15 | | |
| 16 | RO: | Yeah no I mean we just you know, basically we were just talking about you know |
| 17 | | sort of political things in Pakistan at that point there was no you know business |
| 18 | | relationship.  I mean we just you know we sort of have political gossip about you |
| 19 | | know talking about who's up and who's down in Pakistan, that kind of thing |
| 20 | | because he had some contacts and you know so he had things that he would ask |
| 21 | | about. |
| 22 | | |
| 23 | ▮ | Did he ever ask for anything not through official means? |
| 24 | | |
| 25 | RO: | uh not through official means? |
| 26 | | |
| 27 | ▮ | Like just did you guys have a personal connection? |
| 28 | | |
| 29 | RO:` | Well yeah, we would talk we would talk on the phone I mean once I got to know |
| 30 | | him he would call me you know at various times ah, but um no I mean he didn't he |
| 31 | | didn't you know I I… I can't remember that he did any you know that there was if |
| 32 | | there was any specific I can't remember (UI) ask.  You know it was just a discussion |
| 33 | | about the situation. |
| 34 | | |
| 35 | ▮ | Okay. |
| 36 | | |
| 37 | RO: | About you know certain politics.  Is is there a restroom here that I could use if |
| 38 | | possible? |
| 39 | | |
| 40 | ▮ | Ah y-y-y-yes. |
| 41 | | |
| 42 | RO: | Sorry guys. |
| 43 | | |
| 44 | ▮ | No no it's fine it's fine. I can… |

17
**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ██████████████
Disc Number: 1D1

RO:        Yeah.

██        That's fair. That's alright.

RO:        That's what I remember you know he would ask me about you know a variety of things going on.  You know I would share with him what the U.S. government perspective was on ah on Pakistan.

██        What was the…what was at the time ████ 's interests in the cause you mentioned you counselled, if I heard this right, ████ on the U.S. state of play?

RO:        Yeah.

██:        I think it was your your a phrasing.  What was his interest in the Pakistani Navy's acquisition of these assets?

RO:        Um I don't I don't know that he had uh an interest uh in this.  I mean when I understood it to be was that he was you know he has various conversations in Washington um and you know he has political contacts and he wanted to understand what was the state of U.S. Pakistan relations…

██        Okay.

RO:        …so that you know he would be knowledgeable when he was talking about you know to say to Congressmen, Senators about the situation in Pakistan.

[video 36:27]

██        Okay so this was more for his almost kind of general enrichment.

RO:        Yeah.

██        More in…

RO:        General information.

██        Okay.

RO:         I mean I had I had no reason to believe that he had any business interests in any of these deals because what you know the frigate deal for instance, that's a government-to-government deal.

██        Right.

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ███████████████

Disc Number:  1D1

| | | |
|---|---|---|
| RO: | That has nothing. There's no private sector involvement so I wouldn't feel there was any chance that he would be using this for a business purpose, you know. | |
| ██ | Right. | |
| RO: | Yeah.  And you know whatever information I shared with ████ you know, I would share with anyone.  I mean these were public you know (UI) | |
| ██ | Right. | |

[video 37:02]

| | |
|---|---|
| RO: | You know it unclassified public information, yeah. |
| ██ | That's that's one of the things I wanted to make sure. |
| RO: | Yeah. |
| ██: | Um I might switch the subject to… |
| RO: | Yeah. |
| ██ | …something else that's kind or related 'cause some of those emails that were asking about trying to clarify through any classified information.  There came up with some things mentioning um how you say the name, ██████ or ████ |
| RO: | Yeah. |

[video 37:29]

| | |
|---|---|
| ██ | Are you are you familiar with her? |
| RO: | Yeah, I'm married to her. |
| ██ | That's your wife? |
| RO: | Yes. |
| ██ | Currently? |
| RO: | Yes. |
| ██ | Well that solves a lot of things. |

22

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ▮▮▮▮▮▮▮▮▮▮▮▮
Disc Number: 1D1

| | | |
|---|---|---|
| 1 | | wants to um you know do right by by the United States. He always wants to be in |
| 2 | | a good position with the U.S. government. |
| 3 | | |
| 4 | ▮ | And does he, I understand it that he travels all around the world for business though |
| 5 | | I could imagine that consumes most of his life. (Laughing) Sounds like he's a busy |
| 6 | | guy. |
| 7 | | |
| 8 | RO: | Yeah. |
| 9 | | |
| 10 | ▮ | Where does he spend most of his time? Is it here or or is there a one kind of home |
| 11 | | base that he has? |
| 12 | | |
| 13 | RO: | Well he's based in Los Angeles. |
| 14 | | |
| 15 | ▮: | Okay. |
| 16 | | |
| 17 | RO: | And you know I've gone out to see him a couple of times in Los Angeles um over |
| 18 | | over the years. Ah and but you're right that he spends a lot of time on the road, a |
| 19 | | lot of times so you know, he just pops into LA and goes off, out and around. |
| 20 | | |
| 21 | ▮: | Okay. And ah I know you mentioned that you would want think a little bit more |
| 22 | | about if there are any other times that you kind of connected him with someone to |
| 23 | | ask for for assistance because he might be… |
| 24 | | |
| 25 | RO: | Yeah. |
| 26 | | |
| 27 | ▮ | … interested in their thing. Ah so we would appreciate you… |
| 28 | | |
| 29 | RO: | Yeah yeah. |
| 30 | | |
| 31 | ▮ | … if anything comes to mind. |
| 32 | | |
| 33 | RO: | Yeah, yeah. |
| 34 | | |
| 35 | ▮: | Getting back to us on that. I just wanted to just kind of fill in one gap I have as far |
| 36 | | as thee um as far as thee helping with the tuition assistance, do you do you know |
| 37 | | how that ah how that assistance was ah was transmitted? Did he deal directly with |
| 38 | | ▮▮▮▮▮▮? Ah was, I guess wash this set up some sort of external scholarship? Do |
| 39 | | you have any idea how that how that manifest itself? |
| 40 | | |
| 41 | RO: | I have I have no idea, have no idea. |
| 42 | | |
| 43 | | [video 49:48] |
| 44 | | |

29

**UNCLASSIFIED**

**UNCLASSIFIED**

File Number: ████████████
Disc Number: 1D1

| | | |
|---|---|---|
| 1 | ██ | Okay. And is there is there anything else that you know we haven't covered that |
| 2 | | you think is worth mentioning us mentioning to us this morning while we're while |
| 3 | | we're talking? |
| 4 | | |
| 5 | RO: | Um ah no 'cause I mean I don't know what your ultimate objective is here so it's a |
| 6 | | little hard for me to answer that ah you know what I mean?  I mean um… |
| 7 | | |
| 8 | ██: | Sure, no this has been… |
| 9 | | |
| 10 | ██: | It's been very helpful. Yeah sure.  Thank you for being very… |
| 11 | | |
| 12 | RO: | Yeah yeah yeah yeah. |
| 13 | | |
| 14 | ██: | … forthcoming. |
| 15 | | |
| 16 | RO: | You know um my pleasure. |
| 17 | | |
| 18 | ██: | Really?  But like ████ said our main objective is to kind of get a little background |
| 19 | | on on ████ and kind of how that set up is. |
| 20 | | |
| 21 | ██: | And if you're willing to talk in the future I have the feeling we may be reaching out |
| 22 | | to you again in the near future… |
| 23 | | |
| 24 | RO: | Okay. |
| 25 | | |
| 26 | ██ | … on on that issue.  Um on a separate note, we we do have a request for any and |
| 27 | | all documentation of any of the of the business dealings that you had with ████ |
| 28 | | and ████████ which I… |
| 29 | | |
| 30 | RO: | Yeah. |
| 31 | | |
| 32 | ██: | … now judging off on how long ago the relationship is, it sounds like it will take a |
| 33 | | little bit but with of course we have like actual paperwork with an official request |
| 34 | | for that. |
| 35 | | |
| 36 | RO: | Um okay um… |
| 37 | | |
| 38 | ██: | I … |
| 39 | | |
| 40 | RO: | You know… |
| 41 | | |
| 42 | ██: | I don't know if |
| 43 | | |

30
**UNCLASSIFIED**

Exhibit 44

| | |
|---|---|
| **From:** | "Rick Olson" ███████████████ |
| **Sent:** | Fri, 8 Feb 2019 06:27:17 -0500 |
| **To:** | ████████████████████████████ > |
| **Cc:** | "Richard Olson" |
| **Subject:** | Fw: ███████████ query - ██████ |

████   FYI, I declined this request and will continue to do so.

Best,

*rgo*

Rick Olson

----- Forwarded Message -----
**From:** ████████████████████████
**To:** Richard Olson ██████████
**Sent:** Tuesday, February 5, 2019, 9:18:07 PM GMT
**Subject:** █████████ query - ██████████

in .                                         Richard Olson  ████████

Hi Ambassador, I am a reporter with █████████ and I am working on a story about █████████ of ███████████, who is in the news today. I believe that you work with, or have worked with, █████ recently. I saw that you spoke on their behalf at a Qatar-Pakistan event in Doha last November. Can you give me a ring? I'm at █████████ or ████████████ Thanks!

**Reply**   **Not interested**

View █████ LinkedIn profile
You can respond to █████ by replying to this email

Unsubscribe | Help

This email was intended for Richard Olson (Independent Consultant ). Learn why we included this.

Linked in

© 2019 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit 45



[1/3/19, 09:46:35] ████████ I spoke to him told him you will call him. He said he will come t Lahore to meet us

[1/3/19, 09:47:14] ████████ VoA wasting their money on our family channel. No one watches VoA useless boring programming

[1/3/19, 09:50:38] ████████ Call him

[1/3/19, 10:30:52] ████████ video omitted

[1/3/19, 10:31:10] Rick Olson: Will do

[1/3/19, 20:26:03] Rick Olson: I agree with you. Even morons find VOA stupid.

[1/4/19, 07:19:03] Rick Olson: Spoke to ███ He's in @ 5K.

[1/4/19, 08:50:56] ████████ 👆

[1/5/19, 07:21:32] ████████ Please call me when you get a chance

[1/5/19, 08:46:19] ████████ They Once Danced for Royalty. Now It's Mostly for Leering Men. https://nyti.ms/2H63Vdg?smid=nytcore-ios-share

[1/6/19, 02:55:48] ████████ video omitted

[1/6/19, 02:55:48] ████████ video omitted

[1/6/19, 02:55:49] ████████ video omitted

[1/6/19, 21:05:06] ████████ Biden Sees Himself as Democrats' Best Hope in 2020, Allies Say https://nyti.ms/2GVHFD3?smid=nytcore-ios-share

[1/6/19, 22:19:55] ████████ Would you need to text 3 times?

https://www.bbc.com/news/world-middle-east-46770612

[1/7/19, 22:20:10] ████████ Mick Mulvaney Has Two Jobs. He Has Been Discussing Another. https://nyti.ms/2RBJyZJ?smid=nytcore-ios-share

[1/7/19, 22:33:58] ████████ China's 'Belt and Road' infrastructure program became a way to help Malaysia deal with a corruption scandal.

https://www.wsj.com/articles/how-china-flexes-its-political-muscle-to-expand-power-overseas-11546890449?emailToken=32e83349b707df40a00a26172506e8055CO2fBuDvJbydB2C6+uo//SH5iYx8THm+Q/QZVDFckxcx5Hl85iRcqAjq+LV0zTSnLM/zsHAaMPSBWA+DzM36hMGBbQCUvm0+duutAk+0G8tDiBgLvmpMQHj1veyNC5e&reflink=article_whatsapp_share

[1/8/19, 02:25:42] ████████ Read the Malaysian thing

The Chi-nese also of-fered to bug the homes and of-fices of Jour-nal re-porters in Hong Kong who were in-ves-ti-gat-ing the fund, to learn who was leak-ing in-for-ma-tion to them, ac-cord-ing to the min-utes.

[1/8/19, 02:28:10] ████████ We need to own Malaysia not them. I am tired of us losing out

[1/8/19, 02:32:01] ████████ Ma-laysia, rich in nat-ural re-sources and on a sea lane, is a prized ally in the U.S.-China con-test for in-flu-ence in Asia. The U.S. once courted █████ as it sought al-liances in the re-gion

[1/8/19, 02:51:11] ████████ Could a Chinese-made Metro car spy on us? Many experts say yes. https://www.washingtonpost.com/local/trafficandcommuting/could-a-chinese-made-metro-car-spy-on-us-many-experts-say-yes/2019/01/07/00304b2c-03c9-11e9-b5df-5d3874f1ac36_story.html

[1/8/19, 10:23:59] Rick Olson: If officials are discussing sensitive stuff on Metro, they should be fired.

[1/10/19, 09:27:57] Rick Olson: https://www.reuters.com/article/us-pakistan-economy-pakistan-eyes-investment-pacts-with-saudi-arabia-uae-idUSKCN1P4ONK

[1/11/19, 13:52:37] ████████ Beijing plans to be able to identify anyone, anytime, anywhere in China within three seconds

The Chinese tech helping New York police keep closer eye on the city https://sc.mp/8m85w

Exhibit 46



# United States Department of Justice

## United States Attorney's Office
## Central District of California

███████████████

1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012

July 2, 2019

Richard Olson

    Re:    <u>Federal Grand Jury Subpoena</u>

Dear Mr. Olson:

    The enclosed subpoena has been issued in connection with an official criminal investigation being conducted by the Federal Bureau of Investigation. The subpoena requires that a custodian of records from your business appear before the grand jury and produce the records described in the subpoena on the date and at the time specified on the subpoena.

    As a convenience to you, you can produce the demanded documents by mail or in person to Special Agent ███████████ of the Federal Bureau of Investigation, who will deliver the requested documents to the grand jury. If you would like to do so in order to avoid a personal appearance, you must: (a) deliver or mail the documents so that they are received in advance of the date specified on the subpoena; and (b) have an appropriate custodian of records from your business fill in the declaration enclosed with this letter. Unless you comply with both of those requirements, a custodian of records must appear in person to produce the documents. If you choose to mail the records, please send them to the following address:

        Special Agent ████████████
        Federal Bureau of Investigation
        4811 Airport Plaza Dr., 5th Floor
        Long Beach, CA 90815

    Please ensure that any electronically stored information complies with the production specifications in the attached document. Please do not deliver or mail any of the subpoenaed documents to the United States Attorney's Office.

    Because this subpoena relates to an ongoing criminal investigation, we request that you not disclose the existence of or compliance with the subpoena. Premature disclosure could impede the investigation. We request that you give us advance notice if you plan to disclose the existence of or compliance with the subpoena.

Richard Olson
RE:  Federal Grand Jury Subpoena
July 2, 2019
Page 2


      If you have any other questions regarding compliance with this subpoena, please contact Special Agent ███████████ at ████████████ or ███████ @fbi.gov.

Very truly yours,

████████████████████████████

Enc.

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT
### for the
## CENTRAL DISTRICT OF CALIFORNIA

TO:   Richard Olson

**SUBPOENA TO TESTIFY
BEFORE A GRAND JURY**

SUBPOENA FOR:
☐ **Person**          ☒ **Document(s) or Object(s)**

**YOU ARE COMMANDED** to appear in this United States District Court at the time, date, and place shown below to testify before the Court's Grand Jury.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| PLACE: | COURTROOM: |
|---|---|
| **ROYBAL FEDERAL BUILDING**<br>**255 EAST TEMPLE STREET**<br>**LOS ANGELES, CALIFORNIA 90012** | **Room 650, 6th Floor** |
| | DATE AND TIME:<br>July 24, 2019 at 9:00am |

☒ You must also bring with you the following documents, electronically stored information, or objects:

All documents related to Imaad Zuberi, Avenue Ventures for the period October 2012 through the present, digital or otherwise, including: all correspondence, contracts, invoices, records of flight, hotel, meal, and other travel expenses, receipts or other evidence of financial transactions, and records of meetings.

All documents related to Muna Habib, for the period October 2012 through November 2016, digital or otherwise.

| CLERK OF COURT: | DATE: |
|---|---|
| *Kiry K. Gray*<br>By Kiry K. Gray, Clerk of the Court | July 2, 2019 |

This subpoena is issued on application
of the United States of America

NICOLA T. HANNA
United States Attorney

Note: An agent of the Federal Bureau of Investigation will deliver the above-mentioned document(s) or object(s) to the Grand Jury should you desire to volunteer them to the Grand Jury in advance of the date indicated above.

## PROOF OF SERVICE[1]

| RECEIVED BY SERVER | DATE: | PLACE: |
|---|---|---|
| SERVED | DATE: | PLACE: |

SERVED ON (PRINT NAME):

SERVED BY (PRINT NAME & TITLE):

ADDITIONAL INFORMATION:

## DECLARATION OF SERVER[2]

I declare under penalty of perjury that this information is true.     Call# ▮▮▮▮▮

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

---

[1] As to who may serve a subpoena and the manner of its service see Rule 17(d), Federal Rules of Criminal Procedure, or Rule 45(c), Federal Rules of Civil Procedure.

[2] "Fees and Mileage need not be tendered to the witness upon service of a subpoena issued on behalf of the United States or an officer or agency thereof (Rule 45(c), Federal Rules of Civil Procedure; Rule 17(d), Federal Rules of Criminal Procedure) or on behalf of certain indigent parties and criminal defendants who are unable to pay such costs (28 U.S.C § 1825, Rule 17(b) Federal Rules of Criminal Procedure)."

Exhibit 47



**From:** ██████████████████████████
**Sent:** Mon, 20 Jul 2020 19:32:00 -0500
**To:** "'Rick Olson'" ██████████████████████
████████████████████████████████████████
**Subject:** RE: ██████████

This is regarding the travel to Qatar to meet the Emir. Where I bought the tickets and etc

**From:** Rick Olson ████████████████████
**Sent:** Monday, July 20, 2020 11:30 AM
**To:** ████████████████████████████████
**Subject:** Re: ████████████

██████

I'm puzzled by the message you sent me last week. I've reviewed my records (including notes I took at the time) and they do not accord with your recollections:

• We had been discussing a Qatari defense project in the spring of 2017 (April & May).

• After the announcement of the blockade (5 June), you asked me if I knew any generals who might be interested in helping the effort. I suggested ██████████.

• On 6 June I introduced you by email to ██████████

• We traveled to Doha 9-11 June.

• We continued working on the defense project through the summer, although at some point ██████████ dropped out.

• I did not have any interaction with ████████████. I met him once, socially, I believe on 27 September 2017, but never discussed Qatar with him.

I suggest you review your chronology of events in light of the above. Let me know if I can help.

Best,

*rgo*

Rick Olson

On Thursday, July 16, 2020, 03:53:47 PM EDT, ███████████████████ ██████████████████ wrote:

████ ... thank you again for facilitating what I think were very important talks with the Qataris.  They couldn't have taken place without your leadership.

I deeply regret your treatment on SAT night.  It was not right.

I hope the remainder of your travels were uneventful.

With great respect for what you're doing for our great country every day!

████████

# Exhibit 48

# Re: MileagePlus eTicket Itinerary and Receipt for Confirmation FP1GTY

From: Rick Olson ████████████

To: ████████████

Date: Tuesday, January 27, 2015, 11:09 AM EST

# LA option is fine with me.

*rgo*

Rick Olson

---

**From:** ████████████
**To:** Ambassordor Rick Olson - personal   ████████████
**Sent:** Tuesday, January 27, 2015 2:02 AM
**Subject:** FW: MileagePlus eTicket Itinerary and Receipt for Confirmation FP1GTY

We have 2 options for you:

1)      You go to London via Los Angeles but the timing is somewhat screwed up long transit time. This is First Class on United. The return is the same. You leave early morning Friday from New Mexico to Los Angeles and take 4.55pm flight to London arrive in London on Saturday afternoon. Return on Monday morning London time to Los Angeles arrive at 2.30pm. Get to New Mexico at night Monday.
2)      You go to London via Las Vegas. The timing is better. This is on First Class on Virgin Atlantic. The return is the same. You leave in the morning couple of hours of transit in Vegas then to London. Return on Monday and back in New Mexico in the afternoon.

Please pick one and let me know which your preference is. We will get the tickets issued.

████████

---

**From:** ████████
**Sent:** Saturday, January 24, 2015 1:41 PM
**To:** Ambassordor Rick Olson - personal
**Subject:** FW: MileagePlus eTicket Itinerary and Receipt for Confirmation FP1GTY

fyi

---

**From:** ████████████
**Sent:** Saturday, January 24, 2015 1:45 PM
**To:** ████████
**Subject:** MileagePlus eTicket Itinerary and Receipt for Confirmation FP1GTY

████████

We are blocking one seat from Los Angeles to London on United Airlines in First Class Friday 30 and coming back Monday 2. It will have to be separate tickets on separate airlines because there is no good

████████    1/4

Case 1:22-cr-00144-GMH   Document 39-1   Filed 02/07/23   Page 176 of 220

connection on United from New Mexico.

I will explore if it will be easier via San Francisco or Chicago.

Please give me till tomorrow.



**From:** United Airlines, Inc. [mailto: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Saturday, January 24, 2015 1:28 PM
**To:** ▇▇▇▇▇▇▇
**Subject:** MileagePlus eTicket Itinerary and Receipt for Confirmation FP1GTY

# UNITED     A STAR ALLIANCE MEMBER ✧✦·

Confirmation:
## FP1GTY
Check-In >

Issue Date: January 24, 2015

| Traveler | eTicket Number | Frequent Flyer | Seats |
|---|---|---|---|
| OLSON/RICHARDMR | 0162436098952 | | 1A/1C |

## FLIGHT INFORMATION

| Day, Date | Flight | Class | Departure City and Time | Arrival City and Time | Aircraft | Meal |
|---|---|---|---|---|---|---|
| Fri, 30JAN15 | UA934 | FN | LOS ANGELES, CA (LAX) **4:55 PM** | LONDON, ENGLAND (LHR – HEATHROW) **11:30 AM (31JAN)** | 777-200 | Dinner |
| Mon, 02FEB15 | UA935 | FN | LONDON, ENGLAND (LHR – HEATHROW) **10:30 AM** | LOS ANGELES, CA (LAX) **1:50 PM** | 777-200 | Lunch |

**Baggage allowance and charges for this itinerary.**
**Baggage fees are per traveler**

| Origin and destination for checked baggage | 1st bag | 2nd bag | Max wt / dim per piece |
|---|---|---|---|
| 1/30/2015 Los Angeles, CA (LAX) to London, England (LHR – Heathrow) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |
| 2/2/2015 London, England (LHR – Heathrow) to Los Angeles, CA (LAX) | 0.00 USD | 0.00 USD | 70.0lbs (32.0kg) - 62.0in (157.0cm) |

Baggage check-in must occur with United or United Express, and Global ServicesSM membership must be valid at time of check-in to qualify for any applicable waiver of service charges for checked bags (within specified size and weight limits). Changes to the fare type purchased could result in increased baggage service charges. Based on your itinerary and selected cabin, service charges may be waived for one or more checked bags. See below for the charges for your 1st and 2nd checked bags. For additional baggage service charge information, select the "additional and other bag fees" box below.

## Additional Baggage Information

**The above amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary.**
**If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.**
**Carry-on baggage information**
United accepts one carry-on item with maximum dimensions of 9"x14"x22" (22 cm + 35 cm + 56 cm) in the aircraft cabin, along with one personal item such as a laptop bag with maximum dimensions of 9"x10"x17" (22 cm + 25 cm + 43 cm).
Due to FAA regulations, operating carriers may have different carry-on requirements.
Please check with the operating carrier for more information or go to united.com.
**General Baggage Information**
First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents.
For additional information regarding baggage charges
allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items
or sporting equipment, visit united.com/baggage.

## MileagePlus International eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 60 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be canceled if this condition is not met.

- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 30 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with <u>photo identification</u> to the airport
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger
- For up to the minute flight information, sign-up for our Flight Status E-mail at <u>united.com</u> or call 1-800-824-6200; in Spanish 1-800-426-5561
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to <u>united.com</u>
- Your eTicket is non-transferable and valid 1 year from date of mileage withdrawal unless otherwise provided in the Conditions of Contract.
- Award travel is subject to the terms and conditions of the MileagePlus program.
- Redeposit or change fees apply for award travel based on Premier level. Please go to <u>united.com</u> or call 1-800-UNITED-1 for details.
- International taxes and fees may be collected at your departure airport.

### Customer Care Contact Information

We welcome your compliments, comments or complaints regarding United or a United travel experience.
You may contact us using our Customer Care contact form at <u>united.com</u>

### Hazardous materials

Federal law forbids the carriage of hazardous materials on board aircraft in your luggage or on your person. A violation can result in five years imprisonment and penalties of $250,000 or more (49 U.S.C. 5124).
Hazardous materials include explosives, compressed gases, flammable liquids and solids, oxidizers, poisons, corrosives and radioactive materials. Common examples of hazardous materials/dangerous goods
include spare or loose lithium batteries, fireworks, strike-anywhere matches, aerosols, pesticides, bleach and corrosive materials. Additional information can be found on:
<u>united.com restricted items page</u>
<u>FAA website Pack Safe page</u>
<u>TSA website Prohibited Items page</u>

### Proud Member of Star Alliance

We are making connections so you make yours. You can earn and redeem miles on 27 member airlines offering over 18,000 daily flights to more than 1,300 destinations worldwide.
Go to <u>www.staralliance.com</u> to find out more. You've earned it.

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, <u>united.com</u> or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** - Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of the Carrier in respect of death of or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.
- **Notice—Overbooking of Flights** - Airline flights may be overbooked, and there is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With

few exceptions, including failure to comply with the carrier's check-in deadline which are available upon request from the air carrier, persons denied boarding involuntarily are entitled to compensation. *The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.*

- **Personal Health** - For important health tips before your flight, including information on a serious condition called <u>Deep Vein Thrombosis</u>, please go to <u>united.com</u>.

**Thank you for choosing United Airlines**
united.com

Legal Notices, Privacy Policy
Copyright © (0) United Airlines, Inc. All rights reserved.

Please do not reply to this message using the " reply " address.
For assistance, please contact United Airlines via telephone or via e-mail.2015

Exhibit 49

## Re: London

From: Rick Olson ██████████████

To: ██████████████████

Date: Thursday, January 29, 2015, 11:07 AM EST

Sounds good.  I have all the tickets, see you 1900 Saturday @ ████████
████, London.

*rgo*

Rick Olson

---

**From:** ████████
**To:** Ambassordor Rick Olson – personal ██████████
**Sent:** Thursday, January 29, 2015 5:50 AM
**Subject:** London

I am leaving today for Vienna for 1 day meeting. I will get to London Saturday afternoon. See you Saturday evening at 7pm in the lobby of ████████████████. I will stay in the same hotel and will email you my room number when I check in.
You have your New Mexico to Los Angeles and Los Angeles to London tickets?
My phone ████████ and email will be working if there is anything you need to get hold of me.
Please keep the receipt for expense.
Thanks
████

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 50

## Re: London

From: Rick Olson █████████████

To: ████████████████████████████████

Date: Tuesday, January 27, 2015, 02:12 PM EST

## Not Indian.

*rgo*

Rick Olson

---

From: i████z███ <███████████████>
To: Ambassordor Rick Olson - personal ████████ ████████████████
Sent: Tuesday, January 27, 2015 11:51 AM
Subject: FW: London

I told ██████ we [Rick, ██████████████ and me] will come to his home in Central London then go to some restaurant. What food you like? I will tell him Chinese or Indian if you don't respond.

████████

From: ████████████████████████
Sent: Tuesday, January 27, 2015 3:35 AM
To: ████████████
Subject: Re: London

Agreed Of course the two of you could come to me first as I am v central.....always breaks the ice v well......do you want me to book somewhere for you?

Sent from my iPad
been checked for viruses, but no liability is accepted for any damage caused by any virus transmitted by this e-mail.


 This email has been checked for viruses by Avast antivirus software.
www.avast.com

## Re: London dinner

From: Rick Olson ████████████████

To: ████████████████████████████████

Date: Tuesday, February 3, 2015, 09:22 AM EST

Thanks for forwarding. As I mentioned to you, I think it is really important to engage with ███ on these issues -- she's a player.

*rgo*

Rick Olson

---

**From:** █████████████████████████████
**To:** Ambassordor Rick Olson - personal ██████████ ███████████████████
**Sent:** Sunday, February 1, 2015 5:38 AM
**Subject:** FW: London dinner

---

**From:** ███████████████████████████
**Sent:** Sunday, February 1, 2015 2:06 AM
**To:** ███████████████
**Subject:** Re: London dinner

Dear ████████
Thank you for so generously giving us an excellent dinner. You are always terrific company and Rick is a real pro and a pleasure to talk to
I would like to talk to you privately about the ████████ dynamic. It have no knowledge of what ███ has done in the past but at least he is part of a process which is trying to help the country when so many Ukrainians in business or politics are not doing anything at all. That is the key point. My involvement is entirely in that spirit and despite the friendly teasing you know how I am fully committed to the positive engagement of the US and am deeply grateful to you for your positive role in this
Regards
████████

Sent from my iPad

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

RE: Follow up

From: ██████████████████████

To:    rick████████████████

Date: Wednesday, February 4, 2015, 02:05 AM EST

Please call him to ask him if he is interested then I will meet him next time I am in Washington.

██████████

**From:** Rick Olson ████████████████
**Sent:** Tuesday, February 3, 2015 1:43 PM
**To:** ████████████████
**Cc:** ██████████████
**Subject:** Follow up

Dear ██████████: It was a pleasure to meet you on Saturday over fizz and Peking duck. I thought I would send you the following link describing ████████████, whom I think would be an ideal resource for your Ukraine project. Let me know if you would like me to provide an introduction.

Best,

██████████████



View on www.usip.org      Preview by Yahoo

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 51

FW: ███

From: ████████████████████████████

To:    rick████████████████

Date:  Friday, February 20, 2015, 07:12 PM EST

You okay with this? We can discuss when we talk.

███████████

**From:** ██████████████████████████████
**Sent:** Thursday, February 19, 2015 3:55 AM
**To:** rick██
**Cc:** ██████████████
**Subject:** Fwd: ████████

Ambassador, I hope that you are doing well. Following on from your recent email regarding the role with ███ that we have been discussing, please see below the response which I have given to my personal advisor ████████████ for forwarding to you. I hope to hear back from you soon.

Regards,

██████████████

————— Forwarded message —————
From: ██████████████████████
Date: 19 Feb 2015 12:43
Subject:
To: ██████████████████████████
Cc:

Dear Rick

We see your primary role as leveraging your unique relationships in the US and the UAE in terms of positioning ████ n respect of both private and public sectors.

For the public sector there is a great focus on Abu Dhabi's strategic goal of diversifying the economy away from it's traditional oil and related industry dependence. Your relationships with current and former government decision makers will be invaluable to ████ to benefit from the opportunities which will inevitably arise, including on a UAE Federal and wider GCC basis.

In the private sector we are looking at developing potential joint ventures with established and start-up companies in the US with UAE and GCC businesses and entrepreneurs. In particular we want to develop a regional Gulf platform ("business laboratory") for local entrepreneurs to bring their ideas and access funding and technical development. Ultimately the intention will be to invest in their concepts and help bring them to market in one of the regional stock exchanges.

More generally we will expect you to promote and enhance the reputation of █████ and it business among your contacts and to introduce us to potential opportunities whether in the US, the UAE or elsewhere.

Your duties will involve providing advice and assistance to the board of directors and the Banks's executive management. You will be a member of the board's advisory committee - there are restrictions on non-GCC membership of the boards of UAE financial institutions. We would expect you to devote up to 28 days per year to █████, which would comprise attendance concurrent with the regular board of directors meetings, advisory committee meetings, strategy/brain storming meetings ( and other ad hoc) sessions, as well as investor events and other PR related activities.

We are happy to offer a one year contract renewable by mutual agreement. The fee will be $300k payable by the company at agreed intervals.

In terms of the bonus/inventive, we prefer to structure it as follows: for any deal brought by you which is consummated by the bank, and where funding of an agreed amount for that deal is brought/arranged by you, a parent equivalent to 2% of that deal value will

Be payable.

The bank will reimburse/pay for your direct costs which will be in accordance with the banks existing policies. Again, the bank will be happy to consider all reasonable expenses and costs associated with membership of such forums.

I hope this is agreeable to you and I look forward to finalising terms with you as soon as possible.

Best regards

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

Exhibit 52

## Re: Fwd: ADIH

From: Rick Olson █████████████████

To: ████████████████████

Date: Monday, February 23, 2015, 12:41 AM EST

Dear ████████

I will get back to you shortly. In the meantime, State Department ethics rules require me to provide you with the attached document in which I formally recuse myself from any business █████ might have with the USG in Pakistan.

rgo

Rick Olson

------------------------------------
On Thu, 2/19/15, ████████████████████ wrote:

Subject: Fwd: ████████
To: rick █████████████████
Cc: ████████████████████████
Date: Thursday, February 19, 2015, 4:55 PM

Ambassador, I hope that
you are doing well. Following on from your recent email
regarding the role with █████ that we have been discussing,
please see below the response which I have given to my
personal advisor ████████████ for forwarding to you. I hope
to hear back from you soon.
Regards,
████████████

---------- Forwarded
message ----------
From: ████████████████████████
Date: 19 Feb 2015 12:43
Subject: ████████
To: ████████████████████████
Cc: ████

Dear Rick
We see your primary role as leveraging your
unique relationships in the US and the UAE in terms of
positioning █████ in respect of both private and public
sectors.
For the public sector there is a great focus on
Abu Dhabi's strategic goal of diversifying the economy
away from it's traditional oil and related industry
dependence. Your relationships with current and former
government decision makers will be invaluable to █████ to
benefit from the opportunities which will inevitably arise,
including on a UAE Federal and wider GCC
basis.
In the private sector we are looking at
developing potential joint ventures with established and
start-up companies in the US with UAE and GCC businesses and

entrepreneurs. In particular we want to develop a regional
Gulf platform ("business laboratory") for local
entrepreneurs to bring their ideas and access funding and
technical development. Ultimately the intention will be to
invest in their concepts and help bring them to market in
one of the regional stock exchanges.More
generally we will expect you to promote and enhance the
reputation of ▌▌and it business among your contacts and
to introduce us to potential opportunities whether in the
US, the UAE or elsewhere.
Your duties will involve providing advice and
assistance to the board of directors and the Banks's
executive management. You will be a member of the
board's advisory committee - there are restrictions on
non-GCC membership of the boards of UAE financial
institutions. We would expect you to devote up to 28 days
per year to ▌▌ which would comprise attendance concurrent
with the regular board of directors meetings, advisory
committee meetings, strategy/brain storming meetings ( and
other ad hoc) sessions, as well as investor events and other
PR related activities.
We are happy to offer a one year contract
renewable by mutual agreement. The fee will be $300k payable
by the company at agreed intervals.
In terms of the bonus/inventive, we prefer to
structure it as follows: for any deal brought by you which
is consummated by the bank, and where funding of an agreed
amount for that deal is brought/arranged by you, a parent
equivalent to 2% of that deal value willBe
payable.
The bank will reimburse/pay for your direct costs
which will be in accordance with the banks existing
policies. Again, the bank will be happy to consider all
reasonable expenses and costs associated with membership of
such forums.
I hope this is agreeable to you and I look
forward to finalising terms with you as soon as
possible.
Best regards

 ▌Recusal.pdf
92.9kB

Exhibit 53

## FW: ██ ´Saudi

From: █████████████████████████████

To:   rick████████████████

Date: Wednesday, April 12, 2017, 05:58 PM EDT

How many people have the balls to talk shit to the most powerful foreign minister of the Arab world?

From:████████████████
Sent: Wednesday, April 12, 2017 2:56 PM
To:████████████Saudi Arabia Foreign Minister
Subject: FW:████Saudi

Hello████████ ,

Please see below. I spoke to ████████ who is Vice Chairman of ████████████████makers of ████████and other things which might be of interest to Saudi Arabia including algae for fish/shrimp farm

When we meet next we can discuss next steps

By the way we were joking that next time I come to Saudi from US I will go to Radio Shack for 9 volt batteries for drone toys you guys bought from China

Thanks

████████████

From:████████████

Sent: Wednesday, April 12, 2017 8:42 PM

To:████████Vice Chairman████████████████

Cc:████████████

Subject:████Saudi

████████████

Hello █████████

Sorry couldn't talk when you called. I am on commercial flight. I will call you when I land in Dubai from Saudi

I had a good conversation with Saudi FM █████████ (straight forward and good guy) about █████ products like █████ and etc. As you know they have interest but there have been obstacles on both sides. I think now it might be manageable

At present they have been getting Chinese products I have been told

I think the next step is for you to visit Saudi in the next month or so to move this forward with Saudi Ministry of Defense in coordination with US State, US DoD and Commerce

I will see Minister █████████ again and coordinate a visit for us to move this forward

I will call you to follow up on this when I land in a couple of hour

I am looking forward to talking to you soon to catch up on current affairs

Thanks

█████████

Exhibit 54

# THE FUTURE OF U.S.–PAKISTAN RELATIONS

# HEARING

BEFORE THE

## COMMITTEE ON FOREIGN AFFAIRS
## HOUSE OF REPRESENTATIVES

ONE HUNDRED FOURTEENTH CONGRESS

FIRST SESSION

DECEMBER 16, 2015

## Serial No. 114–136

Printed for the use of the Committee on Foreign Affairs



Available via the World Wide Web: http://www.foreignaffairs.house.gov/ or
http://www.gpo.gov/fdsys/

U.S. GOVERNMENT PUBLISHING OFFICE

97–997PDF                    WASHINGTON : 2016

For sale by the Superintendent of Documents, U.S. Government Publishing Office
Internet: bookstore.gpo.gov   Phone: toll free (866) 512–1800; DC area (202) 512–1800
Fax: (202) 512–2104   Mail: Stop IDCC, Washington, DC 20402–0001

## COMMITTEE ON FOREIGN AFFAIRS

EDWARD R. ROYCE, California, *Chairman*

CHRISTOPHER H. SMITH, New Jersey
ILEANA ROS-LEHTINEN, Florida
DANA ROHRABACHER, California
STEVE CHABOT, Ohio
JOE WILSON, South Carolina
MICHAEL T. McCAUL, Texas
TED POE, Texas
MATT SALMON, Arizona
DARRELL E. ISSA, California
TOM MARINO, Pennsylvania
JEFF DUNCAN, South Carolina
MO BROOKS, Alabama
PAUL COOK, California
RANDY K. WEBER SR., Texas
SCOTT PERRY, Pennsylvania
RON DeSANTIS, Florida
MARK MEADOWS, North Carolina
TED S. YOHO, Florida
CURT CLAWSON, Florida
SCOTT DesJARLAIS, Tennessee
REID J. RIBBLE, Wisconsin
DAVID A. TROTT, Michigan
LEE M. ZELDIN, New York
DANIEL DONOVAN, New York

ELIOT L. ENGEL, New York
BRAD SHERMAN, California
GREGORY W. MEEKS, New York
ALBIO SIRES, New Jersey
GERALD E. CONNOLLY, Virginia
THEODORE E. DEUTCH, Florida
BRIAN HIGGINS, New York
KAREN BASS, California
WILLIAM KEATING, Massachusetts
DAVID CICILLINE, Rhode Island
ALAN GRAYSON, Florida
AMI BERA, California
ALAN S. LOWENTHAL, California
GRACE MENG, New York
LOIS FRANKEL, Florida
TULSI GABBARD, Hawaii
JOAQUIN CASTRO, Texas
ROBIN L. KELLY, Illinois
BRENDAN F. BOYLE, Pennsylvania

AMY PORTER, *Chief of Staff*     THOMAS SHEEHY, *Staff Director*
JASON STEINBAUM, *Democratic Staff Director*

(II)

# C O N T E N T S

——————

Page

WITNESS

The Honorable Richard Olson, Special Representative for Afghanistan and
Pakistan, U.S. Department of State ................................................................. 4

LETTERS, STATEMENTS, ETC., SUBMITTED FOR THE HEARING

The Honorable Richard Olson: Prepared statement ........................................... 7

APPENDIX

Hearing notice ......................................................................................................... 48
Hearing minutes ...................................................................................................... 49
The Honorable Dana Rohrabacher, a Representative in Congress from the
State of California: Material submitted for the record ..................................... 51
The Honorable Gerald E. Connolly, a Representative in Congress from the
Commonwealth of Virginia: Prepared statement ............................................. 59
Written responses from the Honorable Richard Olson to questions submitted
for the record by:
   The Honorable Michael T. McCaul, a Representative in Congress from
      the State of Texas ........................................................................................... 61
   The Honorable Brad Sherman, a Representative in Congress from the State
      of California ..................................................................................................... 63
   The Honorable David A. Trott, a Representative in Congress from the
      State of Michigan ............................................................................................ 64

# THE FUTURE OF U.S.–PAKISTAN RELATIONS

--------

### WEDNESDAY, DECEMBER 16, 2015

House of Representatives,
Committee on Foreign Affairs,
*Washington, DC.*

The committee met, pursuant to notice, at 10 o'clock a.m.,in room 2172, Rayburn House Office Building, Hon. Edward Royce (chairman of the committee) presiding.

Chairman ROYCE. This hearing will come to order. There is a vote in progress. So my intention here is to begin the hearing, and then we will suspend for the duration of the votes and allow the other members of the committee to come forward. But in this fashion, myself and Congressman Poe can make our opening statements, and maybe some of the other members will be able to as well.

This hearing is on the future of U.S.-Pakistan relations. The committee has repeatedly urged Pakistan to take meaningful action against key Islamist terrorist groups operating within its territory. Unfortunately, Pakistan, which is now home to the world's fastest growing nuclear weapons program, has remained a fount of radical Islamist thought. It was no surprise that one of the San Bernardino attackers, Tafsheen Malik, studied at a Pakistani school spreading a particularly fundamentalist message.

Looking back, the 9/11 terrorist attacks transformed the U.S.-Pakistan relations overnight. After more than a decade under sanctions for its nuclear proliferation, Pakistan was to be a key ally in combatting Islamist militancy, becoming a leading recipient of U.S. aid in the nearly 15 years since.

But while the U.S. was quick to embrace Pakistan, Pakistan has hardly reciprocated. Pakistani Governments have come and gone, but its northwestern frontier has remained a terrorist haven. With its security services supporting what it considers to be good Islamist terrorist groups, these good groups—under Pakistan's calculus—destabilize Afghanistan and threaten neighboring India while the government simultaneously opposes what it considers the bad Islamist groups.

Today Deobandi schools create an infrastructure of hate. Six-hundred Deobandi madrassas, funded with Gulf state money, teach intolerant, hate-filled rhetoric that inspires the foot soldiers of jihadist terrorism. I have made three trips to Islamabad to press this issue. Pakistan must do the work to register schools and close those creating new generations of radicals, and those are the

2

schools that are being funded with Gulf state money, the Deobandi schools, and they need to be closed.

Meanwhile, Pakistan's nuclear arsenal is on a track to be the third largest. Its addition of small tactical nuclear weapons in recent years is even more troubling. This is a country which spends a fifth of its budget on the military, from long-range missiles to F–16s, but under 2.5 percent on education.

Through all of the double dealing, U.S. policy has essentially stood still. Security assistance—cash and arms—has continued to flow after the occasional temporary delays. Indeed, despite some Department of Defense assistance for Pakistan being held because of inadequate efforts against the Haqqani Network, the State Department is currently seeking more arms for Islamabad.

Pakistan itself has been devastated by terrorism with thousands, over 2,000, of its soldiers killed, thousands and thousands of its citizens killed, in terrorist attacks. Today we recognize the year anniversary of a horrific attack on a school in Peshawar that killed over 100 children. We want a strong partnership with the country, but a new policy is long overdue. One option, as Ranking Member Engel and I proposed earlier this year, would be to target those officials who maintain relationships with designated terrorist groups with travel and financial sanctions. This would make it clear: The U.S. and Pakistan cannot have a true strategic partnership until Pakistan security services cuts ties with terrorist organizations.

Recently, senior U.S. officials—including National Security Adviser Susan Rice and Deputy Secretary of State Tony Blinken—have traveled to Islamabad reportedly to press on the Pakistani Government. We look forward to hearing from our witness today whether there is reason for hope or if our policy is stuck in the same rut.

And I now will turn to Mr. Ted Poe of Texas and Mr. Dana Rohrabacher of California for their opening statements.

Mr. Poe.

Mr. Poe. Thank you, Mr. Chairman.

My concern specifically is with our relationship with Pakistan. The United States has given Pakistan $30 billion since 9/11. I think Pakistan is a Benedict Arnold ally to the United States. Even going back to May the 2nd, 2011, when there was the raid in Pakistan on Osama bin Laden, we didn't tell the Pakistanis we were coming because, frankly, they would snitch us off, and Osama bin Laden would have left. And the near confrontation that took place between the U.S. and Pakistan after the raid—Pakistan scrambled two U.S.-made F–16s and were headed to the area where the raid took place and a possible confrontation with two U.S.-made jets against American helicopters at the raid didn't happen, but it could have happened—pilots that presumably were trained the year before in 2010 in Tucson, Arizona. And I think we need to be very concerned about providing armaments for Pakistan, who seems to play all the sides.

And I would yield back, Mr. Chairman.

Chairman Royce. Okay.

And I now yield time to Mr. Dana Rohrabacher of California.

Mr. Rohrabacher. Thank you very much. When I was elected 28 years ago, I think most people considered me Pakistan's best friend

3

in the House of Representatives. And let me just say that over the years, I have been deeply disappointed that those people who I considered to be my friends were betraying the trust of the United States and were committing acts that were only the acts that an enemy would commit, even though we continued to have a facade of friendship.

We have given $30 billion—$30 billion—since 9/11, to Pakistan. Yet we realize that since 9/11 that there is ample evidence that Pakistan is still deeply involved with various terrorist networks, including supporting the Taliban in Afghanistan, and radicals who kill Americans. Frankly, our relationship with Pakistan has been a disgrace. We have a government that gave safe haven to Osama bin Laden, the murderer of 3,000 Americans—3,000 Americans slaughtered in front of us. I don't think anybody believes that the high level people in the Pakistan Government didn't know about that. They continue to hold Dr. Afridi, just to rub it in our face. That is the type of relationship they have with us. And to their own people, they are slaughtering people in the Balochistan and the Sindhis and others who are being brutally oppressed by a clique in their government, so it is not all Pakistan, but the clique that runs that country is treating us like suckers. And they should because we are. We are acting foolish, very foolish. Giving people money who have continually involved themselves in activity that is harmful to the United States of America is not going to win their friendship.

So, Mr. Chairman, I hope that we face facts, and if the Pakistani Government wants to be our friend, they can be our friend. But they have not been, and they need to change that if we are to continue on the relationship that we have. I would like to at this point to submit for the record a number of articles showing that, again, Pakistan continues to support various terrorist operations as well as their relationship with China, at the expense of their own people, the Baloch in particular, and I submit that for the record at this point.

Chairman ROYCE. Without objection.

Mr. ROHRABACHER. Thank you very much, Mr. Chairman.

I yield back.

Chairman ROYCE. We have four votes on the floor, so we will recess the hearing and return for witness testimony and questions after those four votes.

And we appreciate the patience of our witness and those in attendance, and for now, we stand in recess.

[Recess.]

Ms. ROS-LEHTINEN [presiding]. I will give him the opportunity to make an opening statement, if Dr. Bera would like to make one, and then I will introduce the Ambassador. He will make his statement, and we will get to the questions and answers.

Dr. Bera is recognized.

Mr. BERA. Thank you, Madam Chairwoman. I will keep my comments short so we can hear from the Ambassador.

Obviously, as we look at the South Asian region, we look at India, we look at Pakistan, the relationship is incredibly important, particularly as the changing mission in Afghanistan is—the role of

4

Pakistan and India in stabilizing the region is incredibly complex and important.

It is an honor to welcome Ambassador Olson to the job. I understand this is your first month on the job, so looking forward to working with you and looking forward to furthering the relationship between the United States and South Asia and stabilizing the region. So thank you.

Ms. ROS-LEHTINEN. Thank you so much, Dr. Bera.

The chairman would like to express his sorrow for not being here, Mr. Ambassador, but he is leading the charge on the House floor on four bills from our committee. And that is why he is not here, and that is why Mr. Engel is not here either.

We are pleased to be joined by Ambassador Richard Olson. Ambassador Olson is a Special Representative for Afghanistan and Pakistan. Immediately prior to this appointment, Ambassador Olson served as the U.S. Ambassador to Pakistan, but he has served in many capacities all over the world since joining the State Department in 1982. Ambassador Olson has been recognized several times for his service, including being awarded the Presidential Distinguished Service Award.

Thank you for being with us, Mr. Ambassador.

Without objection, the witness' full prepared statement will be made a part of the record, and members will have 5 calendar days to submit statements, questions, and extraneous materials for the record.

Ambassador Olson, please summarize your remarks.

### STATEMENT OF THE HONORABLE RICHARD OLSON, SPECIAL REPRESENTATIVE FOR AFGHANISTAN AND PAKISTAN, U.S. DEPARTMENT OF STATE

Mr. OLSON. Madam Chair, members of the committee, thank you for the opportunity to appear before you today to discuss the current state of the United States' bilateral relationship with Pakistan. I am honored to testify in front of you for the first time in my capacity as U.S. Special Representative for Afghanistan and Pakistan, after having served as your Ambassador in Pakistan and previously at our Embassy in Kabul. I am humbled and privileged to be in this new role at such a critical time for the U.S. relationship with both Pakistan and Afghanistan.

It is clear to me that despite many challenges, Pakistan will continue to be an important partner for the United States for the foreseeable future, particularly in light of our enduring presence in Afghanistan. While we do not always see eye to eye on every issue, our relationship with Pakistan is vital to the national security of the United States. Most importantly, we have the opportunity to continue working with Pakistan today on counterterrorism issues along with strategic stability, economic growth, and democratic governance to help shape a future in which Pakistan is more stable, increasingly prosperous, and plays a constructive role in the region.

Pakistan is a complex place, and it is important not to overlook the significant progress made in the last few years. In 2013, Pakistan completed its first democratic transition from one elected civilian government to another. During the past 2 years, we can point

5

to progress, however imperfect, made across the economic and security sectors. Prime Minister Nawaz Sharif and his team have restored macroeconomic stability to Pakistan and improved economic growth. While structural changes are still needed to set Pakistan's economy on a path to accelerated growth, the reforms to date are a considerable accomplishment.

There has also been substantial changes on the security front. Beginning in June 2014, Pakistan initiated large-scale counterterrorism operations in the Federally Administered Tribal Areas. The subsequent Peshawar Army School attack of exactly 1 year ago today was cited by terrorists as retribution for Pakistan's operations. It galvanized public opinion in Pakistan and prompted Pakistan to increase its counterterrorism efforts, not just in tribal areas. Through these operations, Pakistan has rooted out many terrorist safe havens and recovered more than 160 tons of improvised explosive device precursors.

In addition to taking action on internal threats, Pakistan's CT cooperation with the United States on al-Qaeda has been critical in decimating the organization. However, while Pakistan has made significant sacrifices in its fight against terrorism, we believe it can also take more steps to put pressure on all terrorist groups in Pakistan that threaten regional stability.

Pakistan is becoming a more constructive actor in the region. Last July, Pakistan facilitated a direct meeting between Afghan Government and Taliban officials in Murree, Pakistan, a milestone in our ongoing efforts to pursue a political settlement in Afghanistan. Last week Pakistan hosted the Regional Heart of Asia conference, attended by President Ghani, which yielded productive discussions about regional cooperation to advance the peace process and Afghanistan's long-term stability. In addition, India and Pakistan's commitment last week to restart a bilateral dialogue is particularly important.

In describing this progress, it is nonetheless clear that real challenges remain. While we see progress in decreasing the presence of certain terrorists in Pakistan, we continue to press Pakistan to target all militant groups that have safe haven in Pakistan, particularly the Taliban, including the Haqqani Network and Lashkar-e-Tayyiba. We have made it clear to the Pakistanis that these organizations threaten Pakistan, the region, and the panoply of our mutual national security interests, and they must be addressed rigorously.

We have also asked Pakistan to do all that it can to help recover U.S. citizens hostages held on Pakistani territory. We continue to press for greater cooperation between Afghanistan and Pakistan, both to stabilize the common border region and to build the constructive relationship necessary for regional stability. It is also critical that Pakistan improve relations with its other neighbor, India. Recent high-level talks between Indian and Pakistani officials and the announcement of the resumption of formal dialogue is welcome. We hope the dialogue will be used to reduce tensions and increase ties between the two nations.

Naturally, as Pakistan seeks to combat violent extremism and pursue counterinsurgency and counterterrorism objectives, we continue to encourage and support Pakistan to strengthen the rule of

6

law, civil liberties, respect for human rights, accountability, and freedom of speech, which we firmly believe are vital to lasting peace and security.

Our civilian assistance programs help make progress toward these economic governance ends and a developing democracy, and it is essential they are sustained at current levels.

With that, I would like to conclude my statement, Madam Chair, and I am available for your questions and comments.

[The prepared statement of Mr. Olson follows:]

7

**Testimony of Richard G. Olson**
**Special Representative for Afghanistan and Pakistan**
**Before the House Foreign Affairs Committee**
**Wednesday, December 16, 2015**

Chairman Royce, Ranking Member Engel, Members of the Committee, thank you for the opportunity to appear before you today to discuss the current state of the United States bilateral relationship with Pakistan.  My previous interactions with House members were in my capacity as Ambassador to Pakistan; today, I am honored to testify in front of you for the first time as the United States Special Representative for Afghanistan and Pakistan (SRAP).  I am humbled and privileged to be in this new role at such a critical time for the U.S. relationship with both Pakistan and Afghanistan.

I just returned from my first trip to the region as SRAP, where I attended the Heart of Asia Ministerial Conference with Deputy Secretary Tony Blinken.  It is clear to me that despite the many challenges, Pakistan will continue to be an important partner for the United States for the foreseeable future, particularly in light of our enduring presence in Afghanistan.  While we do not always see eye-to-eye on every issue, our relationship with Pakistan is vital

8

to the national security of the United States.  Most importantly, we have the opportunity to continue working with Pakistan today on counterterrorism issues, along with strategic stability, economic growth, and democratic governance, to help shape a future in which Pakistan is more stable, increasingly prosperous, and plays a constructive role in the region.  I strongly believe that working together to create this future is in the best interest of both our countries.

The U.S-Pakistan Bilateral Relationship Today

Since being sworn in as U.S. Ambassador to Pakistan in October 2012, our bilateral relationship has improved significantly. From a low point in 2011, we have worked hard to build a more stable and forthright relationship that increasingly focuses on shared strategic goals, shaped through the U.S-Pakistan Strategic Dialogue.

Pakistan is a complex place, and it is important not to overlook the significant progress made in the last few years.  In 2013, Pakistan completed its first democratic transition from one

2

9

elected civilian government to another. During the last two years, we can point to progress, however imperfect, made across the economic and security sectors. First, Prime Minister Nawaz Sharif and his administration have restored macroeconomic stability to Pakistan and improved economic growth. Indeed, Pakistan has continued to make progress implementing its IMF program. These improvements led Moody's to increase Pakistan's credit rating in May of this year. While structural changes are still needed to set Pakistan's economy on a path to accelerated growth, the reforms to date are a considerable accomplishment, and Pakistan presents commercial opportunities for many U.S. companies.

There have also been substantial changes on the security front. Today's hearing is a particularly apt time to review Pakistan's progress in these areas, as it falls on the one-year anniversary of the Peshawar Army School attack, a heinous terrorist attack that killed 141 people, primarily children, and helped shape Pakistan's counterterrorism policies over the last year. Beginning in June 2014, Pakistan initiated large-scale counterterrorism operations in the Federally Administered Tribal Areas (FATA); the subsequent Peshawar Army School attack, cited

3

10

by terrorists as retribution for Pakistan's operations, galvanized public opinion in Pakistan and prompted Pakistan to increase its counterterrorism efforts, even in settled areas. Pakistan has conducted Operations Khyber I, Khyber II, and Zarb-e-Azb in the FATA, the latter of which is ongoing and Pakistan plans to sustain through 2019. Through these operations, Pakistan has rooted out many terrorist safe havens and recovered more than 160 tons of improvised explosive device (IED) precursors. U.S.-origin equipment, including precision-guided munitions and night vision devices, has allowed Pakistan to successfully target militants at all times of the day and night while minimizing civilian casualties.

These operations and other steps have come at a cost – operations in the FATA caused massive destruction of civilian communities and have displaced over 700,000 individuals. However, we have also concurrently seen improvements to domestic security across the country. The Pakistani National Action Plan (NAP), announced by Prime Minister Sharif after the Peshawar attack and endorsed by all political parties in an effort to address violent extremism holistically, has led to some progress, including a significant improvement in the security of Karachi,

4

11

Pakistan's largest city; steps to reform the Madrassa system and root out sectarian violence; and a renewed focus on rooting out corruption.

In addition to taking action on internal threats, Pakistan's counterterrorism cooperation with the United States on al-Qa'ida has been critical in decimating the organization. However, while Pakistan has made significant sacrifices in its fight against terrorism, we believe it can also take more steps to put pressure on all terrorist groups in Pakistan that threaten regional stability.

More broadly, Pakistan has taken important steps to support regional stability. Last July, Pakistan facilitated a direct meeting between Afghan government and Taliban officials in Murree, Pakistan, a milestone in our ongoing efforts to pursue a political settlement in Afghanistan. Pakistan hosted the regional Heart of Asia conference last week, attended by President Ghani, which yielded productive discussions about regional cooperation to advance the peace process and Afghanistan's long-term stability. On the margins of the conference, Pakistani, Afghan, Chinese, and U.S. leaders affirmed their commitment to resuming direct talks

5

12

between the Afghan government and the Taliban. We believe
Pakistan will be key to facilitating a peace process with the Taliban,
and we hope Pakistan will follow through on its stated
commitment to Afghan-owned, Afghan-led reconciliation.

With generous support from Congress, U.S. assistance to
Pakistan has helped enable progress in many of these areas of
mutual interest, and it continues to help Pakistan make incremental
improvements.  Our security assistance has helped Pakistan
develop critical counterinsurgency and counterterrorism
capabilities that it has used to great effect in ongoing operations.
The Department of Defense Coalition Support Fund
reimbursements have also helped Pakistan sustain its operations.
Civilian assistance is already helping the Government of Pakistan
facilitate post-operation reconstruction and expand civilian
governance in the tribal areas, including the gradual return of
internally displaced persons (IDPs) to their homes in the FATA.
U.S. civilian assistance also helps Pakistan find and implement
long-term solutions to its major energy, economic, and
demographic challenges, including by helping Pakistan reform its
energy sector, adding sources of clean energy generation capacity

13

to Pakistan's overburdened power grid, building ties through education improvements, and fostering trade ties with the U.S. private sector. Importantly, our assistance also continues to strengthen democracy and tolerance across Pakistan.

A constructive development over the past year, today, the United States and Pakistan can discuss the most difficult challenges to our bilateral relationship with increasing candor. While we sometimes have differences of opinion, we are able to communicate frankly on the things that are most important to us and find opportunities to make incremental progress. My personal experience has shown me that sustained, consistent engagement with Pakistan – its government, its military, and its people – is the best way to address challenges and advance our core interests and to shape Pakistan's long-term future. Prime Minister Nawaz Sharif and Chief of Army Staff General Raheel Sharif's recent visits to the United States provided such opportunities to engage on critical issues at the most senior levels.

In describing this progress, it is nonetheless clear that real challenges remain. While we see progress in decreasing the

14

presence of certain terrorists in Pakistan, we continue to press
Pakistan to target all militant groups that have safe haven in
Pakistan, particularly the Taliban, including the Haqqani Network,
and Lashkar-e-Tayyiba.  We have made it clear to the Pakistanis
that these organizations threaten Pakistan, the region, and the
panoply of our mutual national security interests, and they must be
addressed rigorously.  We have also asked Pakistan to do all that it
can to help recover U.S. citizen hostages held in Pakistani territory.

Pakistan is well aware of the extremist and insurgent threats
to the security of its nuclear weapons and has a professional and
dedicated security force.  As with all nuclear-capable states, we
have urged Pakistan to restrain its nuclear weapons and missile
development and stressed the importance of avoiding any
developments that might invite increased risk to nuclear safety,
security, or strategic stability. We continue to press for greater
cooperation between Afghanistan and Pakistan, both to stabilize
the common border region and to build the constructive
relationship necessary for regional stability.  We will not be able to
eradicate militant groups until both sides of the border are
effectively secured.  President Ghani and Prime Minister Sharif
have shown impressive leadership, and while the cooperation

15

between Pakistan and Afghanistan on reconciliation is certainly an important first step, we continue to press for increased coordination on security issues between the two countries.

It is also critical that Pakistan improve relations with its other neighbor, India. We hope the recent high-level talks between Indian and Pakistani officials and the announcement of the resumption of formal dialogue will be used to reduce tensions and increase ties between the two nations. More broadly, the entire region stands to benefit substantially from increased economic integration.

Lastly, as Pakistan seeks to combat violent extremism and pursue counterinsurgency and counterterrorism objectives, we continue to encourage and support Pakistan to strengthen the rule of law, civil liberties, respect for human rights, accountability, and freedom of speech, which we firmly believe are vital to lasting peace and security. Our civilian assistance programs help make progress toward these economic and governance ends in a developing democracy, and it is essential they are sustained at current levels.

16

A Look Ahead

As we look toward 2016, there are a number of upcoming milestones that will mark Pakistani progress in some of these key areas and allow us to strengthen and deepen our bilateral relationship.  Pakistan's current IMF program will end in the summer of 2016, and Pakistan has begun important steps in privatization and other structural reforms. We plan to continue working with Pakistan to foster economic growth, particularly by strengthening private sector ties.  Prime Minister Sharif's visit reaffirmed additional areas for cooperation, including education, women's empowerment, clean energy development, and combatting climate change.

In addition, particularly in light of the public statements at the Heart of Asia dialogue, there is a significant opportunity for progress on Afghan reconciliation.  A second round of Pakistani-facilitated talks between the Taliban and Afghan Government could help to build momentum for a nascent peace process.

17

We expect the next Strategic Dialogue Ministerial to be scheduled in the early part of next year, which will allow us to continue frank and open conversations on all of these issues.

In my new role as SRAP, I look forward to working with Congress and this Committee, the exceptional team in the SRAP office, and our top-notch staffs in both Pakistan and Afghanistan. With that, I again thank you for your attention and look forward to your questions.

Exhibit 55

**U.S. Department of State**
**Office of Inspector General**

**Information of Record Form**

CASE NUMBER: ████████████                                    Date: March 5, 2014

████████████
████████████

On February 26, 2014, at approximately 11:00 am ████████████ ████████████ was advised of the identities was interviewed at ████████████ home in ████████████ █ ████████████ was advised of the identities of ████████████ and ████████████ as Special Agents of the Office of Investigations (INV), Office of Inspector General (OIG), U.S. Department of State (Department). ████████████ was advised she was being interviewed in connection with an official investigation related to ████████████ Specifically, ████████████ was informed she was being interviewed concerning gifts of jewelry she received from the Ruler of Dubai, United Arab Emirates. ████████████ consented to be interviewed and provided the following pertinent information:

At the time she received the gift, ████████ said she was residing at the home of her son-in-law, Richard Olson, who at the time was the Consul General to Dubai, United Arab Emirates (UAE). Her daughter, ████████████ was not in country at the time, but was assigned to a position at the Department in Washington, D.C. During ████████ absence, ████████ said she was responsible for caring for ████████ two children, who were approximately ████████ years old, respectively, at the time. ████████ recalled the time period surrounding these events was 2001 and 2002.

████████ stated a few days before she departed Dubai, she received a gift of jewelry from ████████ ████████████ the ruler of Dubai. ████████ noted that both ████████ and Olson had a good relationship with ████████ said the gift was brought to Olson's home by ████████ ████████ s "factotum" named ████████ and not to the airport as was alleged. However, ████████ later recalled during the interview that ████████ brought the gift to Olson's office at the U.S. Consulate, where Olson later brought the gift to her at his residence saying, " 'you will not believe what ████████████ has sent you.' " ████████ said the gifts were given to her because she had sacrificed a year of her time to care for ████████ daughters. ████████ said gift giving is "what they do" in the UAE and is normal.

████████ described the gift as a pendant, a set of earrings and a ring, and said each item contained diamonds that were set in white gold. ████████ said there were four diamonds total. She said the jewelry came in a blue velvet presentation box and contained a note from the ████████ ████████ stated she believed she still had the card, but would have to look for it at her house in ████████ ████████ said the quality of the diamonds was very good and said she had the jewelry items appraised on two occasions: One appraisal was performed in New Orleans and the other appraisal was performed by the Gemological Institute of America (GIA). Each appraisal valued the jewelry at $60,000. ████████ said she stores the jewelry in a safety deposit box at her bank.

████████ said she sold the pendant for $30,00 to a friend who is making payments to her. She has received $5,000 in payments so far for the pendant. ████████ said she gave the remaining items to ████████ to sell for her.

---

| **Sensitive But Unclassified** | **WARNING** |
|---|---|
| **Law Enforcement Sensitive** | *This document is the property of the OIG and is loaned to you for official purposes only. It and its contents are not to be distributed without permission of the AIGI.* |

March 5, 2014

C2013-041                                                                                  Corina Nolting IRF

She recalled either telling ██████████ would probably have a better chance to sell the jewelry, or that ██████ told her she could sell them for her in the middle east. Regardless, ██████ said she gave the remaining items to ████ to sell for her to get a better price because she believed local vendors were going to take advantage of an old lady and not give her a fair price. ██████ believed she gave the jewelry items to ████ this past December 2013 when ████ was visiting ████████ and that ████ took them with her to Kuwait to sell.

████ said her health is diminishing, is in transition, and has been living in ████████████████ for the past two months. ██████ stated whoever reported this allegation has an agenda and believed the complainant to be a woman, but said she did not want to speculate on the name for fear of being wrong. ██████ reiterated the jewelry was given to her, not to ████ ██████ said ████ has received gifts, but does not accept them unless they can stay at the embassy and has even turned down gifts. ██████ said ████ is very scrupulous, is "straight as an arrow" and reports every gift given to her. ██████ said she has not received any other high valued gifts from ████ from other foreign governments. SA ████ read to ████ an excerpt from the complaint document wherein it alleged, "The ruler of Dubai made them [jewelry] a gift to her mother to avoid a gift to her [████]". ██████ said this was not true and that ████ has turned down gifts.

Report Prepared By:                                    Report Approved By:

███████████████████                    ███████████████████          March 10, 2014
███████████████████                    ███████████████████
███████████████████                    ███████████████████

Special Agent                                          Assistant Special Agent in Charge

**Sensitive But Unclassified**                    **WARNING**

**Law Enforcement Sensitive**           *This document is the property of the OIG and is loaned to you for official purposes only. It and its contents are not to be distributed without permission of the AIGI.*

Exhibit 56

MAY 3 1 2012

██████████

Deputy Legal Adviser and Designated Agency Ethics Official
Office of the Legal Adviser
U.S. Department of State
Washington, DC 20520

Re:    Ethics Undertakings

Dear ██████

I am committed to the highest standards of ethical conduct for government officials. If
confirmed as Ambassador to the Islamic Republic of Pakistan, as required by 18 U.S.C. §208(a),
I will not participate personally and substantially in any particular matter that has a direct and
predictable effect on my financial interests or those of any person whose interests are imputed to
me, unless I first obtain a written waiver pursuant to §208(b)(1) or qualify for a regulatory
exemption, pursuant to §208(b)(2). I understand that the interests of the following persons are
imputed to me: any spouse or minor child of mine; any general partner of a partnership in which
I am a limited or general partner; any organization in which I serve as officer, director, trustee,
general partner or employee; and any person or organization with which I am negotiating or have
an arrangement concerning prospective employment.

I understand that a heightened prospect of a conflict of interest could exist as to
companies that maintain a presence in Pakistan, because they may be more likely than other
companies to seek official assistance from or make other contact with the Embassy. I will
remain alert to the possible need for recusal where appropriate.

I will recuse myself from participation on a case-by-case basis in any particular matter
involving specific parties in which I determine that a reasonable person with knowledge of the
relevant facts would question my impartiality in that matter, unless I am first authorized to
participate, pursuant to 5 C.F.R. Part 2635, Subpart E.

I have been advised that this ethics agreement will be posted publicly, consistent with 5
U.S.C. §552, on the website of the U.S. Office of Government Ethics with other ethics
agreements of Presidential nominees who file public financial disclosure reports.

Sincerely,

Richard G. Olson