**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

**RICHARD G. OLSON JR.'s MOTION**
**TO BIFURCATE SENTENCING PROCEEDINGS**

Comes now Amb. Richard Gustave Olson Jr. (Ret.), through counsel HANNON LAW GROUP, LLP, and CLARK HILL, PLC, and respectfully requests the Court to bifurcate the sentencing proceedings into two parts: an evidentiary hearing related to disputed elements of the PreSentence Investigation Report; and, the actual sentencing of Amb. Olson. In support of this request, counsel present the following:

1. On January 9, 2023, the Court extended the time for the Parties to file their Sentencing Memoranda to January 13, 2023. In the same Minute Order, the Court indicated it would schedule a new sentencing date after receipt of the Parties' Sentencing Memoranda. The Sentencing Memoranda were filed on January 13, 2023.

2. The Plea Agreement between the government and Amb. Olson contains a provision in which the Parties agree that the applicable sentencing guideline factors produce a guideline number of 8, before application of a -2 deduction for acceptance of responsibility. The PreSentence Investigation Report Writer, however, calculated a guideline score of 28.

3. In his Sentencing Memorandum, Amb. Olson argues, in part, that the PSR Report

Writer was improperly influenced by information provided to her by AUSA Daniel J. O'Brien from the U.S. Attorney's Office for the Central District of California. ECF No. 38; *see also*, "Ambassador Olson's Response to the Government's Motion to Continue Sentencing Memoranda Deadline," ECF No. 37.

4. Amb. Olson intends to present 3-5 witnesses to provide information to the Court in connection with the disputed elements of the PreSentence Investigation Report.

5. Counsel for the government have indicated they do not intend to call any witnesses.

6. The government's Sentencing Memorandum appears to support elements of the PSR Writer's conclusions, including hundreds of pages of email and other documents.

7. Amb. Olson requests the opportunity to file a reply to the government's Sentencing Memorandum. In addition, Amb. Olson intends to present argument, based on a recent decision from the Court of Appeals for the Ninth Circuit, that the government's presentation of disputed information to the PreSentence Report Writer and elements of the government's Sentencing Memorandum violate the Plea Agreement. *United States v. Farias-Contreras*, No. 21-30055 (9th Cir., Feb. 16, 2023).

8. Amb. Olson suggests that separating the hearing from the actual sentencing will afford the Parties and the Court the necessary time to resolve disputed elements related to sentencing and to determine the appropriate sentencing guideline score in this case.

WHEREFORE, Amb. Olson requests that the Court set dates for the following: a reply from Amb. Olson to the government's Sentencing Memorandum; a hearing date for evidence and argument regarding disputed elements in the PreSentence Investigation Report; and, a final date for sentencing.

Dated: February 19, 2023        Respectfully submitted,

HANNON LAW GROUP, LLP

*s/J. Michael Hannon*
J. Michael Hannon, #352526
1800 M Street, N.W., Suite 850 S
Washington, DC 20036
Tel: (202) 232-1907
Fax: (202) 232-3704
jhannon@hannonlawgroup.com

CLARK HILL, PLC

s/Russell D. Duncan
Russell D. Duncan
1001 Pennsylvania Ave. Suite 1300 South
Washington, DC 20004
(202) 640-6637
rduncan@clarkhill.com

*Attorneys for Defendant Richard Gustave Olson, Jr.*