Exhibit 57

| | |
|---|---|
| **From:** | OBrien, Daniel J. (USACAC) |
| **To:** | ███ |
| **Cc:** | Allen, Stuart (USADC); Turgeon, Evan (NSD); ███████████████ |
| **Subject:** | RE: OLSON 22CR144 |
| **Date:** | Tuesday, August 9, 2022 5:50:14 PM |

Hi, ███ .

Speaking for myself, it never crossed my mind that Count 2 (aiding and advising a foreign government) would implicate the bribery guideline.  I did believe that Olson's actions in 2015 with respect to the college tuition for the mistress would implicate the bribery and/or gratuity guidelines, but those actions are covered by the non-prosecution provisions of the plea agreement and should only be considered in assessing the various 3553 factors for sentencing.

Does that make sense?

Best,

--Dan


**From:** ████████████████████████
**Sent:** Tuesday, August 9, 2022 2:07 PM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
**Cc:** Allen, Stuart (USADC) <SALLEN2@usa.doj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; █████████████████████████████
███████████████
**Subject:** RE: OLSON 22CR144

Hi there,
Is there a reason why the Government did not consider a cross reference to bribery for Count 2?

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Sent:** Monday, August 8, 2022 11:46 AM
**To:** ██████████████████████████████
**Cc:** Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>; Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>; ████████████████████████████
███████████████
**Subject:** RE: OLSON 22CR144

<mark>CAUTION - EXTERNAL:</mark>

Hi, ███ .  Just now reading your emails.

The false OGE statement in May 2016 (for the 2015 calendar year) failed to report Olson's receipt of airfare in January 2015.  The false statement in November 2016 (for Olson's closing out matters at his retirement) failed to report the limousine ride in February 2016.

I don't see why you can't name in the PSR (which is under seal) the name of either ███ (the principal of ██████████ ) or ███ (the principal of ███ ).

On another matter, I have yet to get you the investigatory report of the prior incident related to Olson's receipt of diamonds.  I had asked the FBI to obtain clearance for the release of the report to you.  I'm copying the agent to make sure the task hasn't fallen through the cracks.

---

**From:** ████████████████████████
**Sent:** Monday, August 8, 2022 5:56 AM
**To:** OBrien, Daniel J. (USACAC) <DOBrien@usa.doj.gov>
**Subject:** RE: OLSON 22CR144

Morning,
You can disregard the below—I think I was delirious as I was working on this yesterday
I think I've figured out the answer to my question 2.

I do need to know: Can I name ███ 's business associate in the PSR—the one who operated ███ ?

---

**From:** █████████
**Sent:** Sunday, August 7, 2022 10:37 AM
**To:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>
**Subject:** RE: OLSON 22CR144

Hi there,
I'm working on Olson's PSR and have a couple questions:

1. I now know "Person 1" in the Information is ███ —can I name ███ in the psr?
2. I'm trying to figure out how the gratuities are linked to Count Two. The gratuities were around 2015, and Count Two conduct started February 2017 from what I understand. Maybe I've looked over it, but is there any concrete evidence that Olson committed the conduct in Count Two because of the gratuities that were paid a couple years prior?

Thank you!

---

**From:** OBrien, Daniel J. (USACAC) <Daniel.Obrien@usdoj.gov>

**Sent:** Thursday, June 16, 2022 7:02 PM
**To:** ████████████████████████
**Cc:** Allen, Stuart (USADC) <Stuart.Allen@usdoj.gov>; Turgeon, Evan (NSD)
<Evan.Turgeon@usdoj.gov>
**Subject:** RE: OLSON 22CR144

**CAUTION - EXTERNAL:**

Here is the write up about the scope of defendant's false statements which include false
statements to the FBI.

---

**From:** Turgeon, Evan (NSD) <Evan.Turgeon@usdoj.gov>
**Sent:** Wednesday, June 15, 2022 2:21 PM
**To:** ████████████████████████
**Cc:** Allen, Stuart (USADC) <SALLEN2@usa.doj.gov>; OBrien, Daniel J. (USACAC)
<DOBrien@usa.doj.gov>
**Subject:** Re: OLSON 22CR144

Adding AUSA Dan O'Brien from CDCA.

> On Jun 15, 2022, at 5:10 PM, ████████████████████████ wrote:

Good afternoon,
I've been assigned this PSR and I have the following questions:

1. Can you send the Statement of Offense in Word version, if possible?
2. Has the defendant obstructed the investigation?
3. Any aggravating or mitigating circumstances to consider?
4. Do you know if any investigation of this defendant by other jurisdictions?
5. Is the plea agreement from the CD/CA the current agreement (ECF doc. 1)?
6. I didn't see in that plea agreement an enhancement under 2B1.1(b)(1) for the
   value of the airfare/lodging ($19k). Was there a reason this was not included?
7. Can all the "Persons" in the Information be named?
8. Is this an ongoing investigation?
9. Is there restitution in this case?

Please advise fi there is anything else I should be aware of as I work on this PSR. Thank
you!

████████

US Probation Officer
333 Constitution Avenue NW
Washington, DC 20001
Phone: ███████████
Cell: ██████████
Fax: █████████

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exhibit 58

**From:** ████████████████ @hannonlawgroup.com>
**Sent:** Friday, October 9, 2020 10:38 AM
**To:** ████████████████
**Cc:** J. Michael Hannon; ████████████████ OBrien, Daniel J. (USACAC); Turgeon, Evan (NSD) (JMD)
**Subject:** [EXTERNAL EMAIL] -  Subpoena Compliance

Good Afternoon, ███████,

I am able to provide you with links for you to download the documents requested pursuant to the subpoenas. The links are below. In an effort to ensure that we have fully complied with the subpoena, there will likely be duplicates in the production. If I were to delete documents from the production, I risk deleting the document all together.

If there are any issues, please let me know.

https://www.ediscoveryplatform.com/Download.aspx?SharedId=11956c0b-ec51-470b-bb9a-30ca55080307

https://www.ediscoveryplatform.com/Download.aspx?SharedId=c9266408-1963-4276-bbbe-b24e61f180bd

https://www.ediscoveryplatform.com/Download.aspx?SharedId=ef1718cf-b702-440c-9654-bebf6b0c6437

https://www.ediscoveryplatform.com/Download.aspx?SharedId=d91675d6-22ce-4912-8a10-9ae0e6add909

https://www.ediscoveryplatform.com/Download.aspx?SharedId=f28d9b54-ebf3-475f-b9cf-ccf52c44af27

https://www.ediscoveryplatform.com/Download.aspx?SharedId=b30f723f-dde5-45b9-8ce3-c58cb71feecb

https://www.ediscoveryplatform.com/Download.aspx?SharedId=cae3a3df-be63-4bdf-b2be-553067aa0e79

Best,



████████████████
Associate
HANNON LAW GROUP, LLP
333 8th Street, N.E.
Washington, DC 20002
████████████████, Direct
████████████████, Facsimile
*Admitted in Maryland only; Under Supervision of  J. Michael Hannon*

*The information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is **PRIVILEGED AND CONFIDENTIAL**. If the reader of this message is not the intended recipient, you are hereby notified that you have received this message in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.*

Exhibit 59

[6/8/17, 00:13:34] ███████████ : This is in NYT

NYTimes: President Trump Picks Sides, Not Diplomacy, in the Gulf
https://www.nytimes.com/2017/06/07/opinion/trump-qatar-saudi-arabia-iran.html?smprod=nytcore-iphone&smid=nytcore-iphone-share
[6/8/17, 06:01:09] Rick Olson: ████ is tied up until 5:45 this evening but is happy to talk on phone. And ready to go to Doha tomorrow. But needs to have a chat about numbers. Please see your email.
[6/8/17, 07:08:18] ███████████ : Trump faces growing Senate resistance on Saudi arms deal - POLITICO
https://apple.news/A6_fyvn-4RxC7Gb8BN2hJnQ
[6/8/17, 11:50:06] Rick Olson: Please see email from ████, he can talk at 3
[6/8/17, 11:52:38] ███████████ : We can have quick conference call at 4pm? By that time I will be at Dulles airport
[6/8/17, 11:53:02] ███████████ : I will be in car at 3pm so reception will be bad
[6/8/17, 13:50:17] Rick Olson: ████ confirmed 1600
[6/8/17, 13:55:06] ██████████ : Okay
[6/8/17, 13:55:09] ██████████ : I will call you
[6/8/17, 14:24:04] Rick Olson: Ok
Please try to read ████ 's email to you before the call
[6/8/17, 16:36:18] Rick Olson: █████████████████████
[6/8/17, 16:55:35] Rick Olson: You nearby?
[6/8/17, 16:55:41] ██████████ : I am 10 minutes away
[6/8/17, 16:55:44] ██████████ : Traffic
[6/8/17, 16:56:12] ██████████ : If we can do this we will own half of Qatar
[6/8/17, 16:56:13] Rick Olson: This time of day it's like LA
[6/8/17, 16:56:22] ██████████ : Indeed
[6/8/17, 17:01:56] ██████████ : Outside
[6/9/17, 07:27:58] Rick Olson: Are we ticketed? What time is pickup?
[6/9/17, 08:57:35] Rick Olson: Sorry, found tickets on email

Exhibit 60

**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Friday, June 09, 2017 12:29 AM
**To:** ▮▮▮▮
**Subject:** Re: Doha

Call me tomorrow.

Sent from my iPhone

On Jun 9, 2017, at 12:22 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

> **From:** ▮▮▮▮
> **Sent:** Thursday, June 8, 2017 8:46 AM
> **To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;
> Rick Olson ▮▮▮▮▮▮▮▮
> **Subject:** Re: Doha
>
> ▮▮▮▮ ... Rick kindly communicated with me some of your thoughts this morning.  I'm crushed with my schedule today, but could talk on the phone at 3:00.
>
> I'm prepared to get on a plane tomorrow to travel to and from Doha over the weekend to have discussions with relevant parties there.  It is not possible for me to turn a proposal before I get on a plane on FRI, as I have contractual/legal obligations with several companies, as well as ▮▮▮▮, to submit any employment arrangements, beyond my current relationships with them, for their legal review.  I have no reason to believe they wouldn't ultimately concur with our arrangement, but it's not possible to do this before tomorrow.  What we can do is call and treat my visit to Doha over the weekend as "a speaking engagement", which I done before, for which I'd be compensated at my standard rate.  Then we can work out the fuller arrangements of a longer term relationship over the weekend as I transition back and forth.  I'd then take that proposal to my own attorney and the other companies.
>
> That said, I'm ready to travel tomorrow, the 9th, to Doha and return on MON, the 12th to the US.
>
> Please let me know with whom I should work on travel arrangements.
>
> All the best ...
>
> ▮▮▮
>
> On Wed, Jun 7, 2017 at 9:24 PM, ▮▮▮▮ wrote:
>
>> ▮▮▮▮ ... It was a great pleasure meeting you this afternoon.  I enjoyed our conversation a great deal.  I want to help if I can, and if there's an intent that I help the Emir and Qatar, we'll need to define that relationship.  I'm prepared to have another conversation ... if you're willing.
>>
>> In the short term, if we're seriously considering my going to Doha, I can leave FRI, but need to be back MON.  That would give me SAT afternoon and evening and all day SUN

on the ground in Doha.  Please let me know if there's desire for me to do this.  If so, I'd be deeply grateful if someone could assist me in procuring the airline tickets and setting up the logistics for the trip.

We can discuss all else tomorrow if you're willing.  I could meet you 5:45 pm.

I wish you a good night, Sir.

Very warmly ...

█████

Exhibit 61

**From:** ███████████████████████████
**Sent:** Friday, June 9, 2017 8:02 PM
**To:** ██████████████
**Subject:** Re: WhatsApp

Great to see you!  Thank you for your time, today.

Best to ██ ...

██

Sent from my iPhone

On Jun 9, 2017, at 10:57, ████████████████████████ wrote:

> Rgr
>
>> On Jun 9, 2017 10:37 AM, "█████████████████████ > wrote:
>> Good.  See you there.  1500.
>>
>>> On Fri, Jun 9, 2017 at 8:53 AM, ███████████████████ > wrote:
>>> Pentagon city Ritz this afternoon? Will buy you a cup of tea. 1500?
>>>
>>>> On Jun 9, 2017 6:15 AM, ██████████████████████ > wrote:
>>>> ██ ... Thank you very much.  I'd like to meet if possible.
>>>>
>>>> Long and the short of it is, ████ the Qataris have asked me to come out to Doha to discuss their crisis.  I'd like to meet with you to discuss this if possible as I don't want to step on anything ██ is doing ... though I seriously doubt my conversations will have a defense flavor.
>>>>
>>>> Apart from this crisis, but as a direct result of their sense they were caught completely flat-footed in their capacity to react, the Qs are very interested in securing some longer term access to folks they know who can provide advice to them.  I've made it clear them I have a lot of things going on that require I carefully coordinate any relationship with them, but I am going out this weekend, under the auspices of a speaker's fee.  Returning from that trip I'll have a better feel for a way ahead on a relationship.
>>>>
>>>> So ... BL ... getting your take on the crisis would be helpful to me.  I only want to be helpful, and also want to do no harm.  And second, your sense on how ████ created and maintained his relationship with ████ would be helpful.
>>>>
>>>> If we meet, I'd love for it be in P-gon City or Old Town.

Many thanks ...

███

On Thu, Jun 8, 2017 at 10:04 PM, ████████████████████ > wrote:

Better in person. U in DC? Can get together tomorrow or Sat

On Jun 8, 2017 9:58 PM, ████████████████████ > wrote:
Thank you ███ . I think I'm being offered a consulting contract akin to the one ███ had with ███ and wanted your advice on how it was structured.

Because it's essentially a business issue, I just want to conduct the conversation over WhatsApp.

All the best ...

███

Sent from my iPhone

On Jun 8, 2017, at 20:33, ████████████████████ > wrote:

I am not but will look in to!

On Jun 8, 2017 4:32 PM, "████████████████████ > wrote:
███ ... are you up on any of these circuits?  WhataApp, Signal, Viber or Proton Mail?

So you have it, my phone is ████████████

All the best ...

███

Exhibit 62

[6/9/17, 19:09:03] Rick Olson: Should I just get an Uber?
[6/9/17, 19:10:48] Rick Olson: Car just arrived
[6/9/17, 20:31:17] ███████████: I am on the plane. Come on board
[6/10/17, 12:14:39] ███████████: You guys left? I am in the lobby
[6/10/17, 12:14:46] ███████████: Let me know your plan?
[6/10/17, 15:58:58] ███████████: Missed voice call
[6/10/17, 16:39:11] ███████████: Needless to say I am pissed. So they are hold me hostage to meet 1-on-1 with them to try to make it up to me. It will not work
[6/10/17, 16:39:57] ███████████: Fuck the Emir. I have never been treated like this
[6/10/17, 16:46:58] ███████████: I am pisses at you and the General as well
[6/10/17, 16:48:20] ███████████: You guys should have stepped in and said no you should stay. After all I got you and him into this? I guess you guys need to learn some loyalty
[6/10/17, 16:49:58] ███████████: Now they want me to meet the fucking Emir alone
[6/10/17, 16:50:04] ███████████: I said I don't want to
[6/10/17, 16:50:32] ███████████: Wait till I turn people against them who really count
[6/10/17, 16:50:41] ███████████: Not you and ████
[6/10/17, 16:50:42] Rick Olson: I'm sorry you feel this way. I told ██████ you were the one who organized all of this
[6/10/17, 16:51:24] ███████████: Fuck Qatar. I spoke to ██████ and he said he can send a plane for me to be picked up
[6/10/17, 16:51:30] ███████████: I am fucking pissed
[6/10/17, 16:51:39] Rick Olson: And he acknowledged it
[6/10/17, 16:51:55] ███████████: I don't give a shit what you said
[6/10/17, 16:54:45] Rick Olson: ██████: we do not control the Qataris
[6/10/17, 16:54:58] ███████████: Pleas call them and tell them to let me leave. They want to have 1-on-1 and I don't want to meet them
[6/10/17, 16:55:40] ███████████: Yes you don't control them but you air ████ could have said why don't you stay? Qatari FM said this was not the Qatari side
[6/10/17, 16:57:29] ███████████: He said this was request from you guys?
[6/10/17, 16:57:58] Rick Olson: Absolutely not, that is not true
[6/10/17, 16:58:34] ███████████: Once I get to the bottom of this I will go after whoever it was
[6/10/17, 16:59:19] ███████████: Can you please tell them to let me go back to the hotel
[6/10/17, 16:59:45] Rick Olson: I have had no separate contacts with Qataris except through █████
[6/10/17, 17:00:16] ███████████: It was probably ██████. He is an idiot if he did this because he will pay for it
[6/10/17, 17:00:36] Rick Olson: The only number I have is ██████'s
[6/10/17, 17:03:07] ███████████: Even so you guys could have said could he satay since he put this together?
[6/10/17, 17:03:22] ███████████: I am waiting for their fucking King
[6/10/17, 17:03:40] ███████████: I don't want to meet him I told the FM this but he insist
[6/10/17, 17:04:10] ███████████: stay not satay
[6/10/17, 21:38:13] ███████████: https://www.google.com/amp/globalnews.ca/news/3517792/qatar-attorney-general-john-ashcroft-terrorist-financing/amp/
[6/10/17, 21:54:24] ███████████: Does ██████ know his place or his position? He is not that important so he should not play the part that he is important
[6/10/17, 21:58:07] ███████████: I think you need to make it clear to him he is here because of you and I. He needs to understand this clearly

[6/10/17, 22:00:53] ████████ : He is being played by ████ and I will take care of ████ in my own way separately

[6/11/17, 00:04:09] Rick Olson: I briefed ████ , he understands and fully appreciates that you pulled this all together

[6/11/17, 00:25:10] ████████ : He is on the same page with you? Will you be able to make sure of this going forward? I need your guarantee. To me loyalty is more important than money and of course our country before anything else

I will see all these ministers today

[6/11/17, 00:25:35] Rick Olson: Yes

[6/11/17, 00:25:47] ████ : Okay done. Let's move forward

[6/11/17, 00:26:06] ████ I will push hard for ████████ and you

[6/11/17, 00:28:28] ████ : We need to make sure USA is front and center in the world and is the only Superpower (good vs evil) in the world and we bring business = jobs back to USA

[6/11/17, 00:38:38] ████ people called me to help them. I told them I will not help based on what happened yesterday. They need to find other people to help. Playing hard to get

[6/11/17, 05:53:26] ████ : With ████ both dates 8th and 14th are okay in London. Let me know

[6/11/17, 06:01:00] ████ : By the way I didn't understand:

"I briefed ████ , he understands and fully appreciates that you pulled this all together

What does he appreciates?
I don't want him to appreciate anything
I just want him to be loyal and not let what happened yesterday happen again. He needs to be a team player
I need your commitment that it will not happen again otherwise I will make sure this doesn't move forward
What happened yesterday was humiliating and bullshit which I can't let it go easily

[6/11/17, 06:01:06] ████ : We can talk when you land

[6/11/17, 06:53:44] ████ : NYTimes: China's New Bridges: Rising High, but Buried in Debt https://www.nytimes.com/2017/06/10/world/asia/china-bridges-infrastructure.html?smprod=nytcore-iphone&smid=nytcore-iphone-share

[6/11/17, 13:36:27] ████ : Yesterday was something I can't forget so I think it is best that this idiot General stands down if he doesn't then he will make enemies out of people
Since you brought him in you ought to convey this to him or if you can't then let me know and I will

[6/11/17, 13:45:21] ████ : I am fucking serious you need to make get this fucking stupid General to stand down or I will make it ugly

[6/11/17, 13:45:57] ████ : I am fucking done with this bullshit the idiot think he got himself into this? He is a fucking loser

[6/11/17, 13:46:20] ████ : I need this done as soon as you land

[6/11/17, 14:15:26] ████ : Even ████ agrees that if I want him gone then it is the right thing to do

[6/11/17, 14:18:03] ████ : I told the ministers I want this general out

[6/11/17, 14:18:16] ████ : They said whatever I want is okay

[6/11/17, 15:11:32] ████ : NYTimes: Trump May Not Visit U.K. This Year as Planned https://www.nytimes.com/2017/06/11/us/politics/trump-uk-visit.html?smprod=nytcore-iphone&smid=nytcore-iphone-share

[6/11/17, 16:20:46] ████████ :

Exhibit 63

**To:**  Richard.Olson@ ███████████████████████████
**From:**  ██████████
**Sent:**  Thur 6/14/2017 10:38:07 PM
**Importance:**  Normal
**Subject:**  FW: Thank you ...
**MAIL_RECEIVED:**  Thur 6/14/2017 10:38:42 PM

Fyi only

**From:** ████████████████████████████
**Sent:** Tuesday, June 13, 2017 10:56 AM
**To:** █████████████████████████
**Subject:** Re: Thank you ...

I look forward to the conversation about the future, ██████ .  I think there's a lot of opportunity.

All the best ...

██████

All the best ...

Sent from my iPhone

On Jun 13, 2017, at 10:59, ████████████████████████████ > wrote:

Good. Thanks. Lets move forward with this and other projects we talked about i.e. investments

██████

**From:** ██████████████████████████
**Sent:** Tuesday, June 13, 2017 8:27 AM
**To:** ████████████████████████

**Subject:** Re: Thank you ...

I'd like to think we're friends ▮▮▮ and will "stick-up with and for you" with a vengeance henceforth.  Never doubt that.

No one wants American leadership from the front more than I.  I've buried too many of my precious troops to conceive of anything else.

I hope our paths cross again.

▮▮▮

Sent from my iPad

On Jun 13, 2017, at 10:45 AM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

Thanks for the note

I think you were played by one of the Qataris. Anyway it is over, he is fortunately or unfortunately my friend so it is time to move on

That night and the next day the Qatari ministers tried to bend over backwards to make it up with 1-on-1 meetings apologizing

I was little disappointed in you and Rick for not standing up to say he is the one who got us here and you are asking him to leave?

Saudi FM ▮▮▮ is in Washington he called yesterday to meet up. I will see him today

However please rest assured nothing of the trip or anything to do with Qatar will be

mentioned to him nor anyone else


I just want America to lead from front and center not from behind. If we don't lead the world then China, Russia, India, Germany and other countries will fill in the vacuum


Hope to see you soon


█████


**From:** ██████████████████████████████
**Sent:** Monday, June 12, 2017 5:20 AM
**To:** ███████████████████████████
**Subject:** Thank you ...


███████ ... thank you again for facilitating what I think were very important talks with the Qataris.  They couldn't have taken place without your leadership.


I deeply regret your treatment on SAT night.  It was not right.


I hope the remainder of your travels were uneventful.


With great respect for what you're doing for our great country every day!


█████████

Exhibit 64



→ , Enic Batc

— Bridell ) on —

— seeking 45 minutes for

SPLENDOURS OF

MESOPOTAMIA

Exhibit 65

**From:**
**To:**
**CC:**                    Richard.Olson@
**Sent:**          6/17/2017 12:39:35 AM
**Subject:**       Re: NSA

The difference is the embassy request has to work its way up, our request
will come down from above. Lets hope we make it one way or the other.

Sent from my iPhone

> On Jun 16, 2017, at 19:12,                                    wrote:
>
> Thank you for the update
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 7:07 PM,
wrote:
>>
>> Gentlemen ... I have asked the National Security Advisor to see the FM
and Sheikh          next WED/THU. I will advise immediately when I learn
anything.
>>
>> All the best ...
>>
>>
>>
>> Sent from my iPhone

**From:**
**To:**
**CC:**                    Richard.Olson@
**Sent:**        6/18/2017 10:44:23 AM
**Subject:**     Re: NSA

We should shift this conversation to WhatsApp.

I'll let Rick speak for himself regarding his legal restrictions in dealing with the USG. And if we want to kill this meeting in the West Wing before it's even scheduled, it will never happen if I am an attendee. If it happens, I can get a read out from the National Security Advisor and we can meet with the Qataris after.

On Sun, Jun 18, 2017 at 12:40 AM,                                          wrote:
I agree with

Sent from my iPhone

> On Jun 17, 2017, at 8:26 PM,                                          wrote:
>
> Thank you. I suggest either you or Rick ought to attend with Qataris. If we
> are doing the work then we should be involved
>
>
> -----Original Message-----
> From
> Sent: Friday, June 16, 2017 4:07 PM
> To:
>
> Cc: Richard.Olson@
> Subject: NSA
>
> Gentlemen ... I have asked the National Security Advisor to see the FM and
> Sheikh          next WED/THU. I will advise immediately when I learn
> anything.
>
> All the best ...
>
>
>
> Sent from my iPhone
>
>

Exhibit 66

**From:**
**To:**
**CC:**        Richard.Olson@
**Sent:**       6/18/2017 3:26:07 AM
**Subject:**    RE: NSA

Thank you. I suggest either you or Rick ought to attend with Qataris. If we are doing the work then we should be involved

-----Original Message-----
From:
Sent: Friday, June 16, 2017 4:07 PM
To:
<
Cc: Richard.Olson@
Subject: NSA

Gentlemen ... I have asked the National Security Advisor to see the FM and Sheikh          next WED/THU. I will advise immediately when I learn anything.

All the best ...

Sent from my iPhone

Exhibit 67

Message

| | |
|---|---|
| **From:** | ███████████████ |
| **Sent:** | 6/26/2017 3:53:27 PM |
| **To:** | ████████████████████████████████ |
| | Richard.Olson@███████████████ |
| **Subject:** | RE: WH |

Got it

-----Original Message-----
From: ███████████████████████
Sent: Monday, June 26, 2017 5:53 AM
To: ██████████████████ Richard.Olson@███████████ Rick Olson
████████████
Subject: WH

███ and Rick ... I received a very respectful note back from the national security advisor, who told me that the ██████████████████████ should be the one to see the Qataris, and that he declines to see them while they're in Washington. I wish this was better news.  As ████████ said. the intent is for the administration to speak with one voice. That's why ████████ has lead.

███

Sent from my iPhone

Exhibit 68



United States Department of State

*Washington, D.C. 20520*

September 16, 2016



*Via email*

Re: Appropriate Disposition of Gift

Dear █████████,

This letter is in response to the referral from HR Deputy Assistant Secretary ████ ████████ seeking ethics guidance with regard to the appropriate handling of the gift of jewels which your mother, ████████████, accepted from Sheikh ████████████, while your husband was serving as Consul General in Dubai in 2003.  The Sheikh was the ████████ of Dubai at the time.  He currently is the ████████████████████████████████████ ██████████████████████  The Office of Ethics and Financial Disclosure (L/EFD) in the Office of the Legal Adviser has reviewed this issue and is providing this guidance based upon our understanding of the facts and the applicable ethics standards.

L/EFD has reviewed the Report of Investigation (ROI) from the Office of the Inspector General, your and Mr. Olson's replies to the proposed discipline, the record developed before HR/ER/CSD, and DAS ████████'s letter of May 18, 2016.  It appears the investigation addressed whether you and Mr. Olson failed to properly report the gift as required by the Foreign Gifts and Decoration Act (FGDA) and implementing regulations.   You and Mr. Olson responded that ████ █████ was not your dependent for tax purposes and that accordingly, the reporting obligations of the FGDA did not apply to you.  Ultimately, DAS ████████ decided to take no disciplinary action, and instead referred this issue to

L/EFD for guidance.   We understand that the incidents occurred over ten years ago, that the inspection was based on faded memories, and that certain key evidence such as the gift card accompanying the jewels seems to have gone missing.  Nevertheless, we have conducted our review of the record as we have it and offer the following guidance.

Ethics regulations prohibit U.S. Executive Branch employees from directly or indirectly accepting a gift that is either from a prohibited source, or given because of the employee's position.  5 C.F.R.  § 2635.202.  There are exceptions to this prohibition – for instance, an employee may accept a gift if permitted under the FGDA.  5 .C.F.R. § 2635.204(l)(2).  Where no exception applies however, the gift must be refused, returned, paid for, or otherwise disposed of appropriately. This is the case even if a gift would not fall within the prohibition of another law, such as the FGDA. The circumstances here are unusual, but as explained below, under the applicable ethics rules we would view this as a gift that was "indirectly" accepted by you and Mr. Olson.

A gift is considered to have been accepted "indirectly" by a government employee if it is given "with the employee's knowledge and acquiescence to his parent, sibling, spouse, child or dependent relative because of that person's relationship to the employee."  5 C.F.R. § 2635.203.  In this case, it seems clear the gift was based on ███████ 's relationship to you and your husband.  You have indicated that the Sheikh gave the gift to your mother "in appreciation for the year (she) spent watching your daughters, and as a sign of respect to your mother." (███████ interview of ███ dated March 14, 2014). ███████ was residing with your husband at the time, and the gift was delivered to the Consulate.  While you were not at Post at the time, you were serving as a Director in NEA with responsibilities for the UAE and had had a long history with the country, including having served as DCM.  Further, the Sheikh had earlier offered you a gift of prayer beads which you valued at below "minimal value" and therefore accepted.  (███ email to ███ ███████ dated February 27, 2014). In fact, when asked why the Sheikh gave the jewels to your mother, you apparently replied in part, that "these guys know our [gift] regulations" (ROI, Tab 4, Information of Record).  Further, there is no indication that ███████ had any outside personal or business relationship with the Sheikh that would have explained the gift other than the fact of her relationship to you and Mr. Olson.

2

With respect to your knowledge and acquiescence of the gift, ▮▮▮▮▮ reported that the gift was delivered to the Consulate, and that your husband brought the gift to her saying, "you will not believe what Sheikh ▮▮▮▮▮ has sent you." (▮▮▮ Interview of ▮▮▮ dated February 26, 2014). You recalled hearing that the Sheikh had delivered a wrapped gift to your husband's office, and that he had passed the gift to ▮▮▮▮▮ (▮ email to ▮▮▮ dated February 27, 2014). There appeared to have been a conversation about the gift between you and Mr. Olson, although it is not clear when that occurred. We understand you were not at Post at the time and did not immediately know about the gift. We do know that you had knowledge of the gift shortly after its delivery, and apparently even suggested to your mother that the jewels should be returned. (▮ email to ▮▮▮ dated March 4, 2014). However, you took no other action to return the jewels or deposit them with the Department even though you had possession of the jewels several times. (▮▮▮ email to ▮▮▮ dated August 14, 2013). Your spouse does not recall being directly involved, but does recall that a gift was delivered to the Consulate and then passed on to ▮▮▮▮▮ (Olson email to ▮▮▮ dated April 7, 2014). It seems clear that at a minimum, you and your spouse were aware that your mother had received a gift, that the gift was delivered to the Consulate your spouse led and then to your spouse's personal residence, that you became aware at some point of the exact nature of the gift (and could have asked questions about the gift at any time), and that there were opportunities to seek guidance and to return the gift or otherwise handle it in an appropriate fashion. At no point did you seek guidance with respect to the appropriate course of action, even though this was a very significant gift from the Sheikh to your mother. Given the above, we believe the best interpretation of the facts is that the gift given to your mother was a gift given with your spouse's and your knowledge and acquiescence, as those terms are used in 5 C.F.R. § 2635.203(f).

With respect to the proper disposition of indirect gifts, the regulations provide the following options: return the gift to the donor, pay the donor the fair market value of the gift, or if the gift is from a foreign government, deposit the gift with the Department in accordance with the FGDA. *See* 5 C.F.R. § 2635.205(a), 5 U.S.C. § 7342(c)(2). In this case, many years have passed, and the record does not provide perfect detail about the current custody and control of the jewels. We therefore provide the following general guidance on disposition of gifts. Returning a

3

personal gift that cannot be accepted is usually the preferred course of action, but if returning the jewels to the Sheikh would likely cause harm or embarrassment to our foreign policy because of the number of years that have passed and because of the Sheikh's position vis-a-vis the UAE government, the gift may be accepted on behalf of the Department pursuant to 3 FAM 4122.1 and turned over to the Office of Protocol.  The jewels would then then be considered U.S. government property.

This was a very significant gift from a foreign government to a family member who was residing with your spouse at the time. Given your years in the Foreign Service and senior rank, it is extremely disappointing that you were not sufficiently concerned with the gift to seek guidance from the ethics office.   Any gifts, accepted directly or indirectly by Department employees or accepted by the Department of State are governed by strict rules intended to avoid any appearance of impropriety that could negatively affect the Department's reputation. Going forward, you should take steps to become familiar with the ethics rules and regulations, how they may relate to your family members, and seek guidance if you ever have any questions as to your obligations.

Sincerely,



ADAEO and Assistant Legal Adviser for
Ethics and Financial Disclosure

4

Exhibit 69

<u>Personnel Sensitive</u>

2 November 2016

███████████

ADAEO and Assistant Legal Adviser for Ethics and Financial Disclosure
2401 E Street NW

████████████

Washington, DC 20037-0006

*Via email*

Re:  Your Letter of September 16, 2016 re Appropriate Disposition of Gift

Dear ███████████

Thank you for your letter of 16 September 2016 to which I offer the following response.

I do not dispute the basic facts: ███████████ of Dubai Shaykh ███████████ ███████████ gave my Mother-in-law, ███████████, a gift at some date in June of 2003.

I do dispute the characterization that I "acquiesced" in the gift. I was not a party to the transaction, having only been made aware of it after the fact, when my Secretary (an LES -- then called FSN -- employee) informed me that Shaykh ███████████ had given a gift to ███████████ and that it could not be declined without causing grave offense to the ███████████ I did <u>not</u> have possession of the gift, indeed I have not seen the gift, which I understand to be a set of diamonds. I realize that this account differs in some details from what my Mother-in-Law told the OIG. I specifically do not recall any conversation with ███████████ in which I supposedly said "you will not believe what Shaykh ███████████ has sent you." I am reasonably certain that my recollection is the correct one because, again, I had not seen the gift and had no knowledge of what it was. I later became aware of what the gift was, I cannot say at exactly what point. I cannot say with certitude where the gift was delivered (the Consulate or the Residence) because, again, I did not see it, only heard about it from the FSN employee. I am confident in these recollections, at least insofar as I can be after the passage of 13 years.

Your letter says that I should have notified the Department of the gift. My guide to my declaration responsibilities was the form OGE-278, which rather clearly states that gifts to immediate family members and dependents must be declared. ███████████

never has been my dependent, as has been conclusively demonstrated in our response to HR. I would be happy to provide the documentation from our Counsel on this point.

My wife, ███████████████████ recalls that at the time she became aware of the gift to her mother, she discussed the matter with me, and remembers that I said I had checked with the Administrative Officer at post about disposition and had been informed it was not a problem. I must candidly admit that I do not recall this conversation with my spouse or the referenced conversation with the Admin officer, since we are talking about events that took place more than 13 years ago. I do not in any way contest this account but must in complete candor admit I cannot recall either conversation.

The core of the issue, from my perspective, is your assumption that somehow I controlled – then or now – the gift that Shaykh █████████ gave my mother-in-law, and therefore was then and am now somehow under an obligation with respect to its disposition. Since the diamonds have never been in my possession or anything remotely close to being under my control I do not see how it would have been possible then (or be possible now), to take possession of the diamonds and accomplish what you suggest, short of actually taking them from my mother-in-law, which I think she would regard as robbery. Her belief, as I understand it, then and now, is that the diamonds were a personal gift from the Shaykh to her.

I understand from my spouse that she has entered into discussions about seeing if the diamonds can eventually be disposed of in the manner you suggest, assuming that the diamonds constitute part of ███████ s estate. I would also suggest, that if the State Department believes the gifts need to be relinquished then State should write a letter to ███████ explaining how it views a gift to her as being under the purview of its regulations.

Thank you again for your time and attention.

Sincerely

Richard G. Olson