# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 22-cr-144-GMH |
| : | |
| RICHARD GUSTAVE OLSON, JR. : | |
| : | Judge G. Michael Harvey |
| Defendant.  : | |

## UNOPPOSED MOTION TO CONTINUE RESPONSE DEADLINE

The United States, by and through the United States Attorney for the District of Columbia, hereby files this motion to continue the deadline by which to file its response to the defendant's motion for issuance of a subpoena.

On March 29, 2023, the defendant filed a motion for issuance of a subpoena to the U.S. Probation Office seeking communications between that office and the government. The following day, the Court ordered the government to file its response to the motion by April 7, 2023. The United States requests one additional week—until April 14, 2023—to file its response to the defendant's motion. The additional time is necessary for the United States to determine and prepare its response to the defendant's unconventional motion. Russell Duncan, counsel for the defendant, has indicated that he does not oppose this motion. J. Michael Hannon, counsel for the defendant who filed the motion, has not, as of the time of this filing, indicated his position on the government's request for an extension of time to file a response.

Dated: April 6, 2023											Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Stuart D. Allen*
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-7794
stuart.allen@usdoj.gov

         */s/ Evan N. Turgeon*
EVAN N. TURGEON
D.C. Bar No. 1010816
Trial Attorney
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Avenue, NW, Suite 7700
Washington, D.C.  20530
(202) 353-0176
evan.turgeon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

                                                */s/ Evan N. Turgeon*
                                                Evan N. Turgeon
                                                Trial Attorney, U.S. Department of Justice