## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue Response Deadline, and upon consideration of the entire record, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government shall file its response to the defendant's motion for issuance of a subpoena by April 14, 2023.

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE