UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

**NOTICE OF WAIVER OF PERSONAL APPEARANCE
BY AMB. RICHARD G. OLSON PURSUANT TO RULE
43(b)(2) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

Comes now Richard Gustave Olson Jr., through counsel HANNON LAW GROUP, LLP, and pursuant to the May 26, 2023, order of the Court [ECF No. 51], provides notice by his electronic signature below [confirmed by counsel] that he waives personal appearance and intends to appear remotely at the initial sentencing hearing scheduled for July 5, 2023. Counsel for Amb. Olson shall appear at the hearing in person.

Dated: June 12, 2023                    Respectfully submitted,

                                        HANNON LAW GROUP, LLP

__s/Richard G. Olson, Jr.__             __s/J. Michael Hannon__
Richard G. Olson, Jr.                   J. Michael Hannon, #352526
                                        1800 M Street, NW, Ste. 850-S
                                        Washington, DC 20036
                                        Tel: (202) 232-1907
                                        Fax: (202) 232-3704
                                        jhannon@hannonlawgroup.com

                                        *Attorneys for Defendant Richard Gustave Olson, Jr.*