**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | Case No. 22-cr-144-GMH |
| | : | |
| RICHARD GUSTAVE OLSON, JR. | : | |
| | : | Judge G. Michael Harvey |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING BY AMB. RICHARD OLSON OF**
**ADDITIONAL DOCUMENTS REGARDING THE JULY 7, 2023, HEARING**

The Clerk of the Court shall please accept for filing, in connection with the Hearing held

on July 7, 2023, the following documents attached hereto:

**Government Exhibits 60, 65, 66, and 67:**  These are the unredacted versions of the

same Government Exhibits submitted with its Response to Olson Reply [ECF No. 45].

**Government Email of January 5, 2022, with allegedly "Deleted Exhibits":**  This

email includes the email which the Government alleged were deleted by Amb. Olson, and is

marked here as Olson Exhibit 12.

**Olson Exhibits 1 – 11:**  These emails relate to the planning of the International Military

Advisory Council both before and after the Qatar Diplomatic Crisis.  These emails demonstrate

that the Qatar Diplomatic Crisis arose in the midst of Amb. Olson, General Allen and Imaad

Zuberi working on the IMAC.

WHEREFORE, Amb. Olson respectfully requests that the Clerk of the Court accept these

documents for filing.

Dated: July 10, 2023                    Respectfully submitted,

                                        HANNON LAW GROUP, LLP

                                        _____*s/J. Michael Hannon*_____
                                        J. Michael Hannon, #352526
                                        1800 M Street, NW, Ste. 850-S
                                        Washington, DC 20036
                                        Tel: (202) 232-1907
                                        Fax: (202) 232-3704
                                        jhannon@hannonlawgroup.com

                                        *Attorneys for Defendant Richard Gustave Olson, Jr.*

# GOVT EXHIBIT 60

| | |
|---|---|
| **From:** | John Sandweg <john.sandweg@frsdc.com> |
| **Sent:** | Friday, June 09, 2017 12:29 AM |
| **To:** | imaad zuberi |
| **Subject:** | Re: Doha |

Call me tomorrow.

Sent from my iPhone

On Jun 9, 2017, at 12:22 AM, imaad zuberi <imaad.zuberi@avenueventure.com> wrote:

> **From:** John Allen
> **Sent:** Thursday, June 8, 2017 8:46 AM
> **To:** Imaad Zuberi <imaad.zuberi@avenueventure.com>; Imaad Zuberi <imaad.zuberi@mindspring.com>;
> Rick Olson <rickscafedxb@yahoo.com>
> **Subject:** Re: Doha
>
> Imaad ... Rick kindly communicated with me some of your thoughts this morning.  I'm
> crushed with my schedule today, but could talk on the phone at 3:00.
>
> I'm prepared to get on a plane tomorrow to travel to and from Doha over the weekend to
> have discussions with relevant parties there.  It is not possible for me to turn a proposal
> before I get on a plane on FRI, as I have contractual/legal obligations with several
> companies, as well as Brookings, to submit any employment arrangements, beyond my
> current relationships with them, for their legal review.  I have no reason to believe they
> wouldn't ultimately concur with our arrangement, but it's not possible to do this before
> tomorrow.  What we can do is call and treat my visit to Doha over the weekend as "a
> speaking engagement", which I done before, for which I'd be compensated at my
> standard rate.  Then we can work out the fuller arrangements of a longer term
> relationship over the weekend as I transition back and forth.  I'd then take that proposal
> to my own attorney and the other companies.
>
> That said, I'm ready to travel tomorrow, the 9th, to Doha and return on MON, the 12th
> to the US.
>
> Please let me know with whom I should work on travel arrangements.
>
> All the best ...
>
> John
>
> On Wed, Jun 7, 2017 at 9:24 PM, John Allen wrote:
>
>> Imaad ... It was a great pleasure meeting you this afternoon.  I enjoyed our
>> conversation a great deal.  I want to help if I can, and if there's an intent that I help the
>> Emir and Qatar, we'll need to define that relationship.  I'm prepared to have another
>> conversation ... if you're willing.
>>
>> In the short term, if we're seriously considering my going to Doha, I can leave FRI, but
>> need to be back MON.  That would give me SAT afternoon and evening and all day SUN

on the ground in Doha.  Please let me know if there's desire for me to do this.  If so, I'd be deeply grateful if someone could assist me in procuring the airline tickets and setting up the logistics for the trip.

We can discuss all else tomorrow if you're willing.  I could meet you 5:45 pm.

I wish you a good night, Sir.

Very warmly ...

John

# GOVT EXHIBIT 65

| From: | John Allen <j.rutherford.allen@gmail.com> |
| To: | Ahmed Al-Rumaihi |
| CC: | Imaad Zuberi; Richard.Olson@Avenueventure.com |
| Sent: | 6/17/2017 12:39:35 AM |
| Subject: | Re: NSA |

The difference is the embassy request has to work its way up, our request
will come down from above. Lets hope we make it one way or the other.

John

Sent from my iPhone

> On Jun 16, 2017, at 19:12, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
>
> Thank you for the update
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 7:07 PM, John Allen <j.rutherford.allen@gmail.com>
wrote:
>>
>> Gentlemen ... I have asked the National Security Advisor to see the FM
and Sheikh Mohammad next WED/THU. I will advise immediately when I learn
anything.
>>
>> All the best ...
>>
>> John
>>
>> Sent from my iPhone

| From: | John Allen <j.rutherford.allen@gmail.com> |
|---|---|
| To: | Ahmed Al-Rumaihi |
| CC: | imaad zuberi; Richard.Olson@Avenueventure.com |
| Sent: | 6/18/2017 10:44:23 AM |
| Subject: | Re: NSA |

We should shift this conversation to WhatsApp.

I'll let Rick speak for himself regarding his legal restrictions in dealing with the USG. And if we want to kill this meeting in the West Wing before it's even scheduled, it will never happen if I am an attendee. If it happens, I can get a read out from the National Security Advisor and we can meet with the Qataris after.

On Sun, Jun 18, 2017 at 12:40 AM, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
I agree with Imaad

Sent from my iPhone

> On Jun 17, 2017, at 8:26 PM, imaad zuberi <imaad.zuberi@avenueventure.com> wrote:
>
> Thank you. I suggest either you or Rick ought to attend with Qataris. If we
> are doing the work then we should be involved
> imaad
>
> -----Original Message-----
> From: John Allen [mailto:j.rutherford.allen@gmail.com]
> Sent: Friday, June 16, 2017 4:07 PM
> To: Imaad Zuberi <imaad.zuberi@avenueventure.com>; Ahmed Al-Rumaihi
> <chi974@icloud.com>
> Cc: Richard.Olson@Avenueventure.com
> Subject: NSA
>
> Gentlemen ... I have asked the National Security Advisor to see the FM and
> Sheikh Mohammad next WED/THU. I will advise immediately when I learn
> anything.
>
> All the best ...
>
> John
>
> Sent from my iPhone
>
>

# GOVT EXHIBIT 66

**From:**      imaad zuberi <imaad.zuberi@avenueventure.com>
**To:**        'John Allen'; 'Ahmed Al-Rumaihi'
**CC:**        Richard.Olson@Avenueventure.com
**Sent:**      6/18/2017 3:26:07 AM
**Subject:**   RE: NSA

Thank you. I suggest either you or Rick ought to attend with Qataris. If
we are doing the work then we should be involved
imaad

-----Original Message-----
From: John Allen [mailto:j.rutherford.allen@gmail.com]
Sent: Friday, June 16, 2017 4:07 PM
To: Imaad Zuberi <imaad.zuberi@avenueventure.com>; Ahmed Al-Rumaihi
<chi974@icloud.com>
Cc: Richard.Olson@Avenueventure.com
Subject: NSA

Gentlemen ... I have asked the National Security Advisor to see the FM and
Sheikh Mohammad next WED/THU. I will advise immediately when I learn
anything.

All the best ...

John

Sent from my iPhone

# GOVT
# EXHIBIT 67

Message

| | |
|---|---|
| **From**: | imaad zuberi [imaad.zuberi@avenueventure.com] |
| **Sent**: | 6/26/2017 3:53:27 PM |
| **To**: | John Allen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7b77c32dde574b4797da0b684bea24aa-John Allen]; Richard.Olson@Avenueventure.com |
| **Subject**: | RE: WH |

Got it

-----Original Message-----
From: John Allen [mailto:JAllen@brookings.edu]
Sent: Monday, June 26, 2017 5:53 AM
To: Imaad Zuberi <imaad.zuberi@avenueventure.com>; Imaad Zuberi
<imaad.zuberi@mindspring.com>; Richard.Olson@Avenueventure.com; Rick Olson
<rickscafedxb@yahoo.com>
Subject: WH

Imaad and Rick ... I received a very respectful note back from the national
security advisor, who told me that the Secretary of State Tillerson should
be the one to see the Qataris, and that he declines to see them while
they're in Washington. I wish this was better news.  As McMaster said. the
intent is for the administration to speak with one voice. That's why
Tillerson has lead.

John

Sent from my iPhone

# OLSON EXHIBIT 12



J. Michael Hannon <jhannon@hannonlawgroup.com>

## Plea Negotiations
1 message

**Turgeon, Evan (NSD)** <Evan.Turgeon@usdoj.gov>       Wed, Jan 5, 2022 at 9:13 AM
To: Mike Hannon <jhannon@hannonlawgroup.com>, Russell Duncan <rduncan@clarkhill.com>
Cc: "OBrien, Daniel J. (USACAC)" <Daniel.Obrien@usdoj.gov>, Rachel Amster <ramster@hannonlawgroup.com>

Mike and Russell,


As Mike and I discussed yesterday afternoon, below are the government's responses to your suggested edits to the plea agreement. Also, attached are copies of the emails Ambassador Olson deleted.


Just let me know when you both are free for a call. The government is available today at 3:30 ET and tomorrow afternoon (except 1:00-1:30 ET).


Thanks,

Evan

(202) 598-5315



Evan N. Turgeon

Trial Attorney

Counterintelligence and Export Control Section

National Security Division

U.S. Department of Justice

Cell: (202) 598-5315

_____

**4 attachments**

**SAND 48-49.pdf**
116K

**BRG AV 131-135.pdf**
82K

**BRG AV 130.pdf**
22K

**BRG AV 484.pdf**
16K

# BRG AV 130

| | |
|---|---|
| **From:** | Ahmed Al-Rumaihi <chi974@icloud.com> |
| **To:** | John Allen |
| **CC:** | Imaad Zuberi; Richard.Olson@Avenueventure.com |
| **Sent:** | 6/16/2017 11:19:20 PM |
| **Subject:** | Re: NSA |

Great. But I think after you mentioned to Mohammed bin Hamad he had the embassy send in a request for him.

Sent from my iPhone

> On Jun 16, 2017, at 7:15 PM, John Allen <j.rutherford.allen@gmail.com> wrote:
>
> This request went personally from me to him.
>
> John
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 19:12, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
>>
>> Thank you for the update
>>
>> Sent from my iPhone
>>
>>> On Jun 16, 2017, at 7:07 PM, John Allen <j.rutherford.allen@gmail.com> wrote:
>>>
>>> Gentlemen ... I have asked the National Security Advisor to see the FM and Sheikh Mohammad next WED/THU. I will advise immediately when I learn anything.
>>>
>>> All the best ...
>>>
>>> John
>>>
>>> Sent from my iPhone

BGR_AV_00000130

| | |
|---|---|
| **From:** | John Allen <j.rutherford.allen@gmail.com> |
| **To:** | Ahmed Al-Rumaihi |
| **CC:** | Imaad Zuberi; Richard.Olson@Avenueventure.com |
| **Sent:** | 6/17/2017 12:39:35 AM |
| **Subject:** | Re: NSA |

The difference is the embassy request has to work its way up, our request will come down from above. Lets hope we make it one way or the other.

John

Sent from my iPhone

> On Jun 16, 2017, at 19:12, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
>
> Thank you for the update
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 7:07 PM, John Allen <j.rutherford.allen@gmail.com> wrote:
>>
>> Gentlemen ... I have asked the National Security Advisor to see the FM and Sheikh Mohammad next WED/THU. I will advise immediately when I learn anything.
>>
>> All the best ...
>>
>> John
>>
>> Sent from my iPhone

FOIA CONFIDENTIALITY REQUESTED

BGR_AV_00000131

# BRG AV
# 131 - 134

| | |
|---|---|
| **From:** | Ahmed Al-Rumaihi <chi974@icloud.com> |
| **To:** | John Allen |
| **CC:** | Imaad Zuberi; Richard.Olson@Avenueventure.com |
| **Sent:** | 6/17/2017 12:42:01 AM |
| **Subject:** | Re: NSA |

Yes, theirs will have to go through state. I hope yours comes back first.

Sent from my iPhone

> On Jun 16, 2017, at 8:39 PM, John Allen <j.rutherford.allen@gmail.com>
wrote:
>
> The difference is the embassy request has to work its way up, our
request will come down from above. Lets hope we make it one way or the
other.
>
> John
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 19:12, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
>>
>> Thank you for the update
>>
>> Sent from my iPhone
>>
>>> On Jun 16, 2017, at 7:07 PM, John Allen <j.rutherford.allen@gmail.com>
wrote:
>>>
>>> Gentlemen ... I have asked the National Security Advisor to see the FM
and Sheikh Mohammad next WED/THU. I will advise immediately when I learn
anything.
>>>
>>> All the best ...
>>>
>>> John
>>>
>>> Sent from my iPhone

BGR_AV_00000132

| | |
|---|---|
| **From:** | imaad zuberi <imaad.zuberi@avenueventure.com> |
| **To:** | 'John Allen'; 'Ahmed Al-Rumaihi' |
| **CC:** | Richard.Olson@Avenueventure.com |
| **Sent:** | 6/18/2017 3:26:07 AM |
| **Subject:** | RE: NSA |

Thank you. I suggest either you or Rick ought to attend with Qataris. If
we are doing the work then we should be involved
imaad

-----Original Message-----
From: John Allen [mailto:j.rutherford.allen@gmail.com]
Sent: Friday, June 16, 2017 4:07 PM
To: Imaad Zuberi <imaad.zuberi@avenueventure.com>; Ahmed Al-Rumaihi
<chi974@icloud.com>
Cc: Richard.Olson@Avenueventure.com
Subject: NSA

Gentlemen … I have asked the National Security Advisor to see the FM and
Sheikh Mohammad next WED/THU. I will advise immediately when I learn
anything.

All the best …

John

Sent from my iPhone

BGR_AV_00000133

| From: | imaad zuberi <imaad.zuberi@avenueventure.com> |
|---|---|
| To: | 'John Allen'; 'Ahmed Al-Rumaihi' |
| CC: | Richard.Olson@Avenueventure.com |
| Sent: | 6/18/2017 3:32:31 AM |
| Subject: | RE: NSA |

He is stupid to have the Qatari Embassy in Washington make the request
when General Allen said he will handle it
imaad

-----Original Message-----
From: John Allen [mailto:j.rutherford.allen@gmail.com]
Sent: Friday, June 16, 2017 5:40 PM
To: Ahmed Al-Rumaihi <chi974@icloud.com>
Cc: Imaad Zuberi <imaad.zuberi@avenueventure.com>;
Richard.Olson@Avenueventure.com
Subject: Re: NSA

The difference is the embassy request has to work its way up, our request
will come down from above. Lets hope we make it one way or the other.

John

Sent from my iPhone

> On Jun 16, 2017, at 19:12, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:
>
> Thank you for the update
>
> Sent from my iPhone
>
>> On Jun 16, 2017, at 7:07 PM, John Allen <j.rutherford.allen@gmail.com>
wrote:
>>
>> Gentlemen ... I have asked the National Security Advisor to see the FM
and Sheikh Mohammad next WED/THU. I will advise immediately when I learn
anything.
>>
>> All the best ...
>>
>> John
>>
>> Sent from my iPhone

FOIA CONFIDENTIALITY REQUESTED

| | |
|---|---|
| **From:** | Ahmed Al-Rumaihi <chi974@icloud.com> |
| **To:** | imaad zuberi |
| **CC:** | John Allen; Richard.Olson@Avenueventure.com |
| **Sent:** | 6/18/2017 4:40:13 AM |
| **Subject:** | Re: NSA |

I agree with Imaad

Sent from my iPhone

> On Jun 17, 2017, at 8:26 PM, imaad zuberi
<imaad.zuberi@avenueventure.com> wrote:
>
> Thank you. I suggest either you or Rick ought to attend with Qataris. If
we
> are doing the work then we should be involved
> imaad
>
> -----Original Message-----
> From: John Allen [mailto:j.rutherford.allen@gmail.com]
> Sent: Friday, June 16, 2017 4:07 PM
> To: Imaad Zuberi <imaad.zuberi@avenueventure.com>; Ahmed Al-Rumaihi
> <chi974@icloud.com>
> Cc: Richard.Olson@Avenueventure.com
> Subject: NSA
>
> Gentlemen ... I have asked the National Security Advisor to see the FM
and
> Sheikh Mohammad next WED/THU. I will advise immediately when I learn
> anything.
>
> All the best ...
>
> John
>
> Sent from my iPhone
>
>

BGR_AV_00000135

# BRG AV484

| From: | John Allen <JAllen@brookings.edu> |
| --- | --- |
| To: | Imaad Zuberi; Imaad Zuberi; Richard.Olson@Avenueventure.com; Rick Olson |
| Sent: | 6/26/2017 12:53:15 PM |
| Subject: | WH |

Imaad and Rick ... I received a very respectful note back from the national security advisor, who told me that the Secretary of State Tillerson should be the one to see the Qataris, and that he declines to see them while they're in Washington. I wish this was better news. As McMaster said. the intent is for the administration to speak with one voice. That's why Tillerson has lead.

John

Sent from my iPhone

# SAND 48-49

| | |
|---|---|
| **From:** | John Sandweg <john.sandweg@frsdc.com> |
| **Sent:** | Friday, June 09, 2017 12:29 AM |
| **To:** | imaad zuberi |
| **Subject:** | Re: Doha |

Call me tomorrow.

Sent from my iPhone

On Jun 9, 2017, at 12:22 AM, imaad zuberi <imaad.zuberi@avenueventure.com> wrote:

> **From:** John Allen
> **Sent:** Thursday, June 8, 2017 8:46 AM
> **To:** Imaad Zuberi <imaad.zuberi@avenueventure.com>; Imaad Zuberi <imaad.zuberi@mindspring.com>;
> Rick Olson <rickscafedxb@yahoo.com>
> **Subject:** Re: Doha
>
> Imaad ... Rick kindly communicated with me some of your thoughts this morning.  I'm
> crushed with my schedule today, but could talk on the phone at 3:00.
>
> I'm prepared to get on a plane tomorrow to travel to and from Doha over the weekend to
> have discussions with relevant parties there.  It is not possible for me to turn a proposal
> before I get on a plane on FRI, as I have contractual/legal obligations with several
> companies, as well as Brookings, to submit any employment arrangements, beyond my
> current relationships with them, for their legal review.  I have no reason to believe they
> wouldn't ultimately concur with our arrangement, but it's not possible to do this before
> tomorrow.  What we can do is call and treat my visit to Doha over the weekend as "a
> speaking engagement", which I done before, for which I'd be compensated at my
> standard rate.  Then we can work out the fuller arrangements of a longer term
> relationship over the weekend as I transition back and forth.  I'd then take that proposal
> to my own attorney and the other companies.
>
> That said, I'm ready to travel tomorrow, the 9th, to Doha and return on MON, the 12th
> to the US.
>
> Please let me know with whom I should work on travel arrangements.
>
> All the best ...
>
> John
>
> On Wed, Jun 7, 2017 at 9:24 PM, John Allen wrote:
>
>> Imaad ... It was a great pleasure meeting you this afternoon.  I enjoyed our
>> conversation a great deal.  I want to help if I can, and if there's an intent that I help the
>> Emir and Qatar, we'll need to define that relationship.  I'm prepared to have another
>> conversation ... if you're willing.
>>
>> In the short term, if we're seriously considering my going to Doha, I can leave FRI, but
>> need to be back MON.  That would give me SAT afternoon and evening and all day SUN

on the ground in Doha.  Please let me know if there's desire for me to do this.  If so, I'd be deeply grateful if someone could assist me in procuring the airline tickets and setting up the logistics for the trip.

We can discuss all else tomorrow if you're willing.  I could meet you 5:45 pm.

I wish you a good night, Sir.

Very warmly ...

John

CONFIDENTIAL

PROD001_000049

# OLSON EXHIBIT 1

**To:**      'imaad zuberi'[imaad.zuberi@avenueventure.com]
**From:**    Richard Olson
**Sent:**    Mon 4/17/2017 5:34:14 AM
**Importance:**    Normal
**Subject:**   RE: InfraCapital
**MAIL_RECEIVED:**   Mon 4/17/2017 5:34:14 AM


Yes, would be interested.



*rgo*

**Rick Olson**

**Ambassador (retired)**



**From:** imaad zuberi [mailto:imaad.zuberi@avenueventure.com]
**Sent:** Monday, April 10, 2017 5:10 PM
**To:** Richard.Olson@avenueventure.com
**Subject:** FW: InfraCapital




If you want I can get you the same deal as General Clark. Formerly ADIH is now
InfraCapital and it is cleaned up and starting to do lucrative deals

imaad



**From:** imaad zuberi
**Sent:** Monday, April 10, 2017 6:07 AM
**To:** General Wesley Clark – former NATO Supreme Commander
**Subject:** FW: InfraCapital



General Clark-


Per our phone conversation, here is the basic outline for InfraCapital board

ROMH00002944

- Meetings once or twice a year in Dubai

You will be provided business air travel and hotel for travel related to InfraCapital or to board meeting

- Token $25,000 per year stipend for being board member

- Negotiable percentage of what you help earn InfraCapital from your sources

Either in raising money for InfraCapital projects or bringing profitable investments to InfraCapital to invest in (what you help earn InfraCapital)


If you are in agreement then InfraCapital will send you documents to sign


Please let me know if you have any question


Thanks

imaad

ROMH00002945

**To:** Richard.Olson@avenueventure.com[Richard.Olson@avenueventure.com]
**From:** imaad zuberi
**Sent:** Tue 5/1/2017 9:37:55 PM
**Importance:** Normal
**Subject:** FW: Introduction?
**MAIL_RECEIVED:** Tue 5/1/2017 9:38:26 PM


**From:** imaad zuberi
**Sent:** Monday, May 1, 2017 9:35 PM
**To:** Paul Wood – Pax Mondial
**Subject:** FW: Introduction?


Who else can we recommend? They hire them via us? Get me some names we can recommend. Qatar wants to hire US consultants like Saudi has hired 10 to 20 former US general to consult Saudi Military. It is multimillion contract

imaad


**From:** imaad zuberi
**Sent:** Monday, May 1, 2017 9:15 PM
**To:** Brig. Gen. Yousef Al-Kuwari
**Subject:** Introduction?


Who else did we talk about for introduction?


General Wesley Clark – former NATO Supreme Commander

Lt. General Mike Barbero – I think he is consulting with General Myers for Saudi Government on what to buy from US. Qatar should do the same

General Myers – former Chairman of Joint Chiefs of Staff

Erik Prince – Blackwater founder for training of Qatar Military. He is doing thing for Abu Dhabi Mohammad bin Zayed

ROMH00001491

DynCorp - for training of Qatar Military

Paul Woods – Pax Mondial for training of Patriots Missile Batteries

imaad

ROMH00001492

# OLSON EXHIBIT 3

**To:**    imaad zuberi[imaad.zuberi@avenueventure.com]
**From:**    imaad zuberi
**Sent:**    Sat 5/13/2017 1:27:27 PM
**Importance:**    Normal
**Subject:**    FW: US generals to advice Qatar
**MAIL_RECEIVED:**    Sat 5/13/2017 1:27:59 PM

**From:** imaad zuberi
**Sent:** Saturday, May 13, 2017 1:25 PM
**To:** Ahmed – Al-Ruhaimi - QIA
**Subject:** FW: US generals to advice Qatar

Here are the top names I would suggest for advice from US general for Qatar

General Wesley Clark - former US 4 Star General and NATO Supreme Commander. Ran for President in 2004

General Michael Barbero - former 3 Star General and Commander of North Iraq Kurdistan

Admiral Edmund Giambastiani - former Vice Chairman of the Joint Chiefs of Staff

General Richard Myers - former Chairman of the Joint Chiefs of Staff

imaad

ROMH00002184

# OLSON

# EXHIBIT 4

| | |
|---|---|
| **From:** | "Richard Olson" <Richard.Olson@Avenueventure.com> |
| **Sent:** | Tue, 6 Jun 2017 06:11:51 -0500 |
| **To:** | "'imaad zuberi'" <imaad.zuberi@avenueventure.com> |
| **Subject:** | RE: Qatar |

BTW, I was in touch with John Allen, and he's interested in helping out with Qatar. If you'd like, I can put you in direct touch.

*rgo*

**Rick Olson**
**Ambassador (retired)**

**From:** imaad zuberi [mailto:imaad.zuberi@avenueventure.com]
**Sent:** Monday, June 05, 2017 3:22 PM
**To:** 'Richard Olson'
**Subject:** RE: Qatar

I saw your missed call. I was at doctor office. I will call you

**From:** Richard Olson [mailto:Richard.Olson@Avenueventure.com]
**Sent:** Monday, June 5, 2017 5:12 AM
**To:** 'imaad zuberi' <imaad.zuberi@avenueventure.com>; 'John Sandweg' <john.sandweg@frsdc.com>; 'Ahmed Al-Rumaihi' <chi974@icloud.com>
**Subject:** RE: Qatar

Yes, I'll be there.

*rgo*

**Rick Olson**
**Ambassador (retired)**

**From:** imaad zuberi [mailto:imaad.zuberi@avenueventure.com]
**Sent:** Saturday, June 03, 2017 3:54 PM
**To:** 'John Sandweg'; Ahmed Al-Rumaihi; Richard.Olson@avenueventure.com
**Subject:** FW: Qatar

Ahmed, Rick and John-

Can we meet on Tuesday June 6 at 12 Noon for lunch at Ritz Carlton on 22nd Street

imaad

**From:** John Sandweg <john.sandweg@frsdc.com>
**Date:** June 2, 2017 at 3:22:05 PM PDT

**To:** imaad zuberi <imaad.zuberi@mindspring.com>
**Subject: Qatar**

Imaad-

Good speaking with you about the Qatar issue.  As we discussed, we are very well qualified to assist with this project.

Our strategy would be to assemble a team of the former heads of U.S. agencies in charge of combatting terror financing.  This team would include very senior officials from the Department of Justice, the Federal Bureau of Investigation, the CIA, the Treasury Department and the Department of Homeland Security.

Our team would prepare a comprehensive report documenting Qatar's assistance in the global fight against terror and would dispel any myths that Qatar is in any way providing support to terror organizations.  After the preparation of this report, our team would share the findings with senior Trump Administration officials and publicize the findings of the report with key congressional offices and media outlets (through op-eds and placed stories).  I am happy to provide specific names of team members upon request, but our team will include the following former officials:

- Attorney General of the United States;
- Former head of the FBI's Terrorism Financing Section;
- Former Deputy Undersecretary for Terrorism Financing at the Department of the Treasury;
- Former Director of U.S. Immigration and Customs Enforcement;
- Former United States Attorney and Director of the ATF;
- Former head of Homeland Security Investigations National Security and Financial Crimes Section.

Fee wise, this work would typically require a monthly retainer of $150,000 plus expenses.  Per our discussions, and as a courtesy to you, we could perform this work at a discounted rate of $125,000.  At a minimum, this project would take at least 6 months (4 months to conduct due diligence and prepare the report and 2 months of publicizing the findings).

Happy to provide a more specific proposal or discuss further at your convenience.

JS



John Sandweg
202-754-2303 (C)
202-754-2891 (O)

John.Sandweg@frsdc.com

The information contained in this electronic mail transmission is intended by Frontier Solutions solely for the use of the individual or entity to whom/which it is addressed.  This e-mail may also contain confidential and privileged information and/or attorney work product. This information is only for the intended recipient.  If you have received this email in error please notify the system manager. If you are not the named addressee and intended recipient you may not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received it by mistake and delete it from your system. If you are not the intended recipient you are hereby notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

# OLSON

# EXHIBIT 5

**To:**        'John Allen'[j.rutherford.allen@gmail.com]; 'Richard
Olson'[Richard.Olson@Avenueventure.com]
**From:**      imaad zuberi
**Sent:**      Thur 6/7/2017 10:42:57 PM
**Importance:**           Normal
**Subject:**   RE: Doha
**MAIL_RECEIVED:**     Thur 6/7/2017 10:43:29 PM


Likewise. It was pleasure meeting you


Yes it would be great to meet again however I have a flight to Los Angeles at 5pm. Please let me know if
you and Rick have time prior 3pm?


Thanks

imaad


**From:** John Allen [mailto:j.rutherford.allen@gmail.com]
**Sent:** Wednesday, June 7, 2017 6:24 PM
**To:** Imaad Zuberi <imaad.zuberi@avenueventure.com>; Imaad Zuberi
<imaad.zuberi@mindspring.com>; Rick Olson <rickscafedxb@yahoo.com>
**Subject:** Doha


Imaad ... It was a great pleasure meeting you this afternoon.  I enjoyed our conversation
a great deal.  I want to help if I can, and if there's an intent that I help the Emir and
Qatar, we'll need to define that relationship.  I'm prepared to have another conversation
... if you're willing.


In the short term, if we're seriously considering my going to Doha, I can leave FRI, but
need to be back MON.  That would give me SAT afternoon and evening and all day SUN
on the ground in Doha.  Please let me know if there's desire for me to do this.  If so, I'd
be deeply grateful if someone could assist me in procuring the airline tickets and setting
up the logistics for the trip.


We can discuss all else tomorrow if you're willing.  I could meet you 5:45 pm.

ROMH00002788

I wish you a good night, Sir.

Very warmly ...

John

ROMH00002789

# OLSON

# EXHIBIT 6

## RE: Intro

From:  imaad zuberi (imaad.zuberi@avenueventure.com)

To:      j.rutherford.allen@gmail.com; rickscafedxb@yahoo.com

Cc:     imaad.zuberi@mindspring.com

Date:  Wednesday, June 7, 2017, 07:03 AM EDT

Ambassador Olson-thanks for the introduction

General Allen-will you have time today to meet? I am not checking my emails regularly while in Washington so please call me on my mobile 213.712.8888 when you get a chance

Thanks

imaad


**From:** John Allen [mailto:j.rutherford.allen@gmail.com]
**Sent:** Tuesday, June 6, 2017 6:00 PM
**To:** Rick Olson <rickscafedxb@yahoo.com>
**Cc:** Imaad Zuberi <imaad.zuberi@mindspring.com>; Imaad Zuberi
<imaad.zuberi@avenueventure.com>
**Subject:** Re: Intro


Thank you, Rick.


My very best ...


John


On Tue, Jun 6, 2017 at 8:42 PM, Rick Olson <rickscafedxb@yahoo.com> wrote:


John: Imaad is tied up in a dinner with the VP, but he is very interested in getting together. I think he will be in touch later, but just wanted to acknowledge receipt of your message and give an interim reply.

ROMH00000326

*rgo*

Rick Olson

---

**From:** John Allen <j.rutherford.allen@gmail.com>
**To:** Rick Olson <rickscafedxb@yahoo.com>
**Cc:** Imaad Zuberi <imaad.zuberi@mindspring.com>; Imaad Zuberi <imaad.zuberi@avenueventure.com>
**Sent:** Tuesday, June 6, 2017 3:16 PM
**Subject:** Re: Intro

Rick and Imaad ... good afternoon.   I could meet mid-afternoon tomorrow (WED).   Please let me know a favored location.

My very best ...

John

Sent from my iPhone

On Jun 6, 2017, at 11:37, Rick Olson <rickscafedxb@yahoo.com> wrote:

John: with this email am introducing you to Imaad Zuberi, Vice Chairman of Avenue Ventures. Imaad is on Washington today and tomorrow and would like to meet you if your schedule permits. Please advise.

Best,

Sent from Yahoo Mail for iPhone

# OLSON EXHIBIT 7

**To:**        Richard.Olson@avenueventure.com[Richard.Olson@avenueventure.com]
**Cc:**        Imaad Zuberi[imaad.zuberi@avenueventure.com]
**From:**      Imaad Zuberi
**Sent:**      Sun 6/10/2017 6:07:18 PM
**Importance:**            Normal
**Subject:**   Fw: White paper
**MAIL_RECEIVED:**      Sun 6/10/2017 6:07:53 PM
Qatar White Paper v2.0.docx


Sent from my BlackBerry 10 smartphone.
  Original Message
From: Michael Barbero <mbarbero76@gmail.com>
Sent: Saturday, June 10, 2017 11:42 PM
To: aa@orycap.com
Cc: imaad zuberi
Subject: White paper

Hello Ahmed,
It was a pleasure to meet you this week. Thanks to Imaad for the introduction.

I have attached a very basic white paper, as you requested on the Senior Advisor mission. This is very
doable.

Please provide your comments and let's move forward on this.

Best,
Mike Barbero

Michael D. Barbero
LTG (Ret) US Army.

ROMH00002240

**PROPOSAL FOR A COMPREHENSIVE AND LONG-TERM PROJECT TO ADVISE
THE GOVERNMENT OF QATAR ON SECURITY AND THE
MODERNIZATION OF SECURITY FORCES AND INSTITUTIONS**

**OVERALL:**
Build a team of very Senior, experienced retired United States Military and Security
Leaders to serve on a standing Senior Advisor Council to the leaders of The State of
Qatar.

Recognizing the Security Forces of the State of Qatar are committed to the defense of
the State of Qatar, I recommend the creation of a Senior Advisor Council and the
execution of an advisory mission to work with the Leadership of the State of Qatar
to develop support to the State, Security Forces, and Institutions supporting the
sovereignty of Qatar.

The Senior Advisor Council and supporting team will have extensive experience in
building institutional organizational capabilities for the US Armed Forces and
Department of Defense. We would bring our experience and tailor our advice to help
the State of Qatar to meet the contemporary missions and tasks for operations in the
region for combating terrorism, insurgencies, and conventional threats and
strategies. Moreover, our team will possess recent experience in providing train-and-
equip mission support to the Iraqi, Afghan, the UAE and other GCC nations, NATO
involving a wide variety of missions and situations. Additionally, our combat
experienced team possesses extensive experience in developing security capabilities
in conducting and a wide array of warfighting function to include leading land,
naval, air and special operations as part of the US led joint and coalition force in the
Middle East and Afghanistan.

**Overview of Project**:  I have organized this project into three phases:
1. Phase 1:  A series of initial meetings with the Senior Security Leaders of the
   State of Qatar to understand the requirements for this mission and develop
   an initial concept to advise Qatari security forces and institutions resulting in
   a detailed concept and proposal outlining a comprehensive program to
   advise and assist security forces and institutions of the State of Qatar.
1. Phase 2:  A short-term project to conduct a detailed, on-the-ground
   assessment of State of Qatar security forces and institutions leading to a
   detailed concept and proposal for a Senior Advisory Council to work with the
   government of Qatar.
2. Phase 3:  A multi-year program of Senior Advisory Council to advise Senior
   Qatari Security Leaders to improve the capabilities and modernize State of
   Qatar security forces and institutions.

I am prepared to meet with key leaders to have a discussion on the needs and requirements of the State of Qatar, and to discuss the design of our Senior Advisory Group to ensure that our experience, capabilities, and approach to supporting this mission are in alignment.


Michael D. Barbero
Lieutenant General (Ret)
US Army

# OLSON

# EXHIBIT 8

| | |
|---|---|
| **From:** | "imaad zuberi" <imaad.zuberi@avenueventure.com> |
| **Sent:** | Tue, 13 Jun 2017 18:35:24 -0500 |
| **To:** | "'John Sandweg'" <john.sandweg@frsdc.com>; "'Ahmed Al-Rumaihi'" <chi974@icloud.com> |
| **Cc:** | "Richard.Olson@avenueventure.com" <Richard.Olson@avenueventure.com> |
| **Subject:** | RE: White paper for Qatar |
| **Importance:** | High |

Ambassador Olson-

The ball is in your court. Please make this happen soon. I think General Allen is already on board. You need 8 or 9 more generals 3 Starts or higher

Please let us put proposal together and get this going

imaad

**From:** John Sandweg [mailto:john.sandweg@frsdc.com]
**Sent:** Tuesday, June 13, 2017 12:53 PM
**To:** Ahmed Al-Rumaihi <chi974@icloud.com>
**Cc:** imaad zuberi <imaad.zuberi@avenueventure.com>; Richard.Olson@avenueventure.com
**Subject:** Re: White paper for Qatar

This could be a significant help on the PR side.

On Tue, Jun 13, 2017 at 3:25 PM, Ahmed Al-Rumaihi <chi974@icloud.com> wrote:


That would be perfect

Sent from my iPhone

On Jun 12, 2017, at 4:47 PM, imaad zuberi <imaad.zuberi@avenueventure.com> wrote:

Hello Ahmed-


Per our conversation with your Defense Minister tonight, it would be best if Ambassador Richard Olson was to take the lead on this and put the group of generals together for this project


Thanks

imaad

# OLSON

# EXHIBIT 9

**Cc:**      Richard Olson[Richard.Olson@avenueventure.com]
**To:**      Rick Olson[rickscafedxb@yahoo.com]
**From:**   John Allen
**Sent:**   Sun 6/17/2017 7:44:22 PM
**Importance:**      Normal
**Subject:**  Re: List
**MAIL_RECEIVED:**   Sun 6/17/2017 7:44:26 PM

Rick ... you mentioned a good colonel to act as executive secretary of the council. As I've mentioned, I have a few in mind. Depending on how we're organized, we might need someone to run the administration of the council. As an ambassador, I know you know the value of a good Gunny. I know one or two we could get quite reasonably.

All the best ...

John

Sent from my iPhone

On Jun 17, 2017, at 19:09, Rick Olson <rickscafedxb@yahoo.com> wrote:

Thanks John. Either email is fine, although I tend to check Yahoo more frequently. I will get working on a proposal and get back to you shortly.

*rgo*

Rick Olson

---

**From:** John Allen <j.rutherford.allen@gmail.com>
**To:** Richard Olson <Richard.Olson@avenueventure.com>; Rick Olson <rickscafedxb@yahoo.com>
**Sent:** Saturday, June 17, 2017 5:05 PM
**Subject:** List

Rick ... which email do you prefer I use? AvenueVentures or Yahoo?

In terms of the "International Military Advisory Council" (my term), how many do we want? Would there be latitude for any non-US presence? I'm thinking of a couple UK generals who could tie them back into the UK as well.

ROMH00002984

We're heavy here on commander with unified command, wartime theater commander, special operations command, and security cooperation and strategic planning capabilities.

There are others, but these are the first to come to mind.

### Four Stars

   -- GEN Stan McCrystal, USA (Ret.) ... former JSOC commander and former ISAF Commander, AFG

   -- GEN Carter Ham, USA (Ret.) ... former USAFRICOM Commander

   -- GEN Jim Conway, USMC (Ret.) ... former Commandant of the Marine Corps; former Commander of I Marine Expeditionary Force in the assault on Baghdad in 2003.

### Three Stars

   -- LTG James Terry, USA, (Ret.) ... former 5th Corps in Europe, former IJC Commander in Afghanistan; former Commander, Operation Inherent Resolve against the Islamic State

   -- LTG Bennet Sacolick, USA (Ret.) ... former Delta Force Commander; form Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- LtGen Mark USMC (Ret.) ... former Deputy Commandant for Logistics and Installations, US Marine Corps, and former J4, the Joint Staff, for Logistics

   -- VADM Mike Lefebve, USN (Ret.) ... former Commander, ODRP Pakistan; former Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- VADM Mark Fox, USN (Ret.) ... former Commander, 5th US Fleet; former Deputy Commander, USCENTCOM

# OLSON EXHIBIT 10

**To:**      'John Allen'[j.rutherford.allen@gmail.com]
**From:**    Richard Olson
**Sent:**    Mon 6/19/2017 2:38:19 AM
**Importance:**    Normal
**Subject:**    RE: Proposal
**MAIL_RECEIVED:**    Mon 6/19/2017 2:38:19 AM


Many thanks.


*rgo*

Rick Olson

Ambassador (retired)


**From:** John Allen [mailto:j.rutherford.allen@gmail.com]
**Sent:** Monday, June 19, 2017 1:10 AM
**To:** Richard Olson
**Subject:** Re: Proposal


Rick ... great job!  Here's my first cut.


A quick look  at the QAF and it's very small and mostly equipped with ... for now ... non-US equipment.


Some thoughts:


   -- how long will the IMAC exist?

   -- is the IMAC simply advisory or is that and is it to oversee a major reform/modernization program?  The answer to this question takes us in very different directions.

   -- we're going to need to understand the role of the Turks in Qatar.  Their troop presence will be nearly half as large and the entire Q ground forces

ROMH00003093

   --  I think we grow the IMAC slowly.  Too many GOs, too fast and I believe we'll be falling all over ourselves.

Please let me know your questions ...

John

On Sun, Jun 18, 2017 at 9:00 PM, John Allen <j.rutherford.allen@gmail.com> wrote:

I have this, Rick and will mark-up the brief itself.

John

On Sun, Jun 18, 2017 at 11:02 AM, Richard Olson <Richard.Olson@avenueventure.com> wrote:

John:  here is a first cut on a slide deck. If you have any thoughts, would welcome them.

*rgo*

Rick Olson

Ambassador (retired)

**To:**      Richard Olson[Richard.Olson@avenueventure.com]
**From:**    John Allen
**Sent:**    Mon 6/18/2017 10:10:04 PM
**Importance:**      Normal
**Subject:**   Re: Proposal
**MAIL_RECEIVED:**    Mon 6/18/2017 10:10:06 PM
JRA - Qatar Presentation.pptx

Rick ... great job!  Here's my first cut.

A quick look  at the QAF and it's very small and mostly equipped with ... for now ... non-US equipment.

Some thoughts:

    -- how long will the IMAC exist?
    -- is the IMAC simply advisory or is that and is it to oversee a major reform/modernization program?  The answer to this question takes us in very different directions.
    -- we're going to need to understand the role of the Turks in Qatar.  Their troop presence will be nearly half as large and the entire Q ground forces
    -- I think we grow the IMAC slowly.  Too many GOs, too fast and I believe we'll be falling all over ourselves.

Please let me know your questions ...

John

On Sun, Jun 18, 2017 at 9:00 PM, John Allen <j.rutherford.allen@gmail.com> wrote:

> I have this, Rick and will mark-up the brief itself.

> John

On Sun, Jun 18, 2017 at 11:02 AM, Richard Olson <Richard.Olson@avenueventure.com> wrote:

>> John:  here is a first cut on a slide deck. If you have any thoughts, would welcome them.
>>
>>
>> *rgo*
>>
>> **Rick Olson**
>>
>> **Ambassador (retired)**

ROMH00003098

ROMH00003099

# International Military Advisory Council

A proposal for the Government of Qatar

ROMH00003100

# The Challenge

- *Qatar:  a prosperous country with a tiny population residing in the one of the world's toughest neighborhoods*

Qatar Armed ~~Defense~~ Forces already very capable, but demographically outpaced by neighbors, especially Iran

ROMH00003101

# The Answer

Sophisticated, coherent and capable armed forces,
possessing advanced weaponry, and interoperable with
the US and NATO, allowing  Qatar to significantly
leverage its demography

But to ~~attain~~ realize the full benefits of reform and
modernization, including advanced weapons systems,
Qatar needs a detailed, capabilities based procurement
system that enables ~~allows~~ integration of  various
systems, and creates a flexible, agile force capable of
operating on a joint basis.

ROMH00003102

# The proposal

*A team of Senior, retired U.S. Military Officers to serve as a International Military Advisory Council for Qatar*

- Team Composition: 10 retired Senior officers (3 and 4 star) with regional expertise who have commanded troops, who possess extensive experience in combat, and who possess requisite experience in force development and acquisition and procurement. ~~to trained and equipped forces, have regional expertise.~~

ROMH00003103

# International Military Advisory Council

- Team will include officers with backgrounds in:
  - Ground Forces (including integrated air and missile defense and operational logistics)
  - Aviation
  - Naval Forces
  - Special Operations Forces (including intelligence and information operations)
- Support:
  - One retired 0-6 to serve as Executive Secretary
  - One retired E-7 to coordinate administration and logistics

ROMH00003104

# IMAC

- General/Flag officers will have experience in building the institutions that will allow GOQ to combat terrorism, conduct counter-insurgency operations, face conventional military threats and support coalition operations. (this is excellent)

ROMH00003105

The team will also have personal experience in conducting war-fighting operations including supporting the full range of intelligence activities and conducting operational logistics.

ROMH00003106

# Phasing

- Phase 1:  mobilization of senior leadership team.
- Phase 2:  initial meetings with Qatari leadership (MOD, others as appropriate) to develop an initial concept and the Terms of Reference (TOR) to advise Qatar Forces ~~and develop an overall concept and terms of reference~~.
- Phase 3:  ~~A detailed~~ An on the ground assessment of state of Armed forces leading to a detailed proposal for senior Advisory council to work with Government of Qatar.

- Phase 4:  Implementation

ROMH00003108

# Business Details

- Avenue Ventures to be the lead for the International Military Advisory Council (IMAC).
- IMAC members will work through a hiring agreement for Avenue Ventures, which will hold the contract with GOQ.
- There will be no requirement for FARA registration, i.e., no expectation of lobbying or acting in the US as a foreign agent.
- All arrangements to be in accordance with Ethics regulations for DOD or other agencies.

ROMH00003109

- Council members will be available to travel to Qatar for one week each month.
- All travel (business class) and expenses will be covered by Qatar.

ROMH00003110

| | |
|---|---|
| **To:** | John Allen[j.rutherford.allen@gmail.com]; Richard Olson[Richard.Olson@Avenueventure.com] |
| **From:** | Rick Olson |
| **Sent:** | Sun 6/18/2017 3:47:09 PM |
| **Importance:** | Normal |
| **Subject:** | Re: List |
| **MAIL_RECEIVED:** | Sun 6/18/2017 3:47:14 PM |

Right, but what's his last name? Below only has Mark

Sent from Yahoo Mail for iPhone

On Sunday, June 18, 2017, 16:17, John Allen <j.rutherford.allen@gmail.com> wrote:

> No, Rick, he did both jobs which made him the "senior most" logistics officer in the US
> Joint Force ... including the Marine Corps.
>
> All the best ...
>
> John
>
> Sent from my iPhone
>
> On Jun 18, 2017, at 10:53, Richard Olson <Richard.Olson@Avenueventure.com> wrote:
>
> John:
>
> See highlighted section below, I think there is a last name missing...
>
> Thanks
>
> **rgo**
>
> **Rick Olson**
>
> **Ambassador (retired)**
>
> **From:** John Allen [mailto:j.rutherford.allen@gmail.com]
> **Sent:** Saturday, June 17, 2017 5:05 PM

ROMH00002975

**To:** Richard Olson; Rick Olson
**Subject:** List

Rick ... which email do you prefer I use?  AvenueVentures or Yahoo?

In terms of the "International Military Advisory Council" (my term), how many do we want?  Would there be latitude for any non-US presence?  I'm thinking of a couple UK generals who could tie them back into the UK as well.

We're heavy here on commander with unified command, wartime theater commander, special operations command, and security cooperation and strategic planning capabilities.

There are others, but these are the first to come to mind.

***Four Stars***

   --  GEN Stan McCrystal, USA (Ret.) ... former JSOC commander and former ISAF Commander, AFG

   --  GEN Carter Ham, USA (Ret.) ... former USAFRICOM Commander

   --  GEN Jim Conway, USMC (Ret.) ... former Commandant of the Marine Corps; former Commander of I Marine Expeditionary Force in the assault on Baghdad in 2003.

***Three Stars***

ROMH00002976

   -- LTG James Terry, USA, (Ret.) ... former 5th Corps in Europe, former IJC Commander in Afghanistan; former Commander, Operation Inherent Resolve against the Islamic State

   -- LTG Bennet Sacolick, USA (Ret.) ... former Delta Force Commander; form Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- LtGen Mark USMC (Ret.) ... former Deputy Commandant for Logistics and Installations, US Marine Corps, and former J4, the Joint Staff, for Logistics

   -- VADM Mike Lefebve, USN (Ret.) ... former Commander, ODRP Pakistan; former Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- VADM Mark Fox, USN (Ret.) ... former Commander, 5th US Fleet; former Deputy Commander, USCENTCOM

ROMH00002977

**To:**      Richard.Olson@avenueventure.com[Richard.Olson@avenueventure.com]
**From:**    Michael Barbero
**Sent:**    Sun 6/18/2017 3:32:22 PM
**Importance:**      Normal
**Subject:**   Re: Introduction
**MAIL_RECEIVED:**    Sun 6/18/2017 3:32:26 PM

Hello Ambassador,
It is good to reconnect, we met when you were Ambassador in Qatar, and I was visiting from Baghdad.
Are you available on Monday or Tuesday for a call?
Thanks,
Mike Barbero
On Jun 16, 2017, at 12:04 PM, Imaad Zuberi <imaad.zuberi@avenueventure.com> wrote:

### Hello Gen Barbero-

**Can you please talk to Ambassador Richard Olson regarding Qatar project similar to Saudi project**

### Hello Ambassador Olson-
**Can you please connect with Gen. Barbero to see what we can propose to Qataris**

**I am copying USC Marshall School of Business Professor Michael Mische and former KPMG Partner to support you guys in presentation**

**It would be good if we can put something together with a week to 10 days**

**Thanking you in advance**
**imaad**

**Sent from my BlackBerry 10 smartphone.**

ROMH00002960

# OLSON
# EXHIBIT 11

**To:**     'imaad zuberi'[imaad.zuberi@avenueventure.com]
**From:**  Richard Olson
**Sent:**   Fri 6/23/2017 5:11:26 AM
**Importance:**      Normal
**Subject:**  RE: GO/FO List
**MAIL_RECEIVED:**  Fri 6/23/2017 5:11:26 AM

Imaad:  These are very serious and respected individuals, and ones who will do the work.  McChrystal has a lot of other jobs, as do all the name brand GOs.  The question is what do the Qataris want. If they want a dog and pony show, that is one thing, but that will not generate a serious reform of their Armed Forces, and will not have any lasting impact. It will also mean a very short term contract.  If they want something sustained, they should think about serious people.  So, are the Qataris serious?

*rgo*

**Rick Olson**

**Ambassador (retired)**

**From:** imaad zuberi [mailto:imaad.zuberi@avenueventure.com]
**Sent:** Thursday, June 22, 2017 3:01 AM
**To:** 'Richard Olson'
**Subject:** FW: GO/FO List

I only know Gen Stan McCrystal out of all these. Qataris like name brand? We can discuss on the phone

imaad

**From:** Richard Olson <Richard.Olson@Avenueventure.com>

**Sent:** Wednesday, June 21, 2017 4:18 AM

**To:** 'imaad zuberi'

**Subject:** GO/FO List

Imaad:  Here is a preliminary list that I pulled together with input from General Allen
Still a work in progress.

## *Four Stars*

--  GEN Stan McCrystal, USA (Ret.) ... former JSOC commander and former ISAF
Commander, AFG; currently teaching at Yale and heads McCrystal Solutions.

--  GEN Carter Ham, USA (Ret.) ... former USAFRICOM Commander, currently
head of the Association of the US Army (AUSAS)

--  GEN Jim Conway, USMC (Ret.) ... former Commandant of the Marine Corps;
former Commander of I Marine Expeditionary Force in the assault on Baghdad in
2003.

GEN Norton Shwartz, USAF.  Former Chief of Staff of US Air Force

GEN John C. Campbell, USA (ret). Former Comander International Security
Assistance Force, Afghanistan.

## *Three Stars*

ROMH00002917

-- LTG James Terry, USA, (Ret.) ... former 5th Corps in Europe, former IJC Commander in Afghanistan; former Commander, Operation Inherent Resolve against the Islamic State

   -- LTG Bennet Sacolick, USA (Ret.) ... former Delta Force Commander; form Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- LtGen Mark Faulkner USMC (Ret.) ... former Deputy Commandant for Logistics and Installations, US Marine Corps, and former J4, the Joint Staff, for Logistics

   -- VADM Mike Lefebvre, USN (Ret.) ... former Commander, ODRP Pakistan; former Chief of Strategic Plans, National Counter Terrorism Center (NCTC)

   -- VADM Mark Fox, USN (Ret.) ... former Commander, 5th US Fleet; former Deputy Commander, USCENTCOM

LtGen Tony Rock (ret), former Chief of the Office of the Defense Representative Pakistan

ROMH00002918

*rgo*

Rick Olson

Ambassador (retired)

ROMH00002919