UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD GUSTAVE OLSON, JR.,<br><br>Defendant. | Criminal No. 1:22-cr-144-GMH |

## NOTICE OF FILING PROFFER LETTERS

As discussed at the hearing on July 7, 2023, the government hereby submits the attached proffer letters dated October 26, 2020, November 6, 2020, and March 4, 2021, as exhibits 70, 71, and 72 in support of its sentencing memorandum (Dkt. 39).

Dated: July 12, 2023                    MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

                                        By: _____/s/_____
                                        STUART D. ALLEN
                                        D.C. Bar No. 1005102; N.Y. Bar No. 4839932
                                        Assistant United States Attorney
                                        National Security Section
                                        U.S. Attorney's Office for the District of Columbia
                                        601 D Street, NW
                                        Washington, D.C. 20530
                                        (202) 252-7794
                                        stuart.allen@usdoj.gov

                                        By: _____/s/_____
                                        EVAN N. TURGEON
                                        D.C. Bar No. 1010816
                                        Trial Attorney
                                        Counterintelligence and Export Control Section
                                        National Security Division
                                        U.S. Department of Justice
                                        950 Pennsylvania Avenue, NW, Suite 7700
                                        Washington, D.C. 20530
                                        (202) 353-0176
                                        evan.turgeon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

By: _____/s/_____
Evan N. Turgeon
Trial Attorney, U.S. Department of Justice