# Exhibit 70



**United States Department of Justice**

**United States Attorney's Office**
**Central District of California**

---

*Daniel J. O'Brien*                                                 *1500 United States Courthouse*
*Assistant United States Attorney*                      *312 North Spring Street*
*Deputy Chief, Public Corruption & Civil Rights Section*    *Los Angeles, California  90012*
*Phone:  (213) 894-2468*
*E-mail:  daniel.obrien@usdoj.gov*

October 26, 2020

J. Michael Hannon
Hannon Law Group, LLP
333 8th Street, N.E.
Washington, DC 20002

BY EMAIL

Re: Richard Olson

Dear Mr. Hannon:

You have advised me that your client, Richard G. Olson, Jr., wishes to meet with representatives of the United States Attorney's Office for the Central District of California ("this Office"), the National Security Division of the U.S. Department of Justice ("NSD"), and the Federal Bureau of Investigation ("FBI") for the purpose of making a proffer.  This Office and NSD are willing to have this meeting proceed under the following terms and conditions:

        (1)      You and your client understand that

                (a)     this agreement binds only you, your client, this Office, and NSD; it does not bind any other law enforcement or prosecuting authority;

                (b)     this agreement is limited to the statements made by your client at the meeting to be held on October 30, 2020 and does not apply to any statements made by your client at any other time, whether oral, written or recorded;

                (c)     any information provided by you on behalf of your client is covered by this agreement as if it had been provided by your client;

                (d)     this agreement does not provide any protections to your client not expressly set forth herein.

        (2)      Your client will respond truthfully and completely to any and all questions put to your client at the meeting;

(3) Except as otherwise provided in paragraphs four, five, and six herein, in any prosecution that may be brought against your client by this Office or NSD, this Office and NSD will not offer in evidence in any proceeding any statements made by your client at the meeting;

(4) Notwithstanding paragraph three above, this Office and NSD may use

(a) information derived directly or indirectly from the meeting for the purpose of obtaining and pursuing leads to other evidence, which evidence may be used for any purpose, including any prosecution of your client; and

(b) statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements for the purpose of cross-examination should your client testify, or to refute or counter at any stage of the proceedings (including this Office's or NSD's case-in-chief at trial) any evidence, argument, statement or representation offered by or on behalf of your client in connection with any proceeding.

(5) This Office and NSD reserve the right to use any statements or information provided by your client in any prosecution for false statements, obstruction of justice or perjury;

(6) Your client's complete truthfulness and candor are express material conditions to the undertakings of this Office and NSD set forth in this letter.  Therefore, if this Office or NSD should ever conclude that your client has knowingly withheld material information or otherwise not been completely truthful and candid, this Office and NSD may use against your client for any purpose any statements made or other information provided by your client during the meeting.  If this Office or NSD so concludes, it will notify you before making any use of such statements or other information.

//

//

//

//

//

//

//

//

//

//

No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


_____        _____
DANIEL J. O'BRIEN                                                    Date
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section


_____        _____
EVAN N. TURGEON                                                      Date
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

I have read the agreement contained in this letter and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____        10 NOV 20
RICHARD G. OLSON, JR.                                                Date

I am Richard G. Olson, Jr.'s attorney. I have carefully reviewed every part of this agreement with my client. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.


_____        11/9/2020
J. MICHAEL HANNON                                                    Date
Attorney for Richard G. Olson, Jr.

No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division


*Daniel J. O'Brien*                                             10/26/20
_____                    _____
DANIEL J. O'BRIEN                                                Date
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section


*Evan N. Turgeon*                                               11/20/2020
_____                    _____
EVAN N. TURGEON                                                  Date
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

I have read the agreement contained in this letter and carefully reviewed it with my attorney.  I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion.  No other promises or inducements have been made to me other than those contained in this letter.  I am satisfied with the representation of my attorney in this matter.


_____                    _____
RICHARD G. OLSON, JR.                                            Date


I am Richard G. Olson, Jr.'s attorney.  I have carefully reviewed every part of this agreement with my client.  To my knowledge, my client's decision to enter into this agreement is informed and voluntary.


_____                    _____
J. MICHAEL HANNON                                                Date
Attorney for Richard G. Olson, Jr.

# Exhibit 71



## United States Department of Justice

### United States Attorney's Office
### Central District of California

*Daniel J. O'Brien*  
*Assistant United States Attorney*  
*Deputy Chief, Public Corruption & Civil Rights Section*  
*Phone: (213) 894-2468*  
*E-mail: daniel.obrien@usdoj.gov*

*1500 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

November 6, 2020

J. Michael Hannon  
Hannon Law Group, LLP  
333 8th Street, N.E.  
Washington, DC 20002

BY EMAIL

Re: Richard Olson

Dear Mr. Hannon:

You have advised me that your client, Richard G. Olson, Jr., wishes to meet with representatives of the United States Attorney's Office for the Central District of California ("this Office"), the National Security Division of the U.S. Department of Justice ("NSD"), and the Federal Bureau of Investigation ("FBI") for the purpose of making a proffer. This Office and NSD are willing to have this meeting proceed under the following terms and conditions:

    (1)    You and your client understand that

        (a)    this agreement binds only you, your client, this Office, and NSD; it does not bind any other law enforcement or prosecuting authority;

        (b)    this agreement is limited to the statements made by your client at the meeting to be held on November 6, 2020 and does not apply to any statements made by your client at any other time, whether oral, written or recorded;

        (c)    any information provided by you on behalf of your client is covered by this agreement as if it had been provided by your client;

        (d)    this agreement does not provide any protections to your client not expressly set forth herein.

    (2)    Your client will respond truthfully and completely to any and all questions put to your client at the meeting;

(3) Except as otherwise provided in paragraphs four, five, and six herein, in any prosecution that may be brought against your client by this Office or NSD, this Office and NSD will not offer in evidence in any proceeding any statements made by your client at the meeting;

(4) Notwithstanding paragraph three above, this Office and NSD may use

(a) information derived directly or indirectly from the meeting for the purpose of obtaining and pursuing leads to other evidence, which evidence may be used for any purpose, including any prosecution of your client; and

(b) statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements for the purpose of cross-examination should your client testify, or to refute or counter at any stage of the proceedings (including this Office's or NSD's case-in-chief at trial) any evidence, argument, statement or representation offered by or on behalf of your client in connection with any proceeding.

(5) This Office and NSD reserve the right to use any statements or information provided by your client in any prosecution for false statements, obstruction of justice or perjury;

(6) Your client's complete truthfulness and candor are express material conditions to the undertakings of this Office and NSD set forth in this letter. Therefore, if this Office or NSD should ever conclude that your client has knowingly withheld material information or otherwise not been completely truthful and candid, this Office and NSD may use against your client for any purpose any statements made or other information provided by your client during the meeting. If this Office or NSD so concludes, it will notify you before making any use of such statements or other information.

//

//

//

//

//

//

//

//

//

//

No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*Daniel J. O'Brien*                   11/6/20
DANIEL J. O'BRIEN                  Date
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section

*Evan N. Turgeon*                   11/17/20
EVAN N. TURGEON                  Date
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

I have read the agreement contained in this letter and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____            _____
RICHARD G. OLSON, JR.                Date

I am Richard G. Olson, Jr.'s attorney. I have carefully reviewed every part of this agreement with my client. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____            _____
J. MICHAEL HANNON                  Date
Attorney for Richard G. Olson, Jr.

# Exhibit 72



# United States Department of Justice

## United States Attorney's Office
## Central District of California

*Daniel J. O'Brien*
*Assistant United States Attorney*
*Deputy Chief, Public Corruption & Civil Rights Section*
*Phone: (213) 894-2468*
*E-mail: daniel.obrien@usdoj.gov*

*1500 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

March 4, 2021

J. Michael Hannon
Hannon Law Group, LLP
333 8th Street, N.E.
Washington, DC 20002

BY EMAIL

Re: Richard Olson

Dear Mr. Hannon:

You have advised me that your client, Richard G. Olson, Jr., wishes to meet with representatives of the United States Attorney's Office for the Central District of California ("this Office"), the National Security Division of the U.S. Department of Justice ("NSD"), and the Federal Bureau of Investigation ("FBI") for the purpose of making a proffer. This Office and NSD are willing to have this meeting proceed under the following terms and conditions:

    (1)    You and your client understand that

           (a)    this agreement binds only you, your client, this Office, and NSD; it does not bind any other law enforcement or prosecuting authority;

           (b)    this agreement is limited to the statements made by your client at the meeting to be held on March 4, 2021 and does not apply to any statements made by your client at any other time, whether oral, written or recorded;

           (c)    any information provided by you on behalf of your client is covered by this agreement as if it had been provided by your client;

           (d)    this agreement does not provide any protections to your client not expressly set forth herein.

    (2)    Your client will respond truthfully and completely to any and all questions put to your client at the meeting;

(3) Except as otherwise provided in paragraphs four, five, and six herein, in any prosecution that may be brought against your client by this Office or NSD, this Office and NSD will not offer in evidence in any proceeding any statements made by your client at the meeting;

(4) Notwithstanding paragraph three above, this Office and NSD may use

(a) information derived directly or indirectly from the meeting for the purpose of obtaining and pursuing leads to other evidence, which evidence may be used for any purpose, including any prosecution of your client; and

(b) statements made by you or your client at the meeting and all evidence obtained directly or indirectly from those statements for the purpose of cross-examination should your client testify, or to refute or counter at any stage of the proceedings (including this Office's or NSD's case-in-chief at trial) any evidence, argument, statement or representation offered by or on behalf of your client in connection with any proceeding.

(5) This Office and NSD reserve the right to use any statements or information provided by your client in any prosecution for false statements, obstruction of justice or perjury;

(6) Your client's complete truthfulness and candor are express material conditions to the undertakings of this Office and NSD set forth in this letter. Therefore, if this Office or NSD should ever conclude that your client has knowingly withheld material information or otherwise not been completely truthful and candid, this Office and NSD may use against your client for any purpose any statements made or other information provided by your client during the meeting. If this Office or NSD so concludes, it will notify you before making any use of such statements or other information.

//

//

//

//

//

//

//

//

//

//

No understandings, promises, agreements and/or conditions have been entered into with respect to the meeting other than those expressly set forth in this agreement and none will be entered into unless in writing and signed by all parties.

TRACY L. WILKISON
Acting United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

_____   3/10/21
DANIEL J. O'BRIEN                    Date
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section


*Evan N. Turgeon*                    3/16/2021
_____
EVAN N. TURGEON                      Date
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice

I have read the agreement contained in this letter and carefully reviewed it with my attorney. I understand it, and I voluntarily, knowingly and willfully agree to it without force, threat or coercion. No other promises or inducements have been made to me other than those contained in this letter. I am satisfied with the representation of my attorney in this matter.

_____   4 MAR 2021
RICHARD G. OLSON, JR.                Date

I am Richard G. Olson, Jr.'s attorney. I have carefully reviewed every part of this agreement with my client. To my knowledge, my client's decision to enter into this agreement is informed and voluntary.

_____   March 10, 2021
J. MICHAEL HANNON                    Date
Attorney for Richard G. Olson, Jr.