## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal No. 1:22-cr-144-GMH |
| RICHARD GUSTAVE OLSON, JR., | |
| Defendant. | |

### RESPONSE TO DEFENDANT'S FILING OF ADDITIONAL DOCUMENTS

Contrary to the defendant's claim in his July 10, 2023, notice of filing, the defendant's proffered exhibits do not reveal that "the Qatar Diplomatic Crisis arose in the midst of Amb. Olson, [the General] and [Person 1] working on the IMAC." Dkt. 55 at 1. Instead, those emails reveal that the defendant and Person 1 had begun discussing the IMAC as of April 2017, *id.* at Ex. 1, but that the General was not contemplated as an IMAC participant prior to the Diplomatic Crisis. *Id.* at Ex. 3. The emails further confirm—as the government represented at the hearing on July 7, 2023—that the defendant's initial outreach to the General concerned the Diplomatic Crisis, not the IMAC. *See id.* at Ex. 4, 5.

In addition, in response to the Court's inquiry at the July 7 hearing as to whether the government had identified emails—beyond the two contained in government Exhibit 60—that the defendant deleted from his Yahoo email account, the government hereby submits as Exhibit 73 four such additional emails, all of which relate to Count Two.

Dated: July 12, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: \_\_\_\_\_/s/_____
STUART D. ALLEN
D.C. Bar No. 1005102; N.Y. Bar No. 4839932
Assistant United States Attorney
National Security Section
U.S. Attorney's Office for the District of Columbia
601 D Street, NW
Washington, D.C. 20530
(202) 252-7794
stuart.allen@usdoj.gov

By: \_\_\_\_\_/s/_____
EVAN N. TURGEON
D.C. Bar No. 1010816
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW, Suite 7700
Washington, D.C. 20530
(202) 353-0176
evan.turgeon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2023, I electronically filed the foregoing using the CM/ECF system, which will send a notification of such filing to counsel of record.

By: _____/s/_____
Evan N. Turgeon
Trial Attorney, U.S. Department of Justice