# Exhibit 73

**From:** ▮
**To:** ▮
**CC:** Rick Olson; ▮
**Sent:** 6/13/2017 8:44:50 PM
**Subject:** Re: ▮ and former Qatar ▮

Thank you, ▮ Good progress!

▮

Sent from my iPhone

On Jun 13, 2017, at 10:55, ▮ wrote:

I am here with ▮ and former Qatar ▮ unch. I wish you were here

▮ is going to talk to ▮ today. I think you and Rick were here

▮

Sent from my BlackBerry 10 smartphone.

**From:** ▮
**Sent:** Friday, June 9, 2017 3:55 PM
**To:** ▮
**Cc:** Rick Olson; ▮
**Subject:** Re: Data

Many thanks!

Sent from my iPhone

On Jun 9, 2017, at 15:42, ▮ wrote:

Done

Sent from my BlackBerry 10 smartphone.

**From:** Rick Olson
**Sent:** Friday, June 9, 2017 10:27 AM
**To:** ▮
**Subject:** Re: Data

Spoke to ▮ he will arrange pick up at your house at 1830

Sent from Yahoo Mail for iPhone

On Thursday, June 8, 2017, 22:04, ▮ wrote:

▮ ... several things.

Passport number: ▮
Date of Exp: ▮

Phone: ▮

Pickup address:
▮

Please let me know when we're heading out.

All the best ...

▮

Sent from my iPhone